# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **DDR HOLDINGS, LLC,** | |
| **Plaintiff and Counterdefendant,** | Civil Action No. 2:06-CV-42 (JRG) |
| **v.** | Jury Trial Demand |
| **HOTELS.COM, L.P. et al.,** | |
| **Defendants and Counterclaimants.** | |

## NATIONAL LEISURE GROUP, INC.'S AND
## WORLD TRAVEL HOLDINGS, INC.'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants National Leisure Group, Inc. and World Travel Holdings, Inc. (collectively "NLG") hereby appeal to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered by the Court on June 20, 2013 (Dkt. No. 571), and from all opinions, orders and decisions subsumed therein, including, but not limited to the Memorandum Opinion and Order dated June 20, 2013 denying NLG's Renewed Motion for Judgment as a Matter of Law Pursuant to Fed.R.Civ.P. 50(b) (Dkt. No. 569), and the Memorandum Opinion and Order granting Plaintiff DDR Holdings, LLC's Motion for Entry of Judgment (Dkt. No. 570). Thus, this appeal is being timely filed.

The docketing and processing fee in the amount of $455 is being submitted concurrently herewith.

1

Dated:  July 8, 2013

Respectfully submitted,

By: _/s/ Norman H. Zivin_ _____

      Lance Lee
      Texas Bar No. 24004762
      5511 Plaza Drive
      Texarkana, TX 75503
      Tel. (903) 223-0276
      Email: wlanceless@aol.com

      Norman H. Zivin (*Pro Hac Vice*)
      Tonia Sayour (*Pro Hac Vice*)
      COOPER & DUNHAM LLP
      30 Rockefeller Plaza
      New York, NY 10112
      Tel. (212) 278-0508
      Fax (212) 391-0525
      E-mail: nzivin@cooperdunham.com;
      tsayour@cooperdunham.com

Counsel for Defendants and Counterclaimants
NATIONAL LEISURE GROUP, INC. and WORLD
TRAVEL HOLDINGS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have

consented to electronic service are being served with notice of the filing of this document via the

Court's CM/ECF system pursuant to Local Rule CV-5(a) on July 8, 2013.


*/s/ Norman H. Zivin*
Norman H. Zivin

.

APPEAL, JURY, MREFCC, PATENT, PROTECTIVE-ORDER, REOPEN

**U.S. District Court [LIVE]**
**Eastern District of TEXAS (Marshall)**
**CIVIL DOCKET FOR CASE #: 2:06-cv-00042-JRG**
**Internal Use Only**

| | |
|---|---|
| DDR Holdings, LLC v. Hotels.com et al | Date Filed: 01/31/2006 |
| Assigned to: Judge Rodney Gilstrap | Date Terminated: 06/20/2013 |
| Cause: 35:271 Patent Infringement | Jury Demand: Both |
| | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Mediator**

**James Knowles**

**Plaintiff**

**DDR Holdings, LLC**                represented by    **Louis J Hoffman**
Louis J. Hoffman, P.C.
14301 North 87th Street
Suite 312
Scottsdale, AZ 85260
4809483295
Fax: 4809483387
Email: Louis@valuablepatents.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ophelia F Camina**
Susman Godfrey LLP
901 Main St
Suite 5100
Dallas, TX 75202-3775
214/754-1910
Email: ocamina@susmangodfrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl R Roth**
The Roth Law Firm, P.C.
115 N Wellington Suite 200
Marshall, Tx 75670
903/935-1665
Fax: 19039351797
Email: cr@rothfirm.com
*TERMINATED: 01/24/2008*

**George C Chen**

Bryan Cave LLP
Two North Central Ave
Ste 2200
Phoenix, AZ 85004-4406
602/364-7367
Fax: 16023647070
Email: george.chen@BryanCave.com
*ATTORNEY TO BE NOTICED*

**Ian Bradford Crosby**
Susman Godfrey, LLP - Seattle
1201 Third Avenue
Suite 3800
Seattle, WA 98101
206-516-3861
Fax: 206-516-3883
Email: icrosby@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**LeElle Krompass**
Susman Godfrey LLP - Dallas
901 Main St
Suite 5100
Dallas, TX 75202-3775
214-754-1900
Fax: 214-754-1933
Email: lkrompass@susmangodfrey.com

*ATTORNEY TO BE NOTICED*

**Michael Charles Smith**
Siebman Burg Phillips & Smith, LLP-
Marshall
P O Box 1556
Marshall, TX 75671-1556
903-938-8900
Fax: 19727674620
Email: michaelsmith@siebman.com
*ATTORNEY TO BE NOTICED*

**Scott A Penner**
Fish & Richardson - San Diego
12390 El Camino Real
San Diego, CA 92130
858-678-5070
Fax: 858-678-5099
Email: penner@fr.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**Hotels.com**
*TERMINATED: 11/05/2012*

represented by **Eric M. Albritton**
ALBRITTON LAW FIRM
PO Box 2649
111 West Tyler, 75601
Longview, TX 75606
(903) 757-8449
Fax: (903) 758-7397
Email: ema@emafirm.com
*TERMINATED: 04/04/2007*
*LEAD ATTORNEY*

**Neil J McNabnay**
Fish & Richardson - Dallas
1717 Main St.
Suite 5000
Dallas, TX 75201
(214)747-5070
Fax: 12147472091
Email: mcnabnay@fr.com
*TERMINATED: 11/05/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Britnee Marie Reamy**
Fish & Richardson - Dallas
1717 Main St.
Suite 5000
Dallas, TX 75201
214-747-5070
Fax: 214-747-2091
Email: reamy@fr.com
*TERMINATED: 11/05/2012*
*ATTORNEY TO BE NOTICED*

**Carl Edward Bruce**
Fish & Richardson - Dallas
1717 Main St.
Suite 5000
Dallas, TX 75201
214/747-6134
Fax: 214/747-2091
Email: bruce@fr.com
*TERMINATED: 11/05/2012*
*ATTORNEY TO BE NOTICED*

**Daniel C Callaway**
Farella Braun & Martel LLP - San
Francisco
235 Montgomery St

17th Floor
San Francisco, CA 94104
415/954-4400
Fax: 415/954-4480
Email: dcallaway@fbm.com
*TERMINATED: 11/04/2011*
*PRO HAC VICE*

**David Brandon Conrad**
Fish & Richardson PC - Dallas
1717 Main Street
Ste 5000
Dallas, TX 75201
214-747-5070
Fax: 214-747-2091
Email: conrad@fr.com
*TERMINATED: 11/05/2012*
*ATTORNEY TO BE NOTICED*

**Eric Huang**
Quinn Emanuel Urquhart & Sullivan,
LLP - NY
51 Madison Ave
22nd Floor
New York, NY 10010
212/849-7000
Fax: 212/849-7100
Email: erichuang@quinnemanuel.com
*TERMINATED: 12/17/2010*
*PRO HAC VICE*

**Frederick A Lorig**
Quinn Emanuel Urquhart & Sullivan -
LA
865 S Figueroa St
10th Floor
Los Angeles, CA 90017
213/443-3000
Fax: 213/443-3100
Email:
fredericklorig@quinnemanuel.com
*TERMINATED: 12/17/2010*

**Jack Wesley Hill**
Ward & Smith Law Firm
PO Box 1231
1127 Judson Road
Suite 220
Longview, TX 75606
903-757-6400

Fax: 903-757-2323
Email: wh@wsfirm.com
*TERMINATED: 11/05/2012*
*ATTORNEY TO BE NOTICED*

**Katrina G Eash**
Fish & Richardson - Dallas
1717 Main St.
Suite 5000
Dallas, TX 75201
214-747-5070
Fax: 214-747-2091
Email: eash@fr.com
*TERMINATED: 11/05/2012*

**Michael Carlinsky**
Quinn Emanuel Urquhart & Sullivan,
LLP - NY
51 Madison Ave
22nd Floor
New York, NY 10010
212/849-7000
Fax: 212/849-7100
Email:
michaelcarlinsky@quinnemanuel.com
*TERMINATED: 12/17/2010*

**P Weston Musselman , Jr**
Fish & Richardson - Dallas
1717 Main St.
Suite 5000
Dallas, TX 75201
214/747-5070
Fax: 214/747-2091
Email: musselman@fr.com
*TERMINATED: 11/05/2012*
*ATTORNEY TO BE NOTICED*

**Rex Andrew Mann**
Fish & Richardson PC - Dallas
1717 Main Street
Ste 5000
Dallas, TX 75201
214-760-6116
Fax: 214-747-2091
Email: mann@fr.com
*TERMINATED: 11/05/2012*
*ATTORNEY TO BE NOTICED*

**Scott A Penner**

(See above for address)
*TERMINATED: 11/05/2012*
*ATTORNEY TO BE NOTICED*

**Thomas B Manuel**
Fish & Richardson - Redwood City
500 Arguello St
Suite 500
Redwood City, CA 94063
650-839-5070
Fax: 650-839-5071
Email: manuel@fr.com
*TERMINATED: 11/05/2012*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas M Melsheimer**
Fish & Richardson - Dallas
1717 Main St
Suite 5000
Dallas, TX 75201
214/747-5070
Fax: 12147472091
Email: melsheimer@fr.com
*TERMINATED: 11/05/2012*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Expedia, Inc.**                    represented by **Eric M. Albritton**
*TERMINATED: 11/05/2012*                             (See above for address)
                                                     *TERMINATED: 04/04/2007*
                                                     *LEAD ATTORNEY*

                                                     **Neil J McNabnay**
                                                     (See above for address)
                                                     *TERMINATED: 11/05/2012*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Britnee Marie Reamy**
                                                     (See above for address)
                                                     *TERMINATED: 11/05/2012*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Carl Edward Bruce**
                                                     (See above for address)
                                                     *TERMINATED: 11/05/2012*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Daniel C Callaway**

(See above for address)
*TERMINATED: 11/04/2011*
*PRO HAC VICE*

**David Brandon Conrad**
(See above for address)
*TERMINATED: 11/05/2012*
*ATTORNEY TO BE NOTICED*

**Eric Huang**
(See above for address)
*TERMINATED: 12/17/2010*
*PRO HAC VICE*

**Frederick A Lorig**
(See above for address)
*TERMINATED: 12/17/2010*

**Jack Wesley Hill**
(See above for address)
*TERMINATED: 11/05/2012*
*ATTORNEY TO BE NOTICED*

**Katrina G Eash**
(See above for address)
*TERMINATED: 11/05/2012*

**Michael Carlinsky**
(See above for address)
*TERMINATED: 12/17/2010*

**P Weston Musselman , Jr**
(See above for address)
*TERMINATED: 11/05/2012*
*ATTORNEY TO BE NOTICED*

**Rex Andrew Mann**
(See above for address)
*TERMINATED: 11/05/2012*
*ATTORNEY TO BE NOTICED*

**Scott A Penner**
(See above for address)
*TERMINATED: 11/05/2012*
*ATTORNEY TO BE NOTICED*

**Thomas B Manuel**
(See above for address)
*TERMINATED: 11/05/2012*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Thomas M Melsheimer**
(See above for address)
*TERMINATED: 11/05/2012*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Travelocity.com, L.P.**            represented by   **Neil J McNabnay**
*TERMINATED: 10/31/2012*                            (See above for address)
                                                    *TERMINATED: 10/31/2012*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Britnee Marie Reamy**
(See above for address)
*TERMINATED: 10/31/2012*
*ATTORNEY TO BE NOTICED*

**Carl Edward Bruce**
(See above for address)
*TERMINATED: 10/31/2012*
*ATTORNEY TO BE NOTICED*

**Daniel C Callaway**
(See above for address)
*TERMINATED: 11/04/2011*
*PRO HAC VICE*

**David Brandon Conrad**
(See above for address)
*TERMINATED: 10/31/2012*
*ATTORNEY TO BE NOTICED*

**Jack Wesley Hill**
(See above for address)
*TERMINATED: 10/31/2012*
*ATTORNEY TO BE NOTICED*

**Katrina G Eash**
(See above for address)
*TERMINATED: 10/31/2012*

**P Weston Musselman , Jr**
(See above for address)
*TERMINATED: 10/31/2012*
*ATTORNEY TO BE NOTICED*

**Rex Andrew Mann**
(See above for address)

*TERMINATED: 10/31/2012*
*ATTORNEY TO BE NOTICED*

**Scott A Penner**
(See above for address)
*TERMINATED: 10/31/2012*
*ATTORNEY TO BE NOTICED*

**Thomas B Manuel**
(See above for address)
*TERMINATED: 10/31/2012*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas M Melsheimer**
(See above for address)
*TERMINATED: 10/31/2012*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Site59.com,LLC**        represented by   **Neil J McNabnay**
*TERMINATED: 10/31/2012*                                 (See above for address)
*TERMINATED: 10/31/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Britnee Marie Reamy**
(See above for address)
*TERMINATED: 10/31/2012*
*ATTORNEY TO BE NOTICED*

**Carl Edward Bruce**
(See above for address)
*TERMINATED: 10/31/2012*
*ATTORNEY TO BE NOTICED*

**Daniel C Callaway**
(See above for address)
*TERMINATED: 11/04/2011*
*PRO HAC VICE*

**David Brandon Conrad**
(See above for address)
*TERMINATED: 10/31/2012*
*ATTORNEY TO BE NOTICED*

**Jack Wesley Hill**
(See above for address)
*TERMINATED: 10/31/2012*
*ATTORNEY TO BE NOTICED*

**Katrina G Eash**
(See above for address)
*TERMINATED: 10/31/2012*
*ATTORNEY TO BE NOTICED*

**P Weston Musselman , Jr**
(See above for address)
*TERMINATED: 10/31/2012*
*ATTORNEY TO BE NOTICED*

**Rex Andrew Mann**
(See above for address)
*TERMINATED: 10/31/2012*
*ATTORNEY TO BE NOTICED*

**Scott A Penner**
(See above for address)
*TERMINATED: 10/31/2012*
*ATTORNEY TO BE NOTICED*

**Thomas B Manuel**
(See above for address)
*TERMINATED: 10/31/2012*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas M Melsheimer**
(See above for address)
*TERMINATED: 10/31/2012*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cendant Travel Distribution Services Group, Inc.**          represented by **J Thad Heartfield**
The Heartfield Law Firm
2195 Dowlen Rd
Beaumont, TX 77706
409/866-3318
Fax: 14098665789
Email: thad@jth-law.com
*TERMINATED: 03/09/2011*
*LEAD ATTORNEY*

**Krista Leigh Venegas**
McDermott Will & Emery - Chicago
227 West Monroe Street
Chicago, IL 60606-5096
312-984-7542
Fax: 312-984-7700
Email: kvinkvenegas@mwe.com

*TERMINATED: 11/02/2010*
*ATTORNEY TO BE NOTICED*

**Defendant**

**International Cruise & Excursion**        represented by   **Earl Glenn Thames , Jr**
**Gallery, Inc.**                                            Potter Minton, a Professional
*TERMINATED: 01/28/2013*                                     Corporation
                                                             110 N College Avenue
                                                             Suite 500
                                                             Tyler, TX 75702
                                                             903/597-8311
                                                             Fax: 19035930846
                                                             Email: glennthames@potterminton.com

                                                             *TERMINATED: 01/28/2013*

                                                             **George C Chen**
                                                             (See above for address)
                                                             *TERMINATED: 01/28/2013*

                                                             **James Matthew Rowan**
                                                             Potter Minton, a Professional
                                                             Corporation
                                                             110 N College Avenue
                                                             Suite 500
                                                             Tyler, TX 75702
                                                             903/597/8311
                                                             Fax: 19035930846
                                                             Email: mattrowan@potterminton.com
                                                             *TERMINATED: 01/28/2013*

                                                             **Lawrence G Kurland**
                                                             Bryan Cave LLP - New York
                                                             1290 Avenues of the Americas
                                                             New York, NY 10104
                                                             212/541-1235
                                                             Fax: 212/541-4630
                                                             Email: lgkurland@bryancave.com
                                                             *TERMINATED: 01/28/2013*

                                                             **Scott A Penner**
                                                             (See above for address)
                                                             *TERMINATED: 01/28/2013*

                                                             **Thomas M Melsheimer**
                                                             (See above for address)
                                                             *TERMINATED: 01/28/2013*

                                                             **Walter P Opaska**
                                                             Bryan Cave LLP - Phoeniz

2 North Central Avenue
Suite 2200
Phoenix, AZ 85004
6-2/364-7280
Fax: 602/716-9290
Email: walter.opaska@bryancave.com
*TERMINATED: 01/28/2013*
*PRO HAC VICE*

**Defendant**

**OurVacationStore, Inc.**
*TERMINATED: 01/28/2013*

represented by    **Earl Glenn Thames , Jr**
(See above for address)
*TERMINATED: 01/28/2013*

**George C Chen**
(See above for address)
*TERMINATED: 01/28/2013*

**Jacob A Maskovich**
Bryan Cave LLP - Phoenix
2 North Central Avenue
Suite 2200
Phoenix, AZ 85004
602/364-7000
Fax: 602/364-7070
Email: jamaskovich@bryancave.com
*TERMINATED: 01/28/2013*
*PRO HAC VICE*

**James Matthew Rowan**
(See above for address)
*TERMINATED: 01/28/2013*

**Lawrence G Kurland**
(See above for address)
*TERMINATED: 01/28/2013*

**Scott A Penner**
(See above for address)
*TERMINATED: 01/28/2013*

**Thomas M Melsheimer**
(See above for address)
*TERMINATED: 01/28/2013*

**Walter P Opaska**
(See above for address)
*TERMINATED: 01/28/2013*
*PRO HAC VICE*

**Defendant**

**National Leisure Group, Inc.**                represented by  **Eric D Kirsch**
Cooper & Dunham
30 Rockefeller Plaza
New York, NY 10112
212-278-0400
Fax: 212-391-0525
Email: ekirsch@cooperdunham.com
*TERMINATED: 10/25/2010*
*LEAD ATTORNEY*

**Norman H Zivin**
Cooper & Dunham
30 Rockefeller Plaza
New York, NY 10112
212-278-0400
Fax: 212-391-0525
Email: nzivin@cooperdunham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tonia Sayour**
Cooper & Dunham
30 Rockefeller Plaza
New York, NY 10112
212-278-0400
Fax: 212-391-0525
Email: tsayour@cooperdunham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lance Lee**
Lance Lee
Attorney at Law
5511 Plaza Drive
Texarkana, TX 75503
903/223-0276
Fax: 903/223-0210
Email: wlancelee@aol.com
*ATTORNEY TO BE NOTICED*

**Scott A Penner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Melsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Digital River, Inc.**                 represented by **Brett Christopher Govett**
Fulbright & Jaworski - Dallas
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
214/855-8118
Fax: 12148558200
Email: bgovett@fulbright.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew W. Spangler**
Spangler & Fussell P.C.
208 N. Green St.
Suite 300
Longview, TX 75601
903-753-9300
Fax: 903-553-0403
Email: spangler@sfipfirm.com
*ATTORNEY TO BE NOTICED*

**Charles Ainsworth**
Parker Bunt & Ainsworth
100 E Ferguson
Suite 1114
Tyler, TX 75702
903/531-3535
Fax: 903/533-9687
Email: charley@pbatyler.com
*ATTORNEY TO BE NOTICED*

**Christopher Kenneth Larus**
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
612/349-8500
Fax: 16123394181
Email: cklarus@rkmc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dustin M Mauck**
Fulbright & Jaworski LLP - Dallas
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
214-855-7147
Fax: 214-855-8200
Email: dmauck@fulbright.com

*ATTORNEY TO BE NOTICED*

**Elizabeth L DeRieux**
Capshaw DeRieux LLP
114 E Commerce Avenue
Gladewater, TX 75647
(903) 233-4816
Fax: (903) 236-8787
Email: ederieux@capshawlaw.com
*ATTORNEY TO BE NOTICED*

**Erik G Swenson**
Fulbright & Jaworski LLP - MN
2100 IDS Center
80 South Eight St
Minneapolis, MN 55402-2112
612/321-2266
Fax: 612-321-2288
Email: erik.swenson@fulbright.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karl Glenn Dial**
Fulbright & Jaworski
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
214/855-8000
Fax: 12148558200
Email: kdial@fulbright.com
*ATTORNEY TO BE NOTICED*

**Krista D Barrie**
Fulbright & Jaworski LLP - MN
2100 IDS Center
80 South Eight St
Minneapolis, MN 55402-2112
612-321-2800
Fax: 16123212288
Email: kbarrie@fulbright.com
*TERMINATED: 02/01/2007*

**Miriam Latorre Quinn**
Fulbright & Jaworski LLP - Dallas
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
214/855-7176
Email: mquinn@fulbright.com
*TERMINATED: 12/04/2012*

**Robert Christopher Bunt**
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
903/531-3535
Fax: 903/533-9687
Email: rcbunt@pbatyler.com
*ATTORNEY TO BE NOTICED*

**Robert M Parker**
Parker, Bunt & Ainsworth, P.C.
100 E Ferguson
Suite 1114
Tyler, TX 75702
903/531-3535
Fax: 9035339687
Email: rmparker@pbatyler.com
*ATTORNEY TO BE NOTICED*

**Ronn B Kreps**
Fulbright & Jaworski LLP - MN
2100 IDS Center
80 South Eight St
Minneapolis, MN 55402-2112
612-321-2800
Fax: 16123212288
Email: rkreps@fulbright.com
*ATTORNEY TO BE NOTICED*

**Scott A Penner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidney Calvin Capshaw , III**
Capshaw DeRieux LLP
114 E Commerce Avenue
Gladewater, TX 75647
903/233-4826
Fax: 903-236-8787
Email: ccapshaw@capshawlaw.com
*ATTORNEY TO BE NOTICED*

**Thomas M Melsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Internetwork Publishing Corporation**            represented by **Britnee Marie Reamy**
(See above for address)

*TERMINATED: 06/19/2012*
*doing business as*
Lodging.com
*TERMINATED: 06/19/2012*

*TERMINATED: 06/19/2012*

**Daniel C Callaway**
(See above for address)
*TERMINATED: 11/04/2011*
*PRO HAC VICE*

**David Brandon Conrad**
(See above for address)
*TERMINATED: 06/19/2012*

**David M Stein**
Akin Gump Straus Hauer & Feld LLP
633 West Fifth Street
Suite 5000
Los Angeles, CA 90071
213-254-1200
Fax: 213-254-1201
Email: dstein@akingump.com
*TERMINATED: 11/02/2010*

**Fay E Morisseau**
Fay E. Morisseau - Attorney at Law
100 E. Ferguson Street
Ste 800
Tyler, TX 75702
562.237.3970
Email: faymorisseau@gmail.com
*TERMINATED: 11/02/2010*

**J Thad Heartfield**
(See above for address)
*TERMINATED: 06/19/2012*

**Katrina G Eash**
(See above for address)
*TERMINATED: 06/19/2012*

**P Weston Musselman , Jr**
(See above for address)
*TERMINATED: 06/19/2012*

**Rex Andrew Mann**
(See above for address)
*TERMINATED: 06/19/2012*

**Scott A Penner**
(See above for address)
*TERMINATED: 06/19/2012*

**Thomas B Manuel**
(See above for address)
*TERMINATED: 06/19/2012*
*PRO HAC VICE*

**Defendant**

**Defendants**                    represented by **George C Chen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Krista Leigh Venegas**
(See above for address)
*TERMINATED: 11/02/2010*
*ATTORNEY TO BE NOTICED*

**Scott A Penner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Orbitz Worldwide, LLC**          represented by **David Brandon Conrad**
*TERMINATED: 06/19/2012*          (See above for address)
*TERMINATED: 06/19/2012*

**Katrina G Eash**
(See above for address)
*TERMINATED: 06/19/2012*

**P Weston Musselman , Jr**
(See above for address)
*TERMINATED: 06/19/2012*

**Rex Andrew Mann**
(See above for address)
*TERMINATED: 06/19/2012*

**Scott A Penner**
(See above for address)
*TERMINATED: 06/19/2012*

**Thomas B Manuel**
(See above for address)
*TERMINATED: 06/19/2012*
*PRO HAC VICE*

**Cross Claimant**

**World Travel Holdings, Inc.**     represented by **Lance Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Travelocity.com, L.P.**         represented by   **Neil J McNabnay**
*TERMINATED: 10/31/2012*                           (See above for address)
                                                   *TERMINATED: 10/31/2012*
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Scott A Penner**
                                                   (See above for address)
                                                   *TERMINATED: 10/31/2012*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Thomas M Melsheimer**
                                                   (See above for address)
                                                   *TERMINATED: 10/31/2012*
                                                   *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**DDR Holdings, LLC**             represented by   **George C Chen**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Michael Charles Smith**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Site59.com,LLC**                represented by   **Neil J McNabnay**
*TERMINATED: 10/31/2012*                           (See above for address)
                                                   *TERMINATED: 10/31/2012*
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Scott A Penner**
                                                   (See above for address)
                                                   *TERMINATED: 10/31/2012*
                                                   *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**DDR Holdings, LLC**             represented by   **George C Chen**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | | |
|---|---|---|
| **Expedia, Inc.** | represented by | **Thomas M Melsheimer** |
| *TERMINATED: 11/05/2012* | | (See above for address) |
| | | *TERMINATED: 11/05/2012* |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Scott A Penner** |
| | | (See above for address) |
| | | *TERMINATED: 11/05/2012* |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **DDR Holdings, LLC** | represented by | **George C Chen** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Hotels.com** | represented by | **Scott A Penner** |
| *TERMINATED: 11/05/2012* | | (See above for address) |
| | | *TERMINATED: 11/05/2012* |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **DDR Holdings, LLC** | represented by | **George C Chen** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Digital River, Inc.** | represented by | **Brett Christopher Govett** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Ronn B Kreps** |
| | | Fulbright & Jaworski LLP - MN |
| | | 2100 IDS Center |
| | | 80 South Eight St |
| | | Minneapolis, MN 55402-2112 |
| | | 612-321-2800 |
| | | Fax: 612-321-2288 |
| | | Email: rkreps@fulbright.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Scott A Penner** |
| | | (See above for address) |

*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**DDR Holdings, LLC**                          represented by **George C Chen**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**National Leisure Group, Inc.**               represented by **Eric D Kirsch**
                                               (See above for address)
                                               *TERMINATED: 10/25/2010*
                                               *LEAD ATTORNEY*

                                               **Norman H Zivin**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **Tonia Sayour**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **Scott A Penner**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**DDR Holdings, LLC**                          represented by **George C Chen**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**International Cruise & Excursion**           represented by **Earl Glenn Thames , Jr**
**Gallery, Inc.**                              (See above for address)
*TERMINATED: 01/28/2013*                       *TERMINATED: 01/28/2013*

                                               **Scott A Penner**
                                               (See above for address)
                                               *TERMINATED: 01/28/2013*

V.

**Counter Defendant**

**DDR Holdings, LLC**                    represented by  **George C Chen**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**OurVacationStore, Inc.**               represented by  **Earl Glenn Thames , Jr**
*TERMINATED: 01/28/2013*                 (See above for address)
                                         *TERMINATED: 01/28/2013*

                                         **Jacob A Maskovich**
                                         (See above for address)
                                         *TERMINATED: 01/28/2013*
                                         *PRO HAC VICE*

                                         **Scott A Penner**
                                         (See above for address)
                                         *TERMINATED: 01/28/2013*

V.

**Counter Defendant**

**DDR Holdings, LLC**                    represented by  **George C Chen**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Cendant Travel Distribution Services
Group, Inc.**

V.

**Counter Defendant**

**DDR Holdings, LLC**                    represented by  **George C Chen**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Internetwork Publishing Corporation**  represented by  **J Thad Heartfield**
                                         (See above for address)
*TERMINATED: 06/19/2012*                 *TERMINATED: 06/19/2012*

                                         **Krista Leigh Venegas**
                                         (See above for address)
                                         *TERMINATED: 11/02/2010*

                                         **Scott A Penner**
                                         (See above for address)
                                         *TERMINATED: 06/19/2012*

V.

**Counter Defendant**
**DDR Holdings, LLC**                represented by **George C Chen**
                                     (See above for address)
                                     *ATTORNEY TO BE NOTICED*


**Counter Claimant**
**International Cruise & Excursion**  represented by **Scott A Penner**
**Gallery, Inc.**                    (See above for address)
*TERMINATED: 01/28/2013*             *TERMINATED: 01/28/2013*


V.

**Counter Defendant**
**DDR Holdings, LLC**                represented by **George C Chen**
                                     (See above for address)
                                     *ATTORNEY TO BE NOTICED*


**Counter Claimant**
**OurVacationStore, Inc.**           represented by **Jacob A Maskovich**
*TERMINATED: 01/28/2013*             (See above for address)
                                     *TERMINATED: 01/28/2013*
                                     *PRO HAC VICE*

                                     **Scott A Penner**
                                     (See above for address)
                                     *TERMINATED: 01/28/2013*


V.

**Counter Defendant**
**DDR Holdings, LLC**                represented by **George C Chen**
                                     (See above for address)
                                     *ATTORNEY TO BE NOTICED*


**Counter Claimant**
**Site59.com,LLC**                   represented by **Neil J McNabnay**
*TERMINATED: 10/31/2012*             (See above for address)
                                     *TERMINATED: 10/31/2012*
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

                                     **Scott A Penner**
                                     (See above for address)
                                     *TERMINATED: 10/31/2012*
                                     *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**DDR Holdings, LLC**                    represented by **George C Chen**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Travelocity.com, L.P.**                represented by **Neil J McNabnay**
*TERMINATED: 10/31/2012*                 (See above for address)
                                         *TERMINATED: 10/31/2012*
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Scott A Penner**
                                         (See above for address)
                                         *TERMINATED: 10/31/2012*
                                         *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**DDR Holdings, LLC**                    represented by **George C Chen**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Hotels.com**                           represented by **Scott A Penner**
*TERMINATED: 11/05/2012*                 (See above for address)
                                         *TERMINATED: 11/05/2012*
                                         *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**DDR Holdings, LLC**                    represented by **George C Chen**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Expedia, Inc.**                        represented by **Thomas M Melsheimer**
*TERMINATED: 11/05/2012*                 (See above for address)
                                         *TERMINATED: 11/05/2012*
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Scott A Penner**
                                         (See above for address)

                        *TERMINATED: 11/05/2012*
                        *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**DDR Holdings, LLC**          represented by  **George C Chen**
                            (See above for address)
                            *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**International Cruise & Excursion**   represented by  **Scott A Penner**
**Gallery, Inc.**                        (See above for address)
*TERMINATED: 01/28/2013*             *TERMINATED: 01/28/2013*

V.

**Counter Defendant**

**DDR Holdings, LLC**          represented by  **George C Chen**
                              (See above for address)
                            *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**OurVacationStore, Inc.**      represented by  **Jacob A Maskovich**
*TERMINATED: 01/28/2013*                   (See above for address)
                            *TERMINATED: 01/28/2013*
                            *PRO HAC VICE*

                            **Scott A Penner**
                            (See above for address)
                            *TERMINATED: 01/28/2013*

V.

**Counter Defendant**

**DDR Holdings, LLC**          represented by  **George C Chen**
                              (See above for address)
                            *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Neat Group Corp.**           represented by  **Daniel C Callaway**
*TERMINATED: 06/19/2012*                (See above for address)
                            *TERMINATED: 11/04/2011*
                            *PRO HAC VICE*

                            **Krista Leigh Venegas**
                            (See above for address)
                            *TERMINATED: 11/02/2010*

 

Scott A Penner
(See above for address)
*TERMINATED: 06/19/2012*

V.

**Counter Defendant**

**Neat Group Corp.**                    represented by  **Britnee Marie Reamy**
*TERMINATED: 06/19/2012*                                (See above for address)
                                                        *TERMINATED: 06/19/2012*

                                                        **Daniel C Callaway**
                                                        (See above for address)
                                                        *TERMINATED: 11/04/2011*
                                                        *PRO HAC VICE*

                                                        **David Brandon Conrad**
                                                        (See above for address)
                                                        *TERMINATED: 06/19/2012*

                                                        **J Thad Heartfield**
                                                        (See above for address)
                                                        *TERMINATED: 06/19/2012*

                                                        **Katrina G Eash**
                                                        (See above for address)
                                                        *TERMINATED: 06/19/2012*

                                                        **P Weston Musselman , Jr**
                                                        (See above for address)
                                                        *TERMINATED: 06/19/2012*

                                                        **Rex Andrew Mann**
                                                        (See above for address)
                                                        *TERMINATED: 06/19/2012*

                                                        **Scott A Penner**
                                                        (See above for address)
                                                        *TERMINATED: 06/19/2012*

                                                        **Thomas B Manuel**
                                                        (See above for address)
                                                        *TERMINATED: 06/19/2012*
                                                        *PRO HAC VICE*

**Counter Claimant**

**Internetwork Publishing Corporation**  represented by  **Krista Leigh Venegas**
                                                        (See above for address)
*TERMINATED: 06/19/2012*                                *TERMINATED: 11/02/2010*

**Scott A Penner**
(See above for address)
*TERMINATED: 06/19/2012*

V.

**Counter Defendant**

**DDR Holdings, LLC**                    represented by **George C Chen**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Digital River, Inc.**                    represented by **Scott A Penner**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

                                    **Brett Christopher Govett**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**DDR Holdings, LLC**                    represented by **George C Chen**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Site59.com,LLC**                    represented by **Scott A Penner**
*TERMINATED: 10/31/2012*                    (See above for address)
                                    *TERMINATED: 10/31/2012*
                                    *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**DDR Holdings, LLC**                    represented by **George C Chen**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Travelocity.com, L.P.**                    represented by **Scott A Penner**
*TERMINATED: 10/31/2012*                    (See above for address)
                                    *TERMINATED: 10/31/2012*
                                    *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**DDR Holdings, LLC**                    represented by  **George C Chen**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Ian Bradford Crosby**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Digital River, Inc.**                    represented by  **Brett Christopher Govett**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Andrew W. Spangler**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Charles Ainsworth**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Christopher Kenneth Larus**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Elizabeth L DeRieux**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Krista D Barrie**
                                                          (See above for address)
                                                          *TERMINATED: 02/01/2007*

                                                          **Robert Christopher Bunt**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Robert M Parker**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Ronn B Kreps**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Scott A Penner**
                                                          (See above for address)

*ATTORNEY TO BE NOTICED*

**Sidney Calvin Capshaw , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**DDR Holdings, LLC**                 represented by **Louis J Hoffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl R Roth**
(See above for address)
*TERMINATED: 01/24/2008*

**George C Chen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Charles Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**National Leisure Group, Inc.**      represented by **Eric D Kirsch**
(See above for address)
*TERMINATED: 10/25/2010*
*LEAD ATTORNEY*

**Norman H Zivin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tonia Sayour**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lance Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott A Penner**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**DDR Holdings, LLC**                    represented by    **Louis J Hoffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl R Roth**
(See above for address)
*TERMINATED: 01/24/2008*

**George C Chen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Charles Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Expedia, Inc.**                        represented by    **Thomas M Melsheimer**
*TERMINATED: 11/05/2012*                                  (See above for address)
*TERMINATED: 11/05/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott A Penner**
(See above for address)
*TERMINATED: 11/05/2012*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Hotels.com**                           represented by    **Scott A Penner**
*TERMINATED: 11/05/2012*                                  (See above for address)
*TERMINATED: 11/05/2012*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**DDR Holdings, LLC**                    represented by    **Louis J Hoffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl R Roth**
(See above for address)

TERMINATED: 01/24/2008

**George C Chen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Charles Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Travelocity.com, L.P.**          represented by   **Neil J McNabnay**
*TERMINATED: 10/31/2012*                            (See above for address)
                                                    *TERMINATED: 10/31/2012*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Britnee Marie Reamy**
                                                    (See above for address)
                                                    *TERMINATED: 10/31/2012*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Daniel C Callaway**
                                                    (See above for address)
                                                    *TERMINATED: 11/04/2011*
                                                    *PRO HAC VICE*

                                                    **Scott A Penner**
                                                    (See above for address)
                                                    *TERMINATED: 10/31/2012*
                                                    *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Site59.com,LLC**                represented by   **Neil J McNabnay**
*TERMINATED: 10/31/2012*                            (See above for address)
                                                    *TERMINATED: 10/31/2012*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Scott A Penner**
                                                    (See above for address)
                                                    *TERMINATED: 10/31/2012*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Thomas M Melsheimer**
                                                    (See above for address)
                                                    *TERMINATED: 10/31/2012*
                                                    *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**DDR Holdings, LLC**                    represented by **Louis J Hoffman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Carl R Roth**
                                                        (See above for address)
                                                        *TERMINATED: 01/24/2008*

                                                        **George C Chen**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michael Charles Smith**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Internetwork Publishing Corporation**    represented by **Britnee Marie Reamy**
                                                        (See above for address)
*TERMINATED: 06/19/2012*                                *TERMINATED: 06/19/2012*

                                                        **Daniel C Callaway**
                                                        (See above for address)
                                                        *TERMINATED: 11/04/2011*
                                                        *PRO HAC VICE*

                                                        **David M Stein**
                                                        (See above for address)
                                                        *TERMINATED: 11/02/2010*

                                                        **Fay E Morisseau**
                                                        (See above for address)
                                                        *TERMINATED: 11/02/2010*

                                                        **J Thad Heartfield**
                                                        (See above for address)
                                                        *TERMINATED: 06/19/2012*

                                                        **Scott A Penner**
                                                        (See above for address)
                                                        *TERMINATED: 06/19/2012*

**Counter Claimant**

**Neat Group Corp.**                    represented by **Daniel C Callaway**
*TERMINATED: 06/19/2012*                                (See above for address)
                                                        *TERMINATED: 11/04/2011*

*PRO HAC VICE*

**Krista Leigh Venegas**
(See above for address)
*TERMINATED: 11/02/2010*

**Scott A Penner**
(See above for address)
*TERMINATED: 06/19/2012*

**Counter Claimant**
**Orbitz Worldwide, LLC**                    represented by **Scott A Penner**
*TERMINATED: 06/19/2012*                                    (See above for address)
                                                            *TERMINATED: 06/19/2012*

V.

**Counter Defendant**
**DDR Holdings, LLC**                        represented by **Louis J Hoffman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Carl R Roth**
                                                            (See above for address)
                                                            *TERMINATED: 01/24/2008*

                                                            **George C Chen**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Michael Charles Smith**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Counter Claimant**
**International Cruise & Excursion**          represented by **Earl Glenn Thames , Jr**
**Gallery, Inc.**                                           (See above for address)
*TERMINATED: 01/28/2013*                                    *TERMINATED: 01/28/2013*

                                                            **George C Chen**
                                                            (See above for address)
                                                            *TERMINATED: 01/28/2013*

                                                            **Lawrence G Kurland**
                                                            (See above for address)
                                                            *TERMINATED: 01/28/2013*

                                                            **Scott A Penner**

(See above for address)
*TERMINATED: 01/28/2013*

V.

**Counter Defendant**
**DDR Holdings, LLC**                    represented by   **Louis J Hoffman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Carl R Roth**
                                                          (See above for address)
                                                          *TERMINATED: 01/24/2008*

                                                          **George C Chen**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Michael Charles Smith**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Counter Claimant**
**OurVacationStore, Inc.**               represented by   **Earl Glenn Thames , Jr**
*TERMINATED: 01/28/2013*                                  (See above for address)
                                                          *TERMINATED: 01/28/2013*

                                                          **George C Chen**
                                                          (See above for address)
                                                          *TERMINATED: 01/28/2013*

                                                          **Jacob A Maskovich**
                                                          (See above for address)
                                                          *TERMINATED: 01/28/2013*
                                                          *PRO HAC VICE*

                                                          **Lawrence G Kurland**
                                                          (See above for address)
                                                          *TERMINATED: 01/28/2013*

                                                          **Scott A Penner**
                                                          (See above for address)
                                                          *TERMINATED: 01/28/2013*

V.

**Counter Defendant**
**DDR Holdings, LLC**                    represented by   **Louis J Hoffman**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl R Roth**
(See above for address)
*TERMINATED: 01/24/2008*

**George C Chen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Charles Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**International Cruise & Excursion Gallery, Inc.**
*TERMINATED: 01/28/2013*

represented by **Earl Glenn Thames , Jr**
(See above for address)
*TERMINATED: 01/28/2013*

**George C Chen**
(See above for address)
*TERMINATED: 01/28/2013*

**Lawrence G Kurland**
(See above for address)
*TERMINATED: 01/28/2013*

**Scott A Penner**
(See above for address)
*TERMINATED: 01/28/2013*

**Walter P Opaska**
(See above for address)
*TERMINATED: 01/28/2013*

V.

**Counter Defendant**

**DDR Holdings, LLC**

represented by **Louis J Hoffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ophelia F Camina**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl R Roth**
(See above for address)
*TERMINATED: 01/24/2008*

**George C Chen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ian Bradford Crosby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Charles Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott A Penner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**OurVacationStore, Inc.**          represented by **Earl Glenn Thames , Jr**
*TERMINATED: 01/28/2013*                        (See above for address)
                                                *TERMINATED: 01/28/2013*

                                                **George C Chen**
                                                (See above for address)
                                                *TERMINATED: 01/28/2013*

                                                **Jacob A Maskovich**
                                                (See above for address)
                                                *TERMINATED: 01/28/2013*
                                                *PRO HAC VICE*

                                                **Lawrence G Kurland**
                                                (See above for address)
                                                *TERMINATED: 01/28/2013*

                                                **Scott A Penner**
                                                (See above for address)
                                                *TERMINATED: 01/28/2013*

                                                **Walter P Opaska**
                                                (See above for address)
                                                *TERMINATED: 01/28/2013*

V.

**Counter Defendant**

**DDR Holdings, LLC**          represented by **Louis J Hoffman**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ophelia F Camina**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl R Roth**
(See above for address)
*TERMINATED: 01/24/2008*

**George C Chen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ian Bradford Crosby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Charles Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott A Penner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**
**Orbitz Worldwide, LLC**                represented by   **Scott A Penner**
*TERMINATED: 06/19/2012*                                  (See above for address)
                                                          *TERMINATED: 06/19/2012*

**Counter Claimant**
**Internetwork Publishing Corporation**  represented by   **Britnee Marie Reamy**
                                                          (See above for address)
*TERMINATED: 06/19/2012*                                  *TERMINATED: 06/19/2012*

                                                          **Daniel C Callaway**
                                                          (See above for address)
                                                          *TERMINATED: 11/04/2011*
                                                          *PRO HAC VICE*

                                                          **David M Stein**
                                                          (See above for address)
                                                          *TERMINATED: 11/02/2010*

                                                          **Fay E Morisseau**
                                                          (See above for address)

*TERMINATED: 11/02/2010*

**J Thad Heartfield**
(See above for address)
*TERMINATED: 06/19/2012*

**Scott A Penner**
(See above for address)
*TERMINATED: 06/19/2012*

**Counter Claimant**
**Neat Group Corp.**                    represented by **Britnee Marie Reamy**
*TERMINATED: 06/19/2012*                    (See above for address)
                                            *TERMINATED: 06/19/2012*

                                            **Daniel C Callaway**
                                            (See above for address)
                                            *TERMINATED: 11/04/2011*
                                            *PRO HAC VICE*

                                            **J Thad Heartfield**
                                            (See above for address)
                                            *TERMINATED: 06/19/2012*

                                            **Scott A Penner**
                                            (See above for address)
                                            *TERMINATED: 06/19/2012*

V.

**Counter Defendant**
**DDR Holdings, LLC**                    represented by **Louis J Hoffman**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Ophelia F Camina**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Carl R Roth**
                                            (See above for address)
                                            *TERMINATED: 01/24/2008*

                                            **George C Chen**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

                                            **Ian Bradford Crosby**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Charles Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott A Penner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Expedia, Inc.**                    represented by  **Eric M. Albritton**
*TERMINATED: 11/05/2012*                             (See above for address)
                                                     *TERMINATED: 04/04/2007*
                                                     *LEAD ATTORNEY*

                                                     **Neil J McNabnay**
                                                     (See above for address)
                                                     *TERMINATED: 11/05/2012*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Britnee Marie Reamy**
                                                     (See above for address)
                                                     *TERMINATED: 11/05/2012*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Daniel C Callaway**
                                                     (See above for address)
                                                     *TERMINATED: 11/04/2011*
                                                     *PRO HAC VICE*

                                                     **Eric Huang**
                                                     (See above for address)
                                                     *TERMINATED: 12/17/2010*

                                                     **Frederick A Lorig**
                                                     (See above for address)
                                                     *TERMINATED: 12/17/2010*

                                                     **Michael Carlinsky**
                                                     (See above for address)
                                                     *TERMINATED: 12/17/2010*

                                                     **Scott A Penner**
                                                     (See above for address)
                                                     *TERMINATED: 11/05/2012*
                                                     *ATTORNEY TO BE NOTICED*

**Thomas M Melsheimer**
(See above for address)
*TERMINATED: 11/05/2012*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Hotels.com**                        represented by    **Eric M. Albritton**
*TERMINATED: 11/05/2012*                                 (See above for address)
                                                         *TERMINATED: 04/04/2007*
                                                         *LEAD ATTORNEY*

                                                         **Neil J McNabnay**
                                                         (See above for address)
                                                         *TERMINATED: 11/05/2012*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Britnee Marie Reamy**
                                                         (See above for address)
                                                         *TERMINATED: 11/05/2012*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Daniel C Callaway**
                                                         (See above for address)
                                                         *TERMINATED: 11/04/2011*
                                                         *PRO HAC VICE*

                                                         **Eric Huang**
                                                         (See above for address)
                                                         *TERMINATED: 12/17/2010*

                                                         **Frederick A Lorig**
                                                         (See above for address)
                                                         *TERMINATED: 12/17/2010*

                                                         **Michael Carlinsky**
                                                         (See above for address)
                                                         *TERMINATED: 12/17/2010*

                                                         **Scott A Penner**
                                                         (See above for address)
                                                         *TERMINATED: 11/05/2012*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Thomas M Melsheimer**
                                                         (See above for address)
                                                         *TERMINATED: 11/05/2012*
                                                         *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**DDR Holdings, LLC**                    represented by    **Louis J Hoffman**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Ophelia F Camina**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Carl R Roth**
                                                           (See above for address)
                                                           *TERMINATED: 01/24/2008*

                                                           **George C Chen**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Ian Bradford Crosby**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Michael Charles Smith**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Scott A Penner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Travelocity.com, L.P.**                represented by    **Neil J McNabnay**
*TERMINATED: 10/31/2012*                                   (See above for address)
                                                           *TERMINATED: 10/31/2012*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Britnee Marie Reamy**
                                                           (See above for address)
                                                           *TERMINATED: 10/31/2012*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Daniel C Callaway**
                                                           (See above for address)
                                                           *TERMINATED: 11/04/2011*
                                                           *PRO HAC VICE*

|  |  | Scott A Penner |
|--|--|--|
|  |  | (See above for address) |
|  |  | *TERMINATED: 10/31/2012* |
|  |  | *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

**Site59.com,LLC**                      represented by **Neil J McNabnay**
*TERMINATED: 10/31/2012*                (See above for address)
                                        *TERMINATED: 10/31/2012*
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Britnee Marie Reamy**
                                        (See above for address)
                                        *TERMINATED: 10/31/2012*
                                        *ATTORNEY TO BE NOTICED*

                                        **Daniel C Callaway**
                                        (See above for address)
                                        *TERMINATED: 11/04/2011*
                                        *PRO HAC VICE*

                                        **Scott A Penner**
                                        (See above for address)
                                        *TERMINATED: 10/31/2012*
                                        *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**DDR Holdings, LLC**                   represented by **Louis J Hoffman**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Ophelia F Camina**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Carl R Roth**
                                        (See above for address)
                                        *TERMINATED: 01/24/2008*

                                        **George C Chen**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

                                        **Ian Bradford Crosby**
                                        (See above for address)

*ATTORNEY TO BE NOTICED*

**Michael Charles Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott A Penner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**World Travel Holdings, Inc.**          represented by **Tonia Sayour**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas M Melsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lance Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**DDR Holdings, LLC**          represented by **Louis J Hoffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ophelia F Camina**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl R Roth**
(See above for address)
*TERMINATED: 01/24/2008*

**George C Chen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ian Bradford Crosby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Charles Smith**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott A Penner**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/31/2006 | 1 | COMPLAINT against Hotels.com, Expedia, Inc., Travelocity.com, L.P., Site59.com,LLC, Cendant Corporation, International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc., National Leisure Group, Inc. and Digital River, Inc. (Filing fee $ 250.) , filed by DDR Holdings, LLC. (Attachments:<br># 1 Text of Proposed Order)(ehs, ) (Entered: 01/31/2006) |
| 01/31/2006 | 2 | Form mailed to Commissioner of Patents and Trademarks. (ehs, ) (Entered: 01/31/2006) |
| 02/02/2006 | | Filing fee: $ 250.00, receipt number 2-1-1131 (ehs, ) (Entered: 02/03/2006) |
| 02/06/2006 | | Summons Issued as to Cendant Corporation, International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc., National Leisure Group, Inc., Digital River, Inc., Hotels.com, Expedia, Inc., Travelocity.com, L.P., Site59.com,LLC. (ch, ) (Entered: 02/07/2006) |
| 02/16/2006 | 6 | SUMMONS Returned Executed Certified Mail by DDR Holdings, LLC. Expedia, Inc. served on 2/13/2006, answer due 3/6/2006. (ch, ) (Entered: 02/27/2006) |
| 02/17/2006 | 13 | SUMMONS Returned Executed Certified Mail by DDR Holdings, LLC. Hotels.com served on 2/13/2006, answer due 3/6/2006. (ch, ) (Entered: 02/27/2006) |
| 02/21/2006 | 7 | SUMMONS Returned Executed Certified Mail by DDR Holdings, LLC. Travelocity.com, L.P. served on 2/13/2006, answer due 3/6/2006. (ch, ) (Entered: 02/27/2006) |
| 02/21/2006 | 8 | SUMMONS Returned Executed Certified Mail by DDR Holdings, LLC. Site59.com,LLC served on 2/13/2006, answer due 3/6/2006. (ch, ) (Entered: 02/27/2006) |
| 02/21/2006 | 9 | SUMMONS Returned Executed Certified Mail by DDR Holdings, LLC. Digital River, Inc. served on 2/13/2006, answer due 3/6/2006. (ch, ) (Entered: 02/27/2006) |
| 02/21/2006 | 10 | SUMMONS Returned Executed Certified Mail by DDR Holdings, LLC. International Cruise & Excursion Gallery, Inc. served on 2/8/2006, answer due 2/28/2006. (ch, ) (Entered: 02/27/2006) |
| 02/21/2006 | 11 | SUMMONS Returned Executed Certified Mail by DDR Holdings, LLC. National Leisure Group, Inc. served on 2/13/2006, answer due |

| | | |
|---|---|---|
| | | 3/6/2006. (ch, ) (Entered: 02/27/2006) |
| 02/21/2006 | 12 | SUMMONS Returned Executed Certified Mail by DDR Holdings, LLC. Cendant Corporation served on 2/13/2006, answer due 3/6/2006. (ch, ) (Entered: 02/27/2006) |
| 02/23/2006 | 16 | APPLICATION to Appear Pro Hac Vice by Attorney Louis J Hoffman for DDR Holdings, LLC. ARRPOVED (poa, ) (Entered: 03/01/2006) |
| 02/23/2006 | | Filing fee: $ 25, receipt number 2-1-1197 (poa, ) (Entered: 03/01/2006) |
| 02/24/2006 | 3 | MOTION for Extension of Time to File Answer re 1 Complaint, *or Otherwise Respond,* by Cendant Corporation. (Attachments: # 1 Proposed Order)(Heartfield, J) (Entered: 02/24/2006) |
| 02/27/2006 | 4 | ORDER granting 3 Motion for Extension of Time to Answer; Answer due ddl 3/27/06 . Signed by Judge David Folsom on 2/27/06. (mrm, ) (Entered: 02/27/2006) |
| 02/27/2006 | 5 | Answer Due Deadline Updated for Cendant Corporation to 3/27/2006. (mrm, ) (Entered: 02/27/2006) |
| 02/28/2006 | 14 | SUMMONS Returned Executed Certified Mail by DDR Holdings, LLC. International Cruise & Excursion Gallery, Inc. served on 2/13/2006, answer due 3/6/2006. (ch, ) (Entered: 02/28/2006) |
| 03/01/2006 | 15 | NOTICE of Attorney Appearance by Michael Charles Smith on behalf of DDR Holdings, LLC (Smith, Michael) (Entered: 03/01/2006) |
| 03/06/2006 | 17 | MOTION for Extension of Time to File Answer re 1 Complaint, by Hotels.com, Expedia, Inc.. (Attachments: # 1 Text of Proposed Order)(Albritton, Eric) (Entered: 03/06/2006) |
| 03/06/2006 | 18 | MOTION for Extension of Time to File Answer by Travelocity.com, L.P., Site59.com,LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(McNabnay, Neil) (Entered: 03/06/2006) |
| 03/06/2006 | 19 | Consent MOTION for Extension of Time to File Answer *UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER* by International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc.. (Attachments: # 1 Text of Proposed Order)(Thames, Earl) (Entered: 03/06/2006) |
| 03/06/2006 | 25 | APPLICATION to Appear Pro Hac Vice by Attorney George C Chen for International Cruise & Excursion Gallery, Inc. and OurVacationStore, Inc.. (ch, ) (Entered: 03/10/2006) |
| 03/06/2006 | | Pro Hac Vice Filing fee paid by Chen; Fee: $25, receipt number: 2-1-1230 (ch, ) (Entered: 03/10/2006) |
| 03/06/2006 | 26 | APPLICATION to Appear Pro Hac Vice by Attorney Lawrence G Kurland for International Cruise & Excursion Gallery, Inc. and |

| | | |
|---|---|---|
| | | OurVacationStore, Inc.. (ch, ) (Entered: 03/10/2006) |
| 03/06/2006 | | Pro Hac Vice Filing fee paid by Kurland; Fee: $25, receipt number: 2-1-1229 (ch, ) (Entered: 03/10/2006) |
| 03/07/2006 | 20 | ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; granting 19 Motion for Extension of Time to Answer; International Cruise & Excursion Gallery, inc. and Ourvacationstore, inc. Answer due 4/3/06 . Signed by Judge David Folsom on 3/7/06. (mrm, ) (Entered: 03/07/2006) |
| 03/07/2006 | | Answer Due Deadline Updated for International Cruise & Excursion Gallery, Inc. to 4/3/2006; OurVacationStore, Inc. to 4/3/2006. (mrm, ) (Entered: 03/07/2006) |
| 03/07/2006 | 21 | ORDER GRANTING TRAVELOCITY'S AND SITE59'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND; granting 18 Motion for Extension of Time to Answer; Travelocity's and Site59's Answer due 3/27/06 . Signed by Judge David Folsom on 3/7/06. (mrm, ) (Entered: 03/07/2006) |
| 03/07/2006 | 22 | ORDER granting 17 Motion for Extension of Time to Answer; Expedia Answer due 3/27/06 . Signed by Judge David Folsom on 3/7/06. (mrm, ) (Entered: 03/07/2006) |
| 03/07/2006 | | Answer Due Deadline Updated for Expedia, Inc. to 3/27/2006; Travelocity.com, L.P. to 3/27/2006; Site59.com,LLC to 3/27/2006. (mrm, ) (Entered: 03/07/2006) |
| 03/08/2006 | 23 | MOTION for Extension of Time to File Answer *National Leisure Group, Inc.'s Unopposed Motion for Extension of Time in Which to Answer or Otherwise Respond to Plaintiff's Complaint* by National Leisure Group, Inc.. (Attachments:<br># 1 Text of Proposed Order)(Lee, Lance) (Entered: 03/08/2006) |
| 03/08/2006 | 24 | Consent MOTION for Extension of Time to File Answer *(Motion to Extend Time for Defendant Digital River, Inc. to File its Answer or Otherwise Respond to Plaintiff's Complaint)* by Digital River, Inc.. (Attachments:<br># 1 Text of Proposed Order)(DeRieux, Elizabeth) (Entered: 03/08/2006) |
| 03/13/2006 | 27 | ORDER granting 23 Motion for Extension of Time to Answer; National Leisure Group Inc's Answer due 4/3/06 . Signed by Judge David Folsom on 3/13/06. (mrm, ) (Entered: 03/13/2006) |
| 03/13/2006 | 28 | ORDER granting 24 Motion for Extension of Time to Answer; Digital River's Answer due 3/27/06 . Signed by Judge David Folsom on 3/13/06. (mrm, ) (Entered: 03/13/2006) |
| 03/13/2006 | | Answer Due Deadline Updated for National Leisure Group, Inc. to 4/3/2006; Digital River, Inc. to 3/27/2006. (mrm, ) (Entered: 03/13/2006) |

| 03/13/2006 | 40 | APPLICATION to Appear Pro Hac Vice by Attorney Ronna B Kreps for Digital River, Inc.. (poa, ) (Entered: 03/28/2006) |
| 03/13/2006 | | Pro Hac Vice Filing fee paid by Ronn B Kreps; Fee: $25, receipt number: 2-1-1257 (poa, ) (Entered: 03/28/2006) |
| 03/13/2006 | 41 | APPLICATION to Appear Pro Hac Vice by Attorney Christopher K Larus for Digital River, Inc.. (poa, ) (Entered: 03/28/2006) |
| 03/13/2006 | | Pro Hac Vice Filing fee paid by Christopher K Larus; Fee: $25, receipt number: 2-1-1257 (poa, ) (Entered: 03/28/2006) |
| 03/13/2006 | 44 | APPLICATION to Appear Pro Hac Vice by Attorney Krista D Barrie for Digital River, Inc.. (poa, ) (Entered: 03/28/2006) |
| 03/13/2006 | | Pro Hac Vice Filing fee paid by Krista D Barrie; Fee: $25, receipt number: 2-1-1257 (poa, ) (Entered: 03/28/2006) |
| 03/24/2006 | 29 | MOTION for Extension of Time to File Answer re 1 Complaint, *or Otherwise Respond,* by Cendant Corporation. (Attachments: # 1 Proposed Order)(Heartfield, J) (Entered: 03/24/2006) |
| 03/27/2006 | 30 | *Travelocity's* ANSWER to Complaint with Jury Demand *And,* COUNTERCLAIM against DDR Holdings, LLC by Travelocity.com, L.P..(McNabnay, Neil) (Entered: 03/27/2006) |
| 03/27/2006 | 31 | *SITE59's* ANSWER to Complaint with Jury Demand *And,* COUNTERCLAIM against DDR Holdings, LLC by Site59.com,LLC. (McNabnay, Neil) (Entered: 03/27/2006) |
| 03/27/2006 | 32 | NOTICE of Disclosure by Travelocity.com, L.P. *FED. R. CIV. P. 7.1 DISCLOSURE* (McNabnay, Neil) (Entered: 03/27/2006) |
| 03/27/2006 | 33 | NOTICE of Disclosure by Site59.com,LLC *FED. R. CIV. P. 7.1 DISCLOSURE* (McNabnay, Neil) (Entered: 03/27/2006) |
| 03/27/2006 | 34 | ORDER granting 29 Motion for Extension of Time to Answer; Cendant Corporation answer due 4/3/06 . Signed by Judge David Folsom on 3/27/06. (mrm, ) (Entered: 03/27/2006) |
| 03/27/2006 | | Answer Due Deadline Updated for Cendant Corporation to 4/3/2006. (mrm, ) (Entered: 03/27/2006) |
| 03/27/2006 | 35 | ORDER TO CONDUCT RULE 26(f) CONFERENCE Rule 26 Meeting Report due by 5/26/2006.. Signed by Judge David Folsom on 3/27/06. (mrm, ) (Entered: 03/27/2006) |
| 03/27/2006 | 36 | ANSWER to Complaint with Jury Demand *Affirmative Defenses,* COUNTERCLAIM against DDR Holdings, LLC by Expedia, Inc.. (Albritton, Eric) (Entered: 03/27/2006) |
| 03/27/2006 | 37 | ANSWER to Complaint with Jury Demand *Affirmative Defenses,* COUNTERCLAIM against DDR Holdings, LLC by Hotels.com. (Albritton, Eric) (Entered: 03/27/2006) |

| 03/27/2006 | 38 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM *Separate Answer and Counter-Claims of Defendant Digital River, Inc.* against DDR Holdings, LLC by Digital River, Inc..(Govett, Brett) (Entered: 03/27/2006) |
| --- | --- | --- |
| 03/28/2006 | 39 | NOTICE of Attorney Appearance by Robert Christopher Bunt on behalf of Digital River, Inc. (Bunt, Robert) (Entered: 03/28/2006) |
| 03/28/2006 | 42 | CORPORATE DISCLOSURE STATEMENT filed by Expedia, Inc. (Albritton, Eric) (Entered: 03/28/2006) |
| 03/28/2006 | 43 | CORPORATE DISCLOSURE STATEMENT filed by Hotels.com (Albritton, Eric) (Entered: 03/28/2006) |
| 03/29/2006 | 45 | NOTICE of Attorney Appearance by Robert M Parker on behalf of Digital River, Inc. (Parker, Robert) (Entered: 03/29/2006) |
| 03/31/2006 | 46 | MOTION for Extension of Time to File Answer re 1 Complaint, *or Otherwise Respond,* by Cendant Corporation. (Attachments: # 1 Proposed Order)(Heartfield, J) (Entered: 03/31/2006) |
| 04/03/2006 | 47 | *National Leisure Group, Inc.'s* ANSWER to Complaint, COUNTERCLAIM against DDR Holdings, LLC by National Leisure Group, Inc..(Lee, Lance) (Entered: 04/03/2006) |
| 04/03/2006 | 48 | CORPORATE DISCLOSURE STATEMENT filed by National Leisure Group, Inc. (Lee, Lance) (Entered: 04/03/2006) |
| 04/03/2006 | 49 | *INTERNATIONAL CRUISE & EXCURSION GALLERY, INC.'S* ANSWER to Complaint with Jury Demand *AND,* COUNTERCLAIM against DDR Holdings, LLC by International Cruise & Excursion Gallery, Inc..(Thames, Earl) (Entered: 04/03/2006) |
| 04/03/2006 | 50 | CORPORATE DISCLOSURE STATEMENT filed by International Cruise & Excursion Gallery, Inc. identifying None as Corporate Parent. (Thames, Earl) (Entered: 04/03/2006) |
| 04/03/2006 | 51 | *OURVACATIONSTORE.COM, INC.'S* ANSWER to Complaint with Jury Demand *AND,* COUNTERCLAIM against DDR Holdings, LLC by OurVacationStore, Inc..(Thames, Earl) (Entered: 04/03/2006) |
| 04/03/2006 | 52 | CORPORATE DISCLOSURE STATEMENT filed by OurVacationStore, Inc. identifying None as Corporate Parent. (Thames, Earl) (Entered: 04/03/2006) |
| 04/03/2006 | 53 | ORDER granting 46 Motion for Extension of Time to Answer to pla complaint on or before 4/10/2006. . Signed by Judge David Folsom on 4/3/2006. (sm, ) (Entered: 04/03/2006) |
| 04/03/2006 | | Answer Due Deadline Updated for Cendant Corporation to 4/10/2006. (sm, ) (Entered: 04/03/2006) |
| 04/03/2006 | 54 | CORPORATE DISCLOSURE STATEMENT filed by Digital River, Inc. (Larus, Christopher) (Entered: 04/03/2006) |

| | | |
|---|---|---|
| 04/03/2006 | 55 | NOTICE of Attorney Appearance by Christopher K Larus on behalf of Digital River, Inc. (Larus, Christopher) (Entered: 04/03/2006) |
| 04/04/2006 | 56 | NOTICE of Attorney Appearance by Krista D Barrie on behalf of Digital River, Inc. (Barrie, Krista) (Entered: 04/04/2006) |
| 04/04/2006 | 57 | NOTICE of Attorney Appearance by Ronn B Kreps on behalf of Digital River, Inc., Digital River, Inc. (Kreps, Ronn) (Entered: 04/04/2006) |
| 04/04/2006 | 58 | APPLICATION to Appear Pro Hac Vice by Attorney Eric D Kirsch for National Leisure Group, Inc.(rml, ) (Entered: 04/04/2006) |
| 04/04/2006 | 59 | APPLICATION to Appear Pro Hac Vice by Attorney Tonia Sayour for National Leisure Group, Inc. (rml, ) (Entered: 04/04/2006) |
| 04/04/2006 | 60 | APPLICATION to Appear Pro Hac Vice by Attorney Norman H Zivin for National Leisure Group, Inc. (rml, ) (Entered: 04/04/2006) |
| 04/04/2006 | | Pro Hac Vice Filing fee paid by Eric Kirsch, Tonia Sayour & Norman Zivin; Fee: $75, receipt number: 5-1-523 (rml, ) (Entered: 04/04/2006) |
| 04/10/2006 | 61 | MOTION for Leave to File *First Amended Complaint* by DDR Holdings, LLC. (Attachments:<br># 1 Exhibit A<br># 2 Text of Proposed Order Proposed Order Granting Plaintiff's Motion for Leave to File First Amended Complaint)(Smith, Michael) (Entered: 04/10/2006) |
| 04/12/2006 | 62 | ORDER granting 61 Motion for Leave to File Amended Complaint and clerk will file the amended complaint, for the party, that was attached to motion for leave. . Signed by Judge David Folsom on 4/12/2006. (sm, ) (Entered: 04/12/2006) |
| 04/12/2006 | 63 | AMENDED COMPLAINT against Cendant Travel Distribution Services Group, Inc., International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc., National Leisure Group, Inc., Digital River, Inc., Hotels.com, Expedia, Inc., Travelocity.com, L.P., Site59.com,LLC and adding new dft Internetwork Publishing Company, filed by DDR Holdings, LLC.(sm, ) (Entered: 04/12/2006) |
| 04/24/2006 | 64 | ANSWER to Amended Complaint, COUNTERCLAIM against DDR Holdings, LLC by Cendant Travel Distribution Services Group, Inc.. (Heartfield, J) (Entered: 04/24/2006) |
| 04/24/2006 | 65 | CORPORATE DISCLOSURE STATEMENT filed by Cendant Travel Distribution Services Group, Inc. (Heartfield, J) (Entered: 04/24/2006) |
| 04/24/2006 | 66 | ANSWER to Amended Complaint, COUNTERCLAIM against DDR Holdings, LLC by Internetwork Publishing Corporation.(Heartfield, J) (Entered: 04/24/2006) |
| 04/24/2006 | 67 | CORPORATE DISCLOSURE STATEMENT filed by Internetwork Publishing Corporation (Heartfield, J) (Entered: 04/24/2006) |

| 04/24/2006 | 68 | APPLICATION to Appear Pro Hac Vice by Attorney Eric Huang for Hotels.com and Expedia, Inc.. (ch, ) (Entered: 05/03/2006) |
| 04/24/2006 | | Pro Hac Vice Filing fee paid by Huang; Fee: $25; receipt number: 2-1-1405 (ch, ) (Entered: 05/03/2006) |
| 04/24/2006 | 69 | APPLICATION to Appear Pro Hac Vice by Attorney Frederick A Lorig for Hotels.com and Expedia, Inc.. (ch, ) (Entered: 05/03/2006) |
| 04/24/2006 | | Pro Hac Vice Filing fee paid by Lorig; Fee: $25; receipt number: 2-1-1405 (ch, ) (Entered: 05/03/2006) |
| 04/24/2006 | 70 | APPLICATION to Appear Pro Hac Vice by Attorney Michael Carlinsky for Hotels.com and Expedia, Inc.. (ch, ) (Entered: 05/03/2006) |
| 04/24/2006 | | Pro Hac Vice Filing fee paid by Carlinsky; Fee: $25; receipt number: 2-1-1405 (ch, ) (Entered: 05/03/2006) |
| 05/05/2006 | 71 | NOTICE OF SCHEDULING CONFERENCE, PROPOSED DEADLINES FOR DOCKET CONTROL ORDER AND DISCOVERY ORDER Scheduling Conference set for 5/31/2006 10:00 AM in Ctrm 319 (Texarkana) before Judge David Folsom.. Signed by Judge David Folsom on 5/4/06. (mrm, ) (Entered: 05/05/2006) |
| 05/11/2006 | 72 | NOTICE of Attorney Appearance by David M Stein on behalf of Internetwork Publishing Corporation (Stein, David) (Entered: 05/11/2006) |
| 05/17/2006 | 73 | MOTION for Extension of Time to File *Unopposed Motion for Extension of Time to Respond to Counterclaims* by DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Smith, Michael) (Entered: 05/17/2006) |
| 05/18/2006 | 74 | ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' COUNTERCLAIMS; granting 73 Motion for Extension of Time to File; It is therefore ORDERED that the Plf shall file its responses to the dfts counterclaims in this action on or before 5/22/06 . Signed by Judge David Folsom on 5/18/06. (mrm, ) (Entered: 05/18/2006) |
| 05/22/2006 | 75 | MOTION to Dismiss *Certain Inadequately Pleaded Defenses and Counterclaims of Defendants ICE/OVS* by DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC. (Attachments: # 1 Exhibit A)(Smith, Michael) Additional attachment(s) added on |

| | | 5/23/2006 (sm, ). (Entered: 05/22/2006) |
|---|---|---|
| 05/22/2006 | 76 | ANSWER to Counterclaim *by Cendant Travel Distribution Services Group, Inc.*, ANSWER to Counterclaim *by Internetwork Publishing Corporation d/b/a Lodging.com* by DDR Holdings, LLC.(Smith, Michael) (Entered: 05/22/2006) |
| 05/22/2006 | 77 | ANSWER to Counterclaim *by National Leisure Group* by DDR Holdings, LLC.(Smith, Michael) (Entered: 05/22/2006) |
| 05/22/2006 | 78 | ANSWER to Counterclaim *by Hotels.com*, ANSWER to Counterclaim *by Expedia* by DDR Holdings, LLC.(Smith, Michael) (Entered: 05/22/2006) |
| 05/22/2006 | 79 | ANSWER to Counterclaim *by Travelocity*, ANSWER to Counterclaim *by Site59* by DDR Holdings, LLC.(Smith, Michael) (Entered: 05/22/2006) |
| 05/22/2006 | 80 | ANSWER to Counterclaim *by ICE*, ANSWER to Counterclaim *by OVS* by DDR Holdings, LLC.(Smith, Michael) (Entered: 05/22/2006) |
| 05/22/2006 | 81 | ANSWER to Counterclaim *by Digital River* by DDR Holdings, LLC. (Smith, Michael) (Entered: 05/22/2006) |
| 05/23/2006 | 82 | NOTICE of Attorney Appearance by Fay E Morisseau on behalf of Internetwork Publishing Corporation (Morisseau, Fay) (Entered: 05/23/2006) |
| 05/30/2006 | 83 | RESPONSE in Opposition re 75 MOTION to Dismiss *Certain Inadequately Pleaded Defenses and Counterclaims of Defendants ICE/OVS DEFENDANTS' OPPOSITION TO DDR HOLDING, LLC'S MOTION TO DISMISS CERTAIN INADEQUATELY PLEADED DEFENSES AND COUNTERCLAIMS OF DEFENDANT ICE/OVS OR, IN THE ALTERNATIVE, DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED ANSWERS AND COUNTERCLAIMS* filed by International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc., International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc.. (Attachments:<br># 1 Exhibit A<br># 2 Exhibit B<br># 3 Text of Proposed Order)(Thames, Earl) (Entered: 05/30/2006) |
| 05/30/2006 | 84 | NOTICE by DDR Holdings, LLC *Report of Parties' Rule 26(f) Conference* (Attachments:<br># 1 Text of Proposed Order Proposed Scheduling ORder)(Smith, Michael) (Entered: 05/30/2006) |
| 05/31/2006 | 85 | Minute Entry for proceedings held before Judge David Folsom : Scheduling Conference held on 5/31/2006. (Court Reporter none it was recorded.) (mrm, ) Additional attachment(s) added on 6/2/2006 (mrm, ). (Entered: 06/02/2006) |
| 06/02/2006 | | ***Document # 85, Scheduling Conference Minutes. HAVE BEEN CORRECTED.** |

| | | |
|---|---|---|
| | | (mrm, ) (Entered: 06/02/2006) |
| 06/05/2006 | 86 | Joint MOTION *to Enter Scheduling Order* by DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC. (Attachments: # 1 Text of Proposed Order Proposed Scheduling ORder)(Smith, Michael) (Entered: 06/05/2006) |
| 06/06/2006 | 87 | SCHEDULING ORDER: Final Pretrial Conference set for 3/3/2008 10:00 AM in Ctrm 106 (Marshall) before Judge David Folsom. Pre-hearing Conference and Technical Tutorial set for 12/18/2006 02:00 PM in Ctrm 319 (Texarkana) before Judge David Folsom. Claim Construction Hearing set for 12/19/06 10:00 AM in Ctrm 319 (Texarkana) before Judge David Folsom. Amended Pleadings due by 10/25/2006. Fact Discovery due by 5/8/2007. Jury instructions due by 2/4/2008 Jury Selection set for 3/4/2008 10:00 AM in Ctrm 106 (Marshall) before Judge David Folsom. Motions due by 10/19/2007. Proposed Pretrial Order due by 2/4/2008.. Signed by Judge David Folsom on 6/6/06. (mrm, ) (Entered: 06/06/2006) |
| 06/07/2006 | 88 | NOTICE of Attorney Appearance by Sidney Calvin Capshaw, III on behalf of Digital River, Inc. (Capshaw, Sidney) (Entered: 06/07/2006) |
| 06/12/2006 | 89 | Joint MOTION to Dismiss *Joint Motion to Dismiss as Moot Plaintiff? s Motion to Dismiss and ICE and OVS? Alternative Cross-Motions for Leave to Amend* by International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc., DDR Holdings, LLC. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Text of Proposed Order)(Thames, Earl) (Entered: 06/12/2006) |
| 06/12/2006 | 90 | *First Amended* ANSWER to Amended Complaint, COUNTERCLAIM against DDR Holdings, LLC by International Cruise & Excursion Gallery, Inc..(Thames, Earl) (Entered: 06/12/2006) |
| 06/12/2006 | 91 | *First Amended* ANSWER to Amended Complaint, COUNTERCLAIM against DDR Holdings, LLC by OurVacationStore, Inc..(Thames, Earl) (Entered: 06/12/2006) |
| 06/13/2006 | 92 | ORDER dismissing AS MOOT 75 Motion to Dismiss, dismissing 89 Motion to Dismiss . Signed by Judge David Folsom on 6/13/2006. (sm, ) (Entered: 06/13/2006) |
| 06/14/2006 | 93 | NOTICE of Disclosure by National Leisure Group, Inc. (Lee, Lance) (Entered: 06/14/2006) |
| 06/14/2006 | 94 | ANSWER to Counterclaim *Reply to First Amended Counterclaims of International Cruise & Excursion Gallery, Inc.s and Ourvacationstore.com, INc.*, ANSWER to Counterclaim by DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR |

| | | |
|---|---|---|
| | | Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC.(Smith, Michael) (Entered: 06/14/2006) |
| 06/14/2006 | 95 | TRANSCRIPT of Proceedings (Scheduling Conference) held on May 31, 2006 before Judge David Folsom. Court Reporter: Libby Crawford. (sm, ) (ehs, ). (Entered: 06/14/2006) |
| 06/14/2006 | 96 | MOTION for Extension of Time to File *Motion for Extension of Time to Submit a Proposed Protective Order* by Cendant Travel Distribution Services Group, Inc., International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc., National Leisure Group, Inc., Digital River, Inc., Internetwork Publishing Corporation, Hotels.com, Expedia, Inc., Travelocity.com, L.P., Site59.com,LLC. (Attachments: # 1 Text of Proposed Order)(Albritton, Eric) (Entered: 06/14/2006) |
| 06/14/2006 | 97 | NOTICE of Disclosure by Site59.com,LLC *Service of Initial Disclosures* (McNabnay, Neil) (Entered: 06/14/2006) |
| 06/14/2006 | 98 | NOTICE of Disclosure by Travelocity.com, L.P. *Service of Initial Disclosures* (McNabnay, Neil) (Entered: 06/14/2006) |
| 06/14/2006 | 99 | NOTICE of Disclosure by Hotels.com (Albritton, Eric) (Entered: 06/14/2006) |
| 06/14/2006 | 100 | NOTICE of Disclosure by Expedia, Inc. (Albritton, Eric) (Entered: 06/14/2006) |
| 06/14/2006 | 101 | MOTION for Extension of Time to File *(Digital River, Inc.'s Motion for Extension of Time to Serve F.R.C.P. 26(a)(1) Disclosures)* by Digital River, Inc.. (Attachments: # 1 Text of Proposed Order)(Capshaw, Sidney) (Entered: 06/14/2006) |
| 06/15/2006 | 102 | NOTICE of Disclosure by Cendant Travel Distribution Services Group, Inc., Internetwork Publishing Corporation (Heartfield, J) (Entered: 06/15/2006) |
| 06/15/2006 | 103 | NOTICE of Disclosure by International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc. (Thames, Earl) (Entered: 06/15/2006) |
| 06/16/2006 | 104 | ***FILED IN ERROR; INCORRECT DATE ON ORDER; PLEASE IGNORE***<br><br>ORDER granting 96 Motion for Extension of Time to File a Proposed Protective Order. The ptys shall have until and including 6/14/06 to submit a proposed protective order. Signed by Judge David Folsom on 6/16/06. (mrm, ) Modified on 6/19/2006 (mpv, ). (Entered: 06/16/2006) |
| 06/16/2006 | 105 | Consent MOTION to Amend/Correct 101 MOTION for Extension of Time to File *(Digital River, Inc.'s Motion for Extension of Time to Serve F.R.C.P. 26(a)(1) Disclosures) (Digital River, Inc.'s Amended Motion for Extension of Time to Serve F.R.C.P. 26(a)(1) Disclosures)* |

| | | |
|---|---|---|
| | | by Digital River, Inc.. (Attachments: # 1 Text of Proposed Order)(Capshaw, Sidney) (Entered: 06/16/2006) |
| 06/16/2006 | | ***FILED IN ERROR. Document # 104, ORDER granting 96 Motion for Extension of Time to File a Proposed Protective Order. The ptys shall have until and including 6/14/06 to submit a proposed protective order.. PLEASE IGNORE.***<br><br>(mpv, ) (Entered: 06/19/2006) |
| 06/19/2006 | | (Court only) ***Reopen Document 96 MOTION for Extension of Time to File *Motion for Extension of Time to Submit a Proposed Protective Order* Due to Amended Order filed incorrect date of first order. (mpv, ) (Entered: 06/19/2006) |
| 06/19/2006 | 106 | ***CORRECTS ORDER #104***<br><br>ORDER granting 96 Motion for Extension of Time to File Proposed Protective Order util 6/21/06 . Signed by Judge David Folsom on 6/19/06. (mpv, ) (Entered: 06/19/2006) |
| 06/20/2006 | 107 | ORDER granting 105 Motion for Extension of Time to serve its Rule 26(a)(1) disclosures is GRANTED and the ddl for dft to serve its Rule 26(a)(1) disclosures is extended up to and including 6/23/06 . Signed by Judge David Folsom on 6/20/06. (mrm, ) (Entered: 06/20/2006) |
| 06/21/2006 | 108 | MOTION for Extension of Time to File *a Proposed Protective Order (Second Extension)* by DDR Holdings, LLC. (Attachments: # 1 Text of Proposed Order)(Hoffman, Louis) (Entered: 06/21/2006) |
| 06/22/2006 | 109 | MOTION for Extension of Time to File *Plaintiff's Unopposed Motion to Extend Deadlines* by DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) (Entered: 06/22/2006) |
| 06/23/2006 | 110 | NOTICE by Digital River, Inc. *of Compliance* (Larus, Christopher) (Entered: 06/23/2006) |
| 06/26/2006 | 111 | ORDER granting 108 Motion for Extension of Time to File a proposed protective order up to and including 7/5/2006.. Signed by Judge David Folsom on 6/23/2006. (sm, ) (Entered: 06/26/2006) |
| 06/26/2006 | 112 | ORDER granting 109 Motion for Extension of Time to File deadlines, amended courts scheduling order for certain patent disclosures.. Signed by Judge David Folsom on 6/23/2006. (sm, ) (Entered: 06/26/2006) |
| 06/26/2006 | 113 | NOTICE by DDR Holdings, LLC *of Service of Initial Disclosures* (Hoffman, Louis) (Entered: 06/26/2006) |
| 07/05/2006 | 114 | MOTION for Extension of Time to File *a Proposed Protective Order* |

| | | |
|---|---|---|
| | | by DDR Holdings, LLC. (Attachments:<br># 1 Text of Proposed Order)(Hoffman, Louis) (Entered: 07/05/2006) |
| 07/06/2006 | 115 | ORDER granting 114 Motion for Extension of Time to File; The parties shall have until and including 7/14/06 to submit a proposed protective order. Signed by Judge David Folsom on 7/6/06. (mrm, ) (Entered: 07/06/2006) |
| 07/13/2006 | 116 | NOTICE of Attorney Appearance by Krista Leigh Venegas on behalf of Cendant Travel Distribution Services Group, Inc. (Venegas, Krista) (Entered: 07/13/2006) |
| 07/14/2006 | 117 | MOTION for Summary Judgment *of Invalidity of U.S. Patent Nos. 6,629,135 and 6,993,572 Based on Indefiniteness* by International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc.. (Attachments:<br># 1 Declaration of Lawrence G. Kurland<br># 2 Exhibit A<br># 3 Exhibit B<br># 4 Exhibit C<br># 5 Exhibit D<br># 6 Exhibit E<br># 7 Exhibit F<br># 8 Exhibit G<br># 9 Exhibit H<br># 10 Exhibit I<br># 11 Text of Proposed Order)(Thames, Earl) (Entered: 07/14/2006) |
| 07/14/2006 | 118 | NOTICE by National Leisure Group, Inc. -- *[Defendant National Leisure Group, Inc.'s Joinder in Ourvacationstore.com and International Cruise & Excursion Gallery, Inc.'s Motion for Summary Judgment of Invalidity of Patent Nos. '135 and '572 Based on Indefiniteness]* (Lee, Lance) (Entered: 07/14/2006) |
| 07/14/2006 | 119 | NOTICE by Travelocity.com, L.P., Site59.com,LLC -- *[Defendants Travelocity.com and Site59's Joinder in Defendants Ourvacationstore.com and International Cruise & Excursion Gallery, Inc.'s Motion for Summary Judgment of Invalidity of Patent Nos. '135 and '572 Based on Indefiniteness]* (Lee, Lance) (Entered: 07/14/2006) |
| 07/14/2006 | 120 | Fourth MOTION for Extension of Time to File *a Proposed Protective Order* by DDR Holdings, LLC. (Attachments:<br># 1 Text of Proposed Order)(Hoffman, Louis) (Entered: 07/14/2006) |
| 07/17/2006 | 121 | NOTICE by Hotels.com, Expedia, Inc. re 117 MOTION for Summary Judgment *of Invalidity of U.S. Patent Nos. 6,629,135 and 6,993,572 Based on Indefiniteness Notice that Defendant Hotel.com, L.P. and Expedia, Inc. Join Defendant Ourvacationstore.com and International Cruise & Excursion Gallery, Inc.'s Motion for Summary Judgment of Invalidity of Patent Nos. '135 and 3572 Based on Indefiniteness* (Albritton, Eric) (Entered: 07/17/2006) |
| 07/17/2006 | 122 | ORDER granting 120 Motion for Extension of Time to Submit a |

| | | |
|---|---|---|
| | | Proposed Protective Order. The ptys shall have until and including 7/28/06, to submit a proposed protective order. Signed by Judge David Folsom on 7/17/06. (mrm, ) (Entered: 07/17/2006) |
| 07/19/2006 | 123 | NOTICE by Cendant Travel Distribution Services Group, Inc., Internetwork Publishing Corporation, Cendant Travel Distribution Services Group, Inc., Internetwork Publishing Corporation *Join Defendants Ourvacationstore.com and International Cruise & Excursion Gallery, Inc's Motion for Summary Judgment of Invalidity of Patent Nos. '135 and '572 Based on Indefiniteness* (Stein, David) (Entered: 07/19/2006) |
| 07/28/2006 | 124 | Joint MOTION for Protective Order by DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit c)(Smith, Michael) (Entered: 07/28/2006) |
| 07/28/2006 | 125 | MOTION for Extension of Time to File *Agreed Motion for Extension of Time* by Defendants. (Attachments: # 1 Text of Proposed Order)(Albritton, Eric) (Entered: 07/28/2006) |
| 07/31/2006 | 126 | ***DEFICIENT DOCUMENT, NO CERT OF CONFERENCE AS REQUIRED, PLEASE IGNORE.*** <br><br> MOTION to Continue *Plaintiff's Motion for Continuance Under the Court's Patent Rules to Respond to Defendants' Motion for Summary Judgment on the Issue of Indefiniteness* by DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) Modified on 8/2/2006 (sm, ). (Entered: 07/31/2006) |
| 08/01/2006 | 127 | * **MODIFIED. SEE ORDER # 129 AND 260** * STIPULATED PROTECTIVE ORDER. Signed by Judge David Folsom on 8/1/2006. (sm, ) Modified on 8/4/2011 (mrm, ). (Entered: 08/01/2006) |
| 08/01/2006 | 128 | ORDER granting 125 Motion for Extension of Time to File certain things under patent rules and all parties meet and confer to discuss list of proposed terms and claim elements for construction by 9/8/2006. . Signed by Judge David Folsom on 8/1/2006. (sm, ) (Entered: 08/01/2006) |
| 08/02/2006 | | NOTICE OF DEFICIENCY regarding the #126 Motion to continue submitted by DDR Holdings, LLC. No cert of conference as required |

| | | |
|---|---|---|
| | | by local rules so motion must be corrected and refiled. Correction should be made by 1 business day (sm, ) (Entered: 08/02/2006) |
| 08/02/2006 | | (Court only) ***Motions terminated: 126 MOTION to Continue *Plaintiff's Motion for Continuance Under the Court's Patent Rules to Respond to Defendants' Motion for Summary Judgment on the Issue of Indefiniteness* filed by DDR Holdings, LLC,. (sm, ) (Entered: 08/02/2006) |
| 08/02/2006 | 129 | ORDER re 127 Protective Order; On 8/1/06 the Court inadvertently entered the ptys stipualted protective order without addressing the disputed language thereof dkt 127 . The Court, having considered the ptys respective arguments and briefing on these matters, herein adopts Plfs proposed paragraph 17 and Dfts proposed paragraphs 18(j)(v) and 19. Accordingly, the Court hereby VACATES Dfts proposed paragraph 17 and Plfs proposed paragraphs 18(j)(v) and 19 of the stipulated protective order entered 8/1/06. Signed by Judge David Folsom on 8/2/06. (mrm, ) (Entered: 08/02/2006) |
| 08/02/2006 | 130 | MOTION for Extension of Time to File Response/Reply *Plaintiff's Motion for Continuance Under the Court's Patent Rules to Respond to Defendants' Motion for Summary Judgment on the Issue of Indefiniteness* by DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) (Entered: 08/02/2006) |
| 08/08/2006 | 131 | NOTICE of Attorney Appearance by Charles Ainsworth on behalf of Digital River, Inc. (Ainsworth, Charles) (Entered: 08/08/2006) |
| 08/09/2006 | 132 | NOTICE by National Leisure Group, Inc. --- *Notice of Subpoena to Michael Passanisi* (Attachments: # 1 Exhibit)(Lee, Lance) (Entered: 08/09/2006) |
| 08/15/2006 | 133 | RESPONSE in Opposition re 130 MOTION for Extension of Time to File Response/Reply *Plaintiff's Motion for Continuance Under the Court's Patent Rules to Respond to Defendants' Motion for Summary Judgment on the Issue of Indefiniteness* filed by International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc.. (Attachments: # 1 Exhibit Chen Declaration)(Thames, Earl) (Entered: 08/15/2006) |
| 08/23/2006 | 134 | NOTICE of Attorney Appearance by Andrew Wesley Spangler on behalf of Digital River, Inc. (Spangler, Andrew) (Entered: 08/23/2006) |
| 08/23/2006 | 135 | NOTICE by Digital River, Inc. *(Defendant Digital River, Inc.'s Notice of Compliance)* (DeRieux, Elizabeth) (Entered: 08/23/2006) |
| 08/23/2006 | 136 | REPLY to Response to Motion re 130 MOTION for Extension of Time to File Response/Reply *Plaintiff's Motion for Continuance Under the Court's Patent Rules to Respond to Defendants' Motion for* |

| | | |
|---|---|---|
| | | *Summary Judgment on the Issue of Indefiniteness Reply in Support of Plaintiff's Motion for Continuance* filed by DDR Holdings, LLC. (Smith, Michael) (Entered: 08/23/2006) |
| 08/23/2006 | 137 | NOTICE of Disclosure by Expedia, Inc. (Albritton, Eric) (Entered: 08/23/2006) |
| 08/23/2006 | 138 | NOTICE of Disclosure by Hotels.com (Albritton, Eric) (Entered: 08/23/2006) |
| 08/24/2006 | 139 | NOTICE by Cendant Travel Distribution Services Group, Inc., Internetwork Publishing Corporation *of Compliance With P.R. 3-3 and 3-4* (Heartfield, J) (Entered: 08/24/2006) |
| 08/24/2006 | 140 | NOTICE by Travelocity.com, L.P., Site59.com,LLC --- *[Defendants Travelocity.com and Site59.com's Notice of Compliance]* (Lee, Lance) (Entered: 08/24/2006) |
| 08/24/2006 | 141 | NOTICE by National Leisure Group, Inc. --- *[Defendant National Leisure Group, Inc.'s Notice of Compliance]* (Lee, Lance) (Entered: 08/24/2006) |
| 08/24/2006 | 142 | NOTICE of Disclosure by International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc. *Defendants International Cruise & Excursion Gallery, Inc. and OurVacationStore, Inc.'s Notice of Compliance with P.R. 3-3 and 3-4* (Thames, Earl) (Entered: 08/24/2006) |
| 09/08/2006 | 143 | NOTICE by Cendant Travel Distribution Services Group, Inc., International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc., National Leisure Group, Inc., Digital River, Inc., Internetwork Publishing Corporation, Hotels.com, Expedia, Inc., Travelocity.com, L.P., Site59.com,LLC *of Compliance With P.R. 4-1* (Heartfield, J) (Entered: 09/08/2006) |
| 09/22/2006 | 144 | AMENDED COMPLAINT *Second Amended Complaint* against all defendants, filed by DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC.(Smith, Michael) (Entered: 09/22/2006) |
| 09/22/2006 | 145 | ***DEFICIENT DOCUMENT, PLEASE IGNORE.*** MOTION to Stay by DDR Holdings, LLC. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Text of Proposed Order)(Hoffman, Louis) Modified on 9/25/2006 (sm, ). (Entered: 09/22/2006) |
| 09/25/2006 | | NOTICE of DEFICIENCY regarding the #145 Motion submitted by |

| | | |
|---|---|---|
| | | DDR Holdings, LLC. Atty did not sign and there was no certificate of conference. Correction should be made by 1 business day and then refiled (sm, ) (Entered: 09/25/2006) |
| 09/25/2006 | | (Court only) ***Motions terminated: 145 MOTION to Stay filed by DDR Holdings, LLC,. (sm, ) (Entered: 09/25/2006) |
| 09/26/2006 | 146 | MOTION to Stay by DDR Holdings, LLC. (Attachments:<br># 1 Exhibit 1<br># 2 Exhibit 2<br># 3 Exhibit 3<br># 4 Text of Proposed Order)(Hoffman, Louis) (Entered: 09/26/2006) |
| 10/06/2006 | 147 | ANSWER to Amended Complaint, COUNTERCLAIM against DDR Holdings, LLC, DDR Holdings, LLC by Site59.com,LLC, Site59.com,LLC.(McNabnay, Neil) (Entered: 10/06/2006) |
| 10/06/2006 | 148 | ANSWER to Amended Complaint, COUNTERCLAIM against DDR Holdings, LLC, DDR Holdings, LLC by Travelocity.com, L.P., Travelocity.com, L.P..(McNabnay, Neil) (Entered: 10/06/2006) |
| 10/06/2006 | 149 | ANSWER to Amended Complaint *Affirmative Defenses and*, COUNTERCLAIM against DDR Holdings, LLC by Hotels.com. (Albritton, Eric) (Entered: 10/06/2006) |
| 10/06/2006 | 150 | ANSWER to Amended Complaint *Affirmative Defenses and*, COUNTERCLAIM against DDR Holdings, LLC by Expedia, Inc.. (Albritton, Eric) (Entered: 10/06/2006) |
| 10/06/2006 | 151 | ANSWER to Amended Complaint, COUNTERCLAIM *International Cruise & Excursion Gallery, Inc.'s Answer and Counterclaims to the Second Amended Complaint* against DDR Holdings, LLC by International Cruise & Excursion Gallery, Inc., International Cruise & Excursion Gallery, Inc..(Thames, Earl) (Entered: 10/06/2006) |
| 10/06/2006 | 152 | ANSWER to Amended Complaint, COUNTERCLAIM *OurVacationStore.com, Inc.'s Answer and Counterclaims to the Second Amended Complaint* against DDR Holdings, LLC by OurVacationStore, Inc..(Thames, Earl) (Entered: 10/06/2006) |
| 10/10/2006 | 153 | *Neat Group Corp.'s* ANSWER to Amended Complaint *by DDR Holdings*, Second COUNTERCLAIM *by Neat Group Corp.against DDR* against DDR Holdings, LLC by Neat Group Corp..(Venegas, Krista) (Entered: 10/10/2006) |
| 10/10/2006 | 154 | NOTICE of Disclosure by Neat Group Corp., Neat Group Corp. *Red. R. Civ. P. 7.1 Disclosure* (Venegas, Krista) (Entered: 10/10/2006) |
| 10/10/2006 | 155 | *Internetwork Publishing Corp.'s* ANSWER to Amended Complaint *by DDR Holdings*, Second COUNTERCLAIM against DDR Holdings, LLC by Internetwork Publishing Corporation, Internetwork Publishing Corporation.(Venegas, Krista) (Entered: 10/10/2006) |
| 10/10/2006 | 156 | Joint MOTION to Vacate *Claim Construction Dates* by |

| | | |
|---|---|---|
| | | Travelocity.com, L.P., DDR Holdings, LLC, Site59.com,LLC, Expedia, Inc., Hotels.com, Digital River, Inc., Cendant Travel Distribution Services Group, Inc., International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc., National Leisure Group, Inc., National Leisure Group, Inc., Digital River, Inc., International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc., Internetwork Publishing Corporation, Cendant Travel Distribution Services Group, Inc., Internetwork Publishing Corporation, DDR Holdings, LLC, Defendants, Neat Group Corp., Neat Group Corp., Hotels.com, Expedia, Inc., Travelocity.com, L.P., Site59.com,LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(McNabnay, Neil) (Entered: 10/10/2006) |
| 10/11/2006 | 157 | ORDER GRANTING JOINT MOTION TO VACATE CLAIM CONSTRUCTION DATES; granting 156 Joint MOTION to Vacate *Claim Construction Dates* filed by Defendants,, DDR Holdings, LLC,, Hotels.com,, Expedia, Inc.,, Travelocity.com, L.P.,, Site59.com,LLC,, International Cruise & Excursion Gallery, Inc.,, OurVacationStore, Inc.,, National Leisure Group, Inc.,, Digital River, Inc.,, Cendant Travel Distribution Services Group, Inc.,, Internetwork Publishing Corporation,, Neat Group Corp.,.Claim Construction Hearing set for 12/19/2006 10:00 AM in Ctrm 319 (Texarkana) before Judge David Folsom. Pre-hearing Conference and Technical Tutorial set for 12/18/2006 02:00 PM in Ctrm 319 (Texarkana) before Judge David Folsom.. Signed by Judge David Folsom on 10/11/06. (mrm, ) (Entered: 10/11/2006) |
| 10/12/2006 | 158 | *Digital River's* ANSWER to Amended Complaint *Second Amended Complaint*, COUNTERCLAIM against DDR Holdings, LLC by Digital River, Inc..(Larus, Christopher) (Entered: 10/12/2006) |
| 10/12/2006 | 159 | RESPONSE to Motion re 146 MOTION to Stay *Defendants' Response to Plaintiff's Motion to Stay* filed by Travelocity.com, L.P., Site59.com,LLC, Expedia, Inc., Hotels.com, Digital River, Inc., International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc., National Leisure Group, Inc., National Leisure Group, Inc., Digital River, Inc., International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc., Internetwork Publishing Corporation, Internetwork Publishing Corporation, Hotels.com, Expedia, Inc., Travelocity.com, L.P., Site59.com,LLC. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Text of Proposed Order)(McNabnay, Neil) (Entered: 10/12/2006) |
| 10/20/2006 | 160 | ***DEFICIENT DOCUMENT, PLEASE IGNORE.***<br><br>REPLY to Response to Motion re 146 MOTION to Stay filed by DDR Holdings, LLC. (Attachments: # 1 Exhibit A |

|  |  |  |
|---|---|---|
|  |  | # 2 Exhibit B)(Hoffman, Louis) Modified on 10/23/2006 (sm, ). (Entered: 10/20/2006) |
| 10/23/2006 |  | NOTICE of DEFICIENCY regarding the #160 Reply submitted by DDR Holdings, LLC. Exceeds page limit for filing replies, atty must refile with page limits or file a motion for leave. Correction should be made by 1 business day (sm, ) (Entered: 10/23/2006) |
| 10/24/2006 | 161 | MOTION for Leave to File *Plaintiff's Unopposed Motion for Leave to Exceed Page Limits* by DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC, DDR Holdings, LLC. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) (Entered: 10/24/2006) |
| 10/25/2006 | 162 | AMENDED ANSWER to 144 Amended Complaint,, COUNTERCLAIM against DDR Holdings, LLC, DDR Holdings, LLC by Site59.com,LLC, Site59.com,LLC. (McNabnay, Neil) (Entered: 10/25/2006) |
| 10/25/2006 | 163 | AMENDED ANSWER to 144 Amended Complaint,, COUNTERCLAIM against DDR Holdings, LLC, DDR Holdings, LLC by Travelocity.com, L.P., Travelocity.com, L.P.. (McNabnay, Neil) (Entered: 10/25/2006) |
| 10/30/2006 | 164 | ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS; granting 161 Motion for Leave to File their reply in support of their motion to stay. Signed by Judge David Folsom on 10/30/06. (mrm, ) (Entered: 10/30/2006) |
| 10/31/2006 | 165 | REPLY to Response to Motion re 146 MOTION to Stay filed by DDR Holdings, LLC. (Attachments: # 1 Exhibit A # 2 Exhibit B)(Hoffman, Louis) (Entered: 10/31/2006) |
| 11/07/2006 | 166 | Consent MOTION for Hearing re 146 MOTION to Stay by Defendants. (Heartfield, J) Additional attachment(s) added on 11/8/2006 (sm, ). (Entered: 11/07/2006) |
| 11/07/2006 | 167 | MOTION for Leave to File Excess Pages *(Unopposed)* by Defendants. (Venegas, Krista) Additional attachment(s) added on 11/8/2006 (sm, ). (Entered: 11/07/2006) |
| 11/07/2006 | 168 | ***DEFICIENT, PLEASE IGNORE.*** <br><br> RESPONSE in Opposition re 146 MOTION to Stay *Surreply* filed by Defendants. (Attachments: # 1 Exhibit A # 2 Exhibit B)(Venegas, Krista) Modified on 11/8/2006 (sm, ). |

| | | |
|---|---|---|
| | | (Entered: 11/07/2006) |
| 11/08/2006 | | ***FILED IN ERROR, PLEADING IS A SURREPLY AND NEEDS LEAVE TO FILE (#167 MOTION FOR LEAVE HAS NOT BEEN RULED ON) REFILE ONCE GRANTED LEAVE***<br><br>. Document # 168, Response. PLEASE IGNORE.***<br><br>(sm, ) (Entered: 11/08/2006) |
| 11/16/2006 | 169 | ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS; granting 167 Motion for Leave to File Excess Pages; (ptys responsible for filing the Surreply, it was not attached to motion for filing) . Signed by Judge David Folsom on 11/16/06. (mrm, ) (Entered: 11/16/2006) |
| 11/17/2006 | 170 | RESPONSE in Opposition re 146 MOTION to Stay *Surreply* filed by Defendants. (Attachments:<br># 1 Exhibit A<br># 2 Exhibit B)(Venegas, Krista) (Entered: 11/17/2006) |
| 11/21/2006 | 171 | ORDER Setting Hearing on Motion 146 MOTION to Stay: Motion Hearing set for 12/7/2006 03:30 PM in Ctrm 319 (Texarkana) before Judge David Folsom. Each side shall have 15 minutes to present their argument. Signed by Judge David Folsom on 11/20/06. (mrm, ) (Entered: 11/21/2006) |
| 11/21/2006 | | (Court only) ***Motions terminated: 166 Consent MOTION for Hearing re 146 MOTION to Stay filed by Defendants, (hearing set). (mrm, ) (Entered: 11/21/2006) |
| 12/05/2006 | 172 | MOTION to Continue *Hearing on Motion to Stay* by DDR Holdings, LLC. (Attachments:<br># 1 Text of Proposed Order)(Smith, Michael) (Entered: 12/05/2006) |
| 12/06/2006 | 173 | RESPONSE to Motion re 146 MOTION to Stay filed by International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc., National Leisure Group, Inc., Digital River, Inc., Internetwork Publishing Corporation, Neat Group Corp., Hotels.com, Expedia, Inc., Travelocity.com, L.P.. (Attachments:<br># 1 Proposed Order)(Heartfield, J) (Entered: 12/06/2006) |
| 12/06/2006 | 174 | REPLY to Response to Motion re 172 MOTION to Continue *Hearing on Motion to Stay PLAINTIFF?S REPLY IN SUPPORT OFPLAINTIFF?S MOTION TO CONTINUE HEARING ON MOTION TO STAY* filed by DDR Holdings, LLC. (Smith, Michael) (Entered: 12/06/2006) |
| 12/06/2006 | 175 | ORDER Setting Hearing on Motion 146 MOTION to Stay: Motion Hearing reset for 12/18/2006 02:00 PM in Ctrm 319 (Texarkana) before Judge David Folsom. granting 172 MOTION to Continue *Hearing on Motion to Stay* filed by DDR Holdings, LLC, . Each side |

|  |  | shall have 15 minutes to present their argument. Signed by Judge David Folsom on 12/6/06. (mrm, ) Modified on 12/6/2006 (mrm, ). (Entered: 12/06/2006) |
|---|---|---|
| 12/14/2006 | 176 | STATUS REPORT *on Reexamination* by DDR Holdings, LLC. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2)(Smith, Michael) (Entered: 12/14/2006) |
| 12/15/2006 |  | (Court only) ***Motions terminated: 101 MOTION for Extension of Time to File *(Digital River, Inc.'s Motion for Extension of Time to Serve F.R.C.P. 26(a)(1) Disclosures)* filed by Digital River, Inc., 86 Joint MOTION *to Enter Scheduling Order* filed by DDR Holdings, LLC, (as per law clerk). (mrm, ) (Entered: 12/15/2006) |
| 12/18/2006 | 177 | Minute Entry for proceedings held before Judge David Folsom : Motion Hearing held on 12/18/2006 re 146 MOTION to Stay filed by DDR Holdings, LLC,. (Court Reporter Libby Crawford.) (mrm, ) (Entered: 12/18/2006) |
| 12/19/2006 | 178 | ORDER; granting 146 MOTION to Stay filed by DDR Holdings, LLC; ORDERS: That this case is administratively closed. This matter will remain closed pending resolution of those matters before the PTO. The parties shall provide notice to the Court when the PTO makes an initial determination. The Court further ORDERS all pending motions in the above-referenced cause of action are DENIED WITHOUT PREJUDICE subject to refiling. Signed by Judge David Folsom on 12/19/06. (mrm, ) (Entered: 12/19/2006) |
| 01/23/2007 | 179 | TRANSCRIPT of Proceedings (Motion to Stay) held on December 18, 2006 before Judge David Folsom. Court Reporter: Libby Crawford. (sm, ) (ehs, ). (Entered: 01/24/2007) |
| 02/01/2007 | 180 | NOTICE by Digital River, Inc. *of Notice of Withdrawal of Counsel Krista D. Barrie* (Larus, Christopher) (Entered: 02/01/2007) |
| 02/01/2007 |  | (Court only) *** Attorney Krista D Barrie terminated per #180 notice filed (sm, ) (Entered: 02/02/2007) |
| 03/01/2007 | 181 | NOTICE by Travelocity.com, L.P., Site59.com,LLC, Expedia, Inc., Hotels.com, Digital River, Inc., International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc., National Leisure Group, Inc., National Leisure Group, Inc., Digital River, Inc., International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc., Internetwork Publishing Corporation, Internetwork Publishing Corporation, Neat Group Corp., Neat Group Corp., Hotels.com, Expedia, Inc., Travelocity.com, L.P., Site59.com,LLC *OF GRANT OF PLAINTIFF'S EX PARTE REEXAMINATION REQUESTS* (Attachments: # 1 Exhibit A # 2 Exhibit B)(McNabnay, Neil) (Entered: 03/01/2007) |
| 03/22/2007 | 182 | NOTICE of Change of Address by Ronn B Kreps (Kreps, Ronn) (Entered: 03/22/2007) |

| 03/22/2007 | 183 | NOTICE of Designation of Attorney in Charge to Brett Christopher Govett on behalf of Digital River, Inc. (Govett, Brett) (Entered: 03/22/2007) |
|---|---|---|
| 04/02/2007 | 184 | MOTION to Withdraw as Attorney by Hotels.com, Expedia, Inc.. (Attachments: # 1 Text of Proposed Order)(Albritton, Eric) (Entered: 04/02/2007) |
| 04/04/2007 | 185 | ORDER, granting 184 MOTION to Withdraw as Attorney filed by Hotels.com,, Expedia, Inc.,., Attorney Eric M. Albritton terminated.. Signed by Judge David Folsom on 4/3/07. (mrm, ) (Entered: 04/04/2007) |
| 01/23/2008 | 186 | MOTION to Withdraw as Attorney by DDR Holdings, LLC. (Attachments: # 1 Text of Proposed Order)(Roth, Carl) (Entered: 01/23/2008) |
| 01/24/2008 | 187 | ORDER granting 186 Motion to Withdraw as Attorney. Attorney Carl R Roth terminated. Signed by Judge David Folsom on 1/24/08. (mpv, ) (Entered: 01/24/2008) |
| 11/13/2008 | 188 | NOTICE by International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc., National Leisure Group, Inc., Digital River, Inc., Internetwork Publishing Corporation, Neat Group Corp., Hotels.com, Expedia, Inc., Travelocity.com, L.P., Site59.com,LLC -- *DEFENDANTS' JOINT NOTICE OF LODGING OF OFFICE ACTIONS REJECTING ALL CLAIMS IN REEXAMINATION PROCEEDINGS OF PATENTS-IN-SUIT* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Lee, Lance) (Entered: 11/13/2008) |
| 12/16/2008 | 189 | NOTICE of Change of Address by Norman H Zivin (Zivin, Norman) (Entered: 12/16/2008) |
| 02/03/2009 | 190 | NOTICE by DDR Holdings, LLC *of Initial Determination in Reexaminations* (Hoffman, Louis) (Entered: 02/03/2009) |
| 09/07/2010 | 191 | **\*\*\*FILED IN ERROR, PLEASE IGNORE.\*\*\*** <br><br> NOTICE of Attorney Appearance by Lance Lee on behalf of National Leisure Group, Inc. (Lee, Lance) Modified on 9/8/2010 (sm, ). (Entered: 09/07/2010) |
| 09/08/2010 | | **\*\*\*FILED IN ERROR, WRONG PDF ATTACHED, ATTY MUST REFILE. Document # 191, Notice of atty appearance. PLEASE IGNORE.\*\*\*** <br><br> (sm, ) (Entered: 09/08/2010) |
| 09/08/2010 | 192 | NOTICE of Change of Address by Lance Lee (Lee, Lance) (Entered: 09/08/2010) |
| 10/04/2010 | 193 | Unopposed MOTION to Reopen Case by DDR Holdings, LLC. (Attachments: |

| | | |
|---|---|---|
| | | # 1 Exhibit A,<br># 2 Exhibit B,<br># 3 Text of Proposed Order)(Smith, Michael) (Entered: 10/04/2010) |
| 10/06/2010 | 194 | ORDER REOPENING CASE, granting 193 Unopposed MOTION to Reopen Case filed by DDR Holdings, LLC. Signed by Judge David Folsom on 10/6/10. (mrm, ) (Entered: 10/06/2010) |
| 10/14/2010 | 195 | APPLICATION to Appear Pro Hac Vice by Attorney Scott A Penner for Travelocity.com, L.P.. (ch, ) (Additional attachment(s) added on 1/24/2011:<br># 1 RECEIPT 2-12) (ch, ). (Entered: 10/14/2010) |
| 10/20/2010 | 196 | NOTICE of Attorney Appearance by Britnee Marie Reamy on behalf of Internetwork Publishing Corporation, Neat Group Corp., Site59.com,LLC, Travelocity.com, L.P. (Reamy, Britnee) (Entered: 10/20/2010) |
| 10/20/2010 | 197 | Unopposed MOTION to Withdraw as Attorney by National Leisure Group, Inc.. (Lee, Lance) (Additional attachment(s) added on 10/21/2010:<br># 1 Text of Proposed Order) (sm, ). (Entered: 10/20/2010) |
| 10/25/2010 | 198 | ORDER, granting 197 Unopposed MOTION to Withdraw as Attorney filed by National Leisure Group, Inc., Attorney Eric D Kirsch terminated. Signed by Judge David Folsom on 10/25/10. (mrm, ) (Entered: 10/25/2010) |
| 10/27/2010 | 199 | NOTICE of Attorney Appearance by Scott A Penner on behalf of Internetwork Publishing Corporation, Neat Group Corp., Site59.com,LLC, Travelocity.com, L.P. (Penner, Scott) (Entered: 10/27/2010) |
| 10/29/2010 | 200 | ***FILED IN ERROR. PLEASE IGNORE.<br><br>NOTICE by Cendant Travel Distribution Services Group, Inc., Internetwork Publishing Corporation, Neat Group Corp. *OF WITHDRAWAL OF COUNSEL* (Stein, David) Modified on 10/29/2010 (ch, ). (Entered: 10/29/2010) |
| 10/29/2010 | | ***FILED IN ERROR. NEEDS TO BE FILES AS A MOTION WITH AN ORDER Document # 200, Notice. PLEASE IGNORE.***<br><br>(ch, ) (Entered: 10/29/2010) |
| 11/01/2010 | 201 | Unopposed MOTION to Withdraw as Attorney by Cendant Travel Distribution Services Group, Inc., Internetwork Publishing Corporation, Neat Group Corp.. (Attachments:<br># 1 Text of Proposed Order)(Stein, David) (Entered: 11/01/2010) |
| 11/02/2010 | 202 | ORDER, granting 201 Unopposed MOTION to Withdraw as Attorney filed by Cendant Travel Distribution Services Group, Inc., |

| | | Internetwork Publishing Corporation, Neat Group Corp. Attorney Krista Leigh Venegas; Fay E Morisseau and David M Stein terminated. Signed by Judge David Folsom on 11/2/10. (mrm, ) (Entered: 11/02/2010) |
|---|---|---|
| 12/08/2010 | 203 | Unopposed MOTION for Leave to File *Third Amended Complaint* by DDR Holdings, LLC. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) (Entered: 12/08/2010) |
| 12/08/2010 | 204 | AMENDED COMPLAINT *(THIRD)* against Cendant Travel Distribution Services Group, Inc., Defendants, Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., Internetwork Publishing Corporation, National Leisure Group, Inc., OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P., filed by DDR Holdings, LLC.(Smith, Michael) (Entered: 12/08/2010) |
| 12/13/2010 | 205 | NOTICE of Attorney Appearance by Neil J McNabnay on behalf of Expedia, Inc., Hotels.com (McNabnay, Neil) (Entered: 12/13/2010) |
| 12/13/2010 | 206 | NOTICE of Attorney Appearance by Britnee Marie Reamy on behalf of Expedia, Inc., Hotels.com (Reamy, Britnee) (Entered: 12/13/2010) |
| 12/14/2010 | 207 | ORDER granting 203 Motion for Leave to File Third Amended Complaint. ORDERED that Defendants shall have sixty (60) days from the date of this order to respond to the Third Amended Complaint. Signed by Judge David Folsom on 12/14/10. (mrm, ) (Entered: 12/14/2010) |
| 12/16/2010 | 208 | Unopposed MOTION to Withdraw as Attorney *by Quinn Emanuel Urquhart & Sullivan, LLP* by Expedia, Inc., Hotels.com. (Attachments: # 1 Text of Proposed Order)(Reamy, Britnee) (Entered: 12/16/2010) |
| 12/16/2010 | 209 | NOTICE of Attorney Appearance by Scott A Penner on behalf of Expedia, Inc., Hotels.com (Penner, Scott) (Entered: 12/16/2010) |
| 12/17/2010 | 210 | ORDER granting 208 Motion to Withdraw as Attorney. Attorney Frederick A Lorig; Michael Carlinsky and Eric Huang of law firm Quinn Emanuel Urquhart & Sullivan terminated as counsel for Hotels.com and Expedia. Signed by Judge David Folsom on 12/17/2010. (sm, ) (Entered: 12/17/2010) |
| 01/12/2011 | 211 | ORDER, ( Status Conference set for 2/22/2011 11:30 AM in Ctrm 319 (Texarkana) before Judge David Folsom.). Signed by Judge David Folsom on 1/12/11. (mrm, ) (Entered: 01/12/2011) |
| 01/28/2011 | 212 | APPLICATION to Appear Pro Hac Vice by Attorney Daniel C Callaway for Expedia, Inc.,Daniel C Callaway for Hotels.com,Daniel C Callaway for Internetwork Publishing Corporation,Daniel C Callaway for Neat Group Corp.,Daniel C Callaway for Neat Group Corp.,Daniel C Callaway for Site59.com,LLC,Daniel C Callaway for Travelocity.com, L.P.. (APPROVED, FEE PAID 2-249) (ehs, ) (Entered: 01/28/2011) |

| 02/11/2011 | 213 | *Digital River's* ANSWER to 204 Amended Complaint, *and*, COUNTERCLAIM against DDR Holdings, LLC by Digital River, Inc..(Govett, Brett) (Entered: 02/11/2011) |
| 02/14/2011 | 214 | ANSWER to 204 Amended Complaint,, COUNTERCLAIM against DDR Holdings, LLC by National Leisure Group, Inc..(Lee, Lance) (Entered: 02/14/2011) |
| 02/14/2011 | 215 | ANSWER to 204 Amended Complaint,, COUNTERCLAIM against DDR Holdings, LLC by Expedia, Inc., Hotels.com.(Penner, Scott) (Entered: 02/14/2011) |
| 02/14/2011 | 216 | CORPORATE DISCLOSURE STATEMENT filed by Expedia, Inc., Hotels.com (Penner, Scott) (Entered: 02/14/2011) |
| 02/14/2011 | 217 | ANSWER to 204 Amended Complaint,, COUNTERCLAIM against DDR Holdings, LLC by Travelocity.com, L.P., Site59.com,LLC. (Penner, Scott) (Entered: 02/14/2011) |
| 02/14/2011 | 218 | CORPORATE DISCLOSURE STATEMENT filed by Site59.com,LLC, Travelocity.com, L.P. (Penner, Scott) (Entered: 02/14/2011) |
| 02/14/2011 | 219 | ANSWER to 204 Amended Complaint,, COUNTERCLAIM against DDR Holdings, LLC by Internetwork Publishing Corporation, Neat Group Corp., Orbitz Worldwide, LLC.(Penner, Scott) (Entered: 02/14/2011) |
| 02/14/2011 | 220 | CORPORATE DISCLOSURE STATEMENT filed by Internetwork Publishing Corporation, Neat Group Corp., Orbitz Worldwide, LLC (Penner, Scott) (Entered: 02/14/2011) |
| 02/14/2011 | 221 | ANSWER to 204 Amended Complaint, *and*, COUNTERCLAIM against DDR Holdings, LLC by International Cruise & Excursion Gallery, Inc..(Thames, Earl) (Entered: 02/14/2011) |
| 02/14/2011 | 222 | ANSWER to 204 Amended Complaint, *and*, COUNTERCLAIM against DDR Holdings, LLC by OurVacationStore, Inc..(Thames, Earl) (Entered: 02/14/2011) |
| 02/22/2011 | 223 | Submission of AGREED DOCKET CONTROL ORDER D by DDR Holdings, LLC. (Attachments: # 1 Text of Proposed Order Proposed Agreed Docket Control Order) (Smith, Michael) Modified on 2/23/2011 (sm, ). (Entered: 02/22/2011) |
| 02/22/2011 | 224 | Minute Entry for proceedings held before Judge David Folsom: Status Conference held on 2/22/2011. (Court Reporter Libby Crawford.) (mrm, ) (Entered: 02/22/2011) |
| 02/28/2011 | 225 | SCHEDULING ORDER:( Amended Pleadings due by 10/5/2011., Joinder of Parties due by 8/5/2011.), ( Tutorial set for 11/16/2011 in Ctrm 319 (Texarkana) before Judge David Folsom., Markman Hearing set for 11/17/2011 in Ctrm 319 (Texarkana) before Judge David Folsom.) Final Pretrial Conference set for 10/1/2012 in Ctrm 106 |

| | | |
|---|---|---|
| | | (Marshall) before Judge David Folsom. Jury Selection set for 10/2/2012 in Ctrm 106 (Marshall) before Judge David Folsom. Signed by Judge David Folsom on 2/28/11. (mrm, ) (Entered: 02/28/2011) |
| 03/01/2011 | 226 | MOTION PRACTICE ORDER. Signed by Judge David Folsom on 3/1/11. (mrm, ) (Entered: 03/01/2011) |
| 03/04/2011 | 227 | ANSWER to 213 Answer to Amended Complaint, Counterclaim *by Digital River* by DDR Holdings, LLC.(Hoffman, Louis) (Entered: 03/04/2011) |
| 03/04/2011 | 228 | ANSWER to 214 Answer to Amended Complaint, Counterclaim *by National Leisure Group* by DDR Holdings, LLC.(Hoffman, Louis) (Entered: 03/04/2011) |
| 03/04/2011 | 229 | ANSWER to 221 Answer to Amended Complaint, Counterclaim, 222 Answer to Amended Complaint, Counterclaim *by ICE and OVS*, ANSWER to 221 Answer to Amended Complaint, Counterclaim, 222 Answer to Amended Complaint, Counterclaim *by ICE and OVS* by DDR Holdings, LLC.(Hoffman, Louis) (Entered: 03/04/2011) |
| 03/04/2011 | 230 | ANSWER to 217 Answer to Amended Complaint, Counterclaim, 215 Answer to Amended Complaint, Counterclaim, 219 Answer to Amended Complaint, Counterclaim *by Expedia, Hotels.com, Travelocity, Site59, Orbitz, Lodging.com, and Neat Group*, ANSWER to 217 Answer to Amended Complaint, Counterclaim, 215 Answer to Amended Complaint, Counterclaim, 219 Answer to Amended Complaint, Counterclaim *by Expedia, Hotels.com, Travelocity, Site59, Orbitz, Lodging.com, and Neat Group*, ANSWER to 217 Answer to Amended Complaint, Counterclaim, 215 Answer to Amended Complaint, Counterclaim, 219 Answer to Amended Complaint, Counterclaim *by Expedia, Hotels.com, Travelocity, Site59, Orbitz, Lodging.com, and Neat Group* by DDR Holdings, LLC.(Hoffman, Louis) (Entered: 03/04/2011) |
| 03/08/2011 | 231 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on February 22, 2011, Status Hearing before The Honorable Chief Judge David Folsom. Court Reporter/Transcriber: Libby Crawford, CSR,Telephone number: 903.794.4067 Ext. 237 or lcrawford@cableone.net. <P>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov<P>** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 4/1/2011. Redacted Transcript Deadline set for 4/11/2011. Release of Transcript Restriction set for 6/9/2011. (aec, ) (Entered: 03/08/2011) |
| | | |

| 03/08/2011 | 232 | Unopposed MOTION to Withdraw as Attorney by Cendant Travel Distribution Services Group, Inc., Internetwork Publishing Corporation. (Attachments: # 1 Proposed Order)(Heartfield, J) (Entered: 03/08/2011) |
|---|---|---|
| 03/09/2011 | 233 | ORDER, granting 232 Unopposed MOTION to Withdraw as Attorney filed by Cendant Travel Distribution Services Group, Inc., Internetwork Publishing Corporation. Attorney J Thad Heartfield terminated. Signed by Judge David Folsom on 3/9/11. (mrm, ) (Entered: 03/09/2011) |
| 03/11/2011 | 234 | Unopposed MOTION to Amend/Correct 225 Scheduling Order, Set Hearings,, by DDR Holdings, LLC. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) (Additional attachment (s) added on 3/14/2011: # 2 REVISED PROPOSED ORDER) (sm, ). (Entered: 03/11/2011) |
| 03/14/2011 | 235 | AMENDED SCHEDULING ORDER:( Final Pretrial Conference set for 10/1/2012 in Ctrm 106 (Marshall) before Judge David Folsom., Amended Pleadings by 10/5/2011., Joinder of Parties due by 8/5/2011., Jury instructions due by 9/17/2012, Jury Selection set for 10/2/2012 in Ctrm 106 (Marshall) before Judge David Folsom., Proposed Pretrial Order due by 9/17/2012.), granting 234 Unopposed MOTION to Amend/Correct 225 Scheduling Order, Set Hearings,, filed by DDR Holdings, LLC., Tutorial set for 11/16/2011 02:00 PM in Ctrm 319 (Texarkana) before Judge David Folsom., Markman Hearing set for 11/17/2011 09:00 AM in Ctrm 319 (Texarkana) before Judge David Folsom.). Signed by Judge David Folsom on 3/14/11. (mrm, ) (Entered: 03/14/2011) |
| 03/22/2011 | 236 | NOTICE of Attorney Appearance by Ophelia F Camina on behalf of DDR Holdings, LLC (Camina, Ophelia) (Entered: 03/22/2011) |
| 03/22/2011 | 237 | NOTICE of Attorney Appearance by Ian Bradford Crosby on behalf of DDR Holdings, LLC (Crosby, Ian) (Entered: 03/22/2011) |
| 04/15/2011 | 238 | NOTICE of Disclosure by DDR Holdings, LLC *Patent Local Rules 3-1, 3-2, and Federal Rule of Civil Procedure 26(a)(1)* (Hoffman, Louis) (Entered: 04/15/2011) |
| 04/21/2011 | 239 | NOTICE of Disclosure by Internetwork Publishing Corporation, Neat Group Corp., Orbitz Worldwide, LLC (Penner, Scott) (Entered: 04/21/2011) |
| 06/08/2011 | 240 | NOTICE by Expedia, Inc., Hotels.com, Internetwork Publishing Corporation, Neat Group Corp., Orbitz Worldwide, LLC, Site59.com,LLC, Travelocity.com, L.P. *of Service of their Invalidity Contentions* (Penner, Scott) (Entered: 06/08/2011) |
| 06/08/2011 | 241 | NOTICE by Digital River, Inc. *of P.R. 3-3 and 3-4(b) Disclosures* (Govett, Brett) (Entered: 06/08/2011) |
| 06/08/2011 | 242 | NOTICE by National Leisure Group, Inc. *re: Invalidity Contentions* |

| | | (Lee, Lance) (Entered: 06/08/2011) |
|---|---|---|
| 06/08/2011 | 243 | NOTICE by International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc. -- *Notice of Compliance with PR 3-3 and 3-4 (b)* -- (Thames, Earl) (Entered: 06/08/2011) |
| 06/17/2011 | 244 | Unopposed MOTION for Extension of Time to File Response/Reply as to 235 Scheduling Order, Terminate Motions, Set Hearings,,,,, : *HOTELS.COM, L.P. AND EXPEDIA, INC.'S UNOPPOSED MOTION FOR EXTENSION OF SOURCE CODE PRODUCTION DEADLINE* by Expedia, Inc., Hotels.com. (Penner, Scott) (Entered: 06/17/2011) |
| 06/17/2011 | 245 | Additional Attachments to Main Document: 244 Unopposed MOTION for Extension of Time to File Response/Reply as to 235 Scheduling Order, Terminate Motions, Set Hearings,,,,, : *HOTELS.COM, L.P. AND EXPEDIA, INC.'S UNOPPOSED MOTION FOR EXTENSION OF SOURCE CODE PRODUCTION DEADLINE*Unopposed MOTION for Extension of Time to File Response/Reply as to 235 Scheduling Order, Terminate Motions, Set Hearings,,,,, : *HOTELS COM, L.P. AND EXPEDIA, INC.'S UNOPPOSED MOTION FOR EXTENSION OF SOURCE CODE PRODUCTION DEADLINE*.. (Penner, Scott) (Entered: 06/17/2011) |
| 06/17/2011 | 246 | NOTICE by DDR Holdings, LLC *of Service of List of Claim Terms Proposed for Construction, pursuant to Patent Local Rule 4-1* (Hoffman, Louis) (Entered: 06/17/2011) |
| 06/20/2011 | 247 | ORDER granting 244 Motion for Extension of Time re source code production to on or before June 24, 2011. Signed by Judge David Folsom on 6/20/2011. (sm, ) (Entered: 06/20/2011) |
| 06/21/2011 | 248 | NOTICE by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., Internetwork Publishing Corporation, National Leisure Group, Inc., Neat Group Corp., Orbitz Worldwide, LLC, OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P. -- *Notice of Service of Terms and Claim Elements for Construction* -- (Thames, Earl) (Entered: 06/21/2011) |
| 06/24/2011 | 249 | NOTICE by Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., Internetwork Publishing Corporation, Neat Group Corp., Orbitz Worldwide, LLC, OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P. : *Notice of Compliance re Source Code Availability* (Penner, Scott) (Entered: 06/24/2011) |
| 06/27/2011 | 250 | NOTICE by National Leisure Group, Inc. *re Source Code Availability* (Lee, Lance) (Entered: 06/27/2011) |
| 06/27/2011 | 251 | NOTICE of Discovery Disclosure by International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc. -- *Notice of Compliance with P.R. 3-4(a)* -- (Thames, Earl) (Entered: 06/27/2011) |
| 07/08/2011 | 252 | ***DEFICIENT DOCUMENT, PLEASE IGNORE.*** |

| | | |
|---|---|---|
| | | MOTION for Limited Relief from Scheduling Order Provision Requiring Narrowing to Ten Patent Claims by Today by DDR Holdings, LLC. (Attachments:<br># 1 Appendix,<br># 2 Text of Proposed Order)(Hoffman, Louis) Modified on 7/11/2011 (sm, ). (Entered: 07/08/2011) |
| 07/11/2011 | | NOTICE of Deficiency regarding the #252 Motion for Limited Relief submitted by DDR Holdings, LLC. No certificate of conference included. Correction should be made by 1 business day and refiled. Motion is now terminated. (sm, ) (Entered: 07/11/2011) |
| 07/11/2011 | 253 | MOTION for Limited Relief from Scheduling Order Provision Requiring Narrowing to Ten Patent Claims by Today by DDR Holdings, LLC. (Attachments:<br># 1 Appendix,<br># 2 Text of Proposed Order)(Hoffman, Louis) (Entered: 07/11/2011) |
| 07/21/2011 | 254 | NOTICE of Attorney Appearance by Dustin M Mauck on behalf of Digital River, Inc. (Mauck, Dustin) (Entered: 07/21/2011) |
| 07/21/2011 | 255 | MOTION For Relief From Scheduling Order Provisions Related to Claim Construction Pending Narrowing of Claims By DDR , *filed by* Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., Internetwork Publishing Corporation, National Leisure Group, Inc., Neat Group Corp., Orbitz Worldwide, LLC, OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P.. (Attachments:<br># 1 Text of Proposed Order)(Penner, Scott) (Entered: 07/21/2011) |
| 07/25/2011 | 256 | RESPONSE in Opposition re 255 MOTION For Relief From Scheduling Order Provisions Related to Claim Construction Pending Narrowing of Claims By DDR , *filed 07/21/2011, filed by DDR Holdings, LLC.* (Attachments:<br># 1 Appendix)(Hoffman, Louis) (Entered: 07/25/2011) |
| 07/28/2011 | 257 | RESPONSE in Opposition re 253 MOTION for Limited Relief from Scheduling Order Provision Requiring Narrowing to Ten Patent Claims by Today *filed by Defendants*. (Kreps, Ronn) (Entered: 07/28/2011) |
| 07/29/2011 | 258 | Additional Attachments to Main Document: 257 Response in Opposition to Motion.. (Attachments:<br># 1 proposed Order)(Kreps, Ronn) (Entered: 07/29/2011) |
| 08/03/2011 | 259 | STIPULATION *Stipulated Motion to Modify Protective Order* by DDR Holdings, LLC. (Crosby, Ian) (Additional attachment(s) added on 8/4/2011:<br># 1 Text of Proposed Order) (ch, ). (Entered: 08/03/2011) |
| 08/04/2011 | 260 | ORDER granting 259 Stipulated Motion to Modify Protective Order, filed by DDR Holdings, LLC.. Signed by Judge David Folsom on |

| | | |
|---|---|---|
| | | 8/4/11. (mrm, ) (Entered: 08/04/2011) |
| 08/04/2011 | 261 | REPLY to Response to Motion re 255 MOTION For Relief From Scheduling Order Provisions Related to Claim Construction Pending Narrowing of Claims By DDR , *filed filed by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., Internetwork Publishing Corporation, National Leisure Group, Inc., Neat Group Corp., Orbitz Worldwide, LLC, OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P .* (Penner, Scott) (Entered: 08/04/2011) |
| 08/05/2011 | 262 | STATUS REPORT *REGARDING SCHEDULING ORDER* by DDR Holdings, LLC. (Hoffman, Louis) (Entered: 08/05/2011) |
| 08/08/2011 | 263 | REPLY to Response to Motion re 253 MOTION for Limited Relief from Scheduling Order Provision Requiring Narrowing to Ten Patent Claims by Today *filed by DDR Holdings, LLC.* (Hoffman, Louis) (Entered: 08/08/2011) |
| 08/08/2011 | 264 | SUR-REPLY to Reply to Response to Motion re 255 MOTION For Relief From Scheduling Order Provisions Related to Claim Construction Pending Narrowing of Claims By DDR , *filed filed by DDR Holdings, LLC.* (Hoffman, Louis) (Entered: 08/08/2011) |
| 08/11/2011 | 265 | ORDER denying 253 Motion for Limited Relief from Scheduling Order Provision Requiring Narrowing to Ten Patent Claims; granting as modified 255 Motion for Relief from Scheduling Order Provisions Related to Claim Construction Pending Narrowing of Claims. Signed by Judge David Folsom on 8/10/11. (mrm, ) (Entered: 08/11/2011) |
| 08/18/2011 | 266 | NOTICE by DDR Holdings, LLC *of Service of LIST OF CLAIMS FOR CONSTRUCTION* (Hoffman, Louis) (Entered: 08/18/2011) |
| 09/07/2011 | 267 | Unopposed MOTION for Entry of Amended Docket Control Order by DDR Holdings, LLC. (Attachments: # 1 Text of Proposed Order Amended Docket Control Order) (Hoffman, Louis) (Additional attachment(s) added on 9/8/2011: # 2 REVISED ORDER) (sm, ). (Entered: 09/07/2011) |
| 09/08/2011 | 268 | SCHEDULING ORDER:( Final Pretrial Conference set for 10/1/2012 in Ctrm 106 (Marshall) before Judge David Folsom., Amended Pleadings due by 10/5/2011., Joinder of Parties due by 9/9/2011., Jury Selection set for 10/2/2012 in Ctrm 106 (Marshall) before Judge David Folsom., Proposed Pretrial Order due by 9/17/2012.), granting 267 Unopposed MOTION for Entry of Amended Docket Control Order filed by DDR Holdings, LLC., (Technical Tutorial set for 11/16/2011 02:00 PM in Ctrm 319 (Texarkana) before Judge David Folsom., Markman Hearing set for 11/17/2011 09:00 AM in Ctrm 319 (Texarkana) before Judge David Folsom.). Signed by Judge David Folsom on 9/8/11. (mrm, ) (Entered: 09/08/2011) |
| 09/09/2011 | 269 | JOINT CLAIM CONSTRUCTION AND PEHEARING STATEMENT filed by DDR Holdings, LLC. (Hoffman, Louis) |

| | | (Entered: 09/09/2011) |
|---|---|---|
| 09/09/2011 | 270 | AMENDED COMPLAINT *(Fourth)* against All Defendants, filed by DDR Holdings, LLC.(Hoffman, Louis) (Entered: 09/09/2011) |
| 09/14/2011 | 271 | REPORT of Mediation by James Knowles. Mediation result: Suspended(Knowles, James) (Entered: 09/14/2011) |
| 09/21/2011 | 272 | APPLICATION to Appear Pro Hac Vice by Attorney Walter P Opaska for International Cruise & Excursion Gallery, Inc.,OurVacationStore, Inc. (APPROVED FEE PAID) 6-5056. (ch, ) (Entered: 09/21/2011) |
| 09/22/2011 | 273 | Joint MOTION to Amend/Correct - *STIPULATED MOTION TO MODIFY PROTECTIVE ORDER* by DDR Holdings, LLC, Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., Internetwork Publishing Corporation, National Leisure Group, Inc., Neat Group Corp., Orbitz Worldwide, LLC, OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P.. (Attachments: # 1 Exhibit A)(Penner, Scott) (Entered: 09/22/2011) |
| 09/23/2011 | 274 | CLAIM CONSTRUCTION BRIEF filed by DDR Holdings, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Hoffman, Louis) (Entered: 09/23/2011) |
| 09/29/2011 | 275 | ANSWER to 270 Amended Complaint *and,* COUNTERCLAIM against DDR Holdings, LLC by International Cruise & Excursion Gallery, Inc..(Thames, Earl) (Entered: 09/29/2011) |
| 09/29/2011 | 276 | ANSWER to 270 Amended Complaint *and,* COUNTERCLAIM against DDR Holdings, LLC by OurVacationStore, Inc..(Thames, Earl) (Entered: 09/29/2011) |
| 09/30/2011 | 277 | STIPULATED PROTECTIVE ORDER. Signed by Judge David Folsom on 9/30/11. (mrm, ) (Entered: 09/30/2011) |
| 09/30/2011 | 278 | ANSWER to 270 Amended Complaint *(Fourth)*, COUNTERCLAIM against DDR Holdings, LLC by Orbitz Worldwide, LLC, Internetwork Publishing Corporation, Neat Group Corp..(Penner, Scott) (Entered: 09/30/2011) |
| 09/30/2011 | 279 | ANSWER to 270 Amended Complaint *(Fourth)*, COUNTERCLAIM against DDR Holdings, LLC by Expedia, Inc., Hotels.com.(Penner, Scott) (Entered: 09/30/2011) |

| 09/30/2011 | 280 | ANSWER to 270 Amended Complaint *(Fourth)*, COUNTERCLAIM against DDR Holdings, LLC by Travelocity.com, L.P., Site59.com,LLC.(Penner, Scott) (Entered: 09/30/2011) |
|---|---|---|
| 10/11/2011 | 281 | REPLY to 274 Claim Construction Brief *filed by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., Internetwork Publishing Corporation, Neat Group Corp., Orbitz Worldwide, LLC, OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P.*. (Penner, Scott) (Entered: 10/11/2011) |
| 10/11/2011 | 282 | AFFIDAVIT in Support re 281 Reply to Claim Construction Brief, by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., Internetwork Publishing Corporation, Neat Group Corp., Orbitz Worldwide, LLC, OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Penner, Scott) (Entered: 10/11/2011) |
| 10/12/2011 | 283 | NOTICE by National Leisure Group, Inc. *JOINDER IN DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF 281* (Lee, Lance) (Entered: 10/12/2011) |
| 10/14/2011 | 284 | ANSWER to 270 Amended Complaint, COUNTERCLAIM *ANSWER TO FOURTH AMENDED COMPLAINT AND AMENDED COUNTERCLAIMS OF WORLD TRAVEL HOLDINGS, INC.* against DDR Holdings, LLC by World Travel Holdings, Inc..(Lee, Lance) (Entered: 10/14/2011) |
| 10/14/2011 | 285 | CORPORATE DISCLOSURE STATEMENT filed by World Travel Holdings, Inc. (Lee, Lance) (Entered: 10/14/2011) |
| 10/14/2011 | 286 | ORDER REFERRING CASE to Magistrate Judge Caroline Craven for purposes of claim construction, (Markman Hearing set for 11/17/2011 09:00 AM in Ctrm 403 (Texarkana) before Magistrate Judge Caroline Craven). Signed by Judge David Folsom on 10/14/11. (mrm, ) (Entered: 10/14/2011) |
| 10/20/2011 | 287 | ***FILED IN ERROR, PLEASE IGNORE.***<br><br>CLAIM Answer to Counterclaim of World Travel Holdings, Inc. by DDR Holdings, LLC. (Camina, Ophelia) Modified on 10/21/2011 (sm, ). (Entered: 10/20/2011) |
| 10/20/2011 | 288 | <b.***FILED IN ERROR, PLEASE IGNORE***<br><br>CLAIM Consolidated Answer to Counterclaims of Hotels.com, Expedia, Travelocity, Site59.com, Orbitz, Internetwork Publishing, and Neat Group by DDR Holdings, LLC. (Camina, Ophelia) Modified on 10/21/2011 (sm, ). (Entered: 10/20/2011) |

| 10/20/2011 | 289 | **\*\*\*FILED IN ERROR, PLEASE IGNORE.\*\*\*** <br><br> **CLAIM Consolidated Answer to Counterclaims of International Cruise & Excursion Gallery and OurVacationStore.com by DDR Holdings, LLC. (Camina, Ophelia) Modified on 10/21/2011 (sm, ). (Entered: 10/20/2011)** |
|---|---|---|
| 10/20/2011 | 290 | **\*\*\*STRICKEN PER JUDGE DUE TO VIOLATION OF ORDER\*\*\*** <br><br> **MOTION for Summary Judgment** *That all Asserted Claims Are Invalid Because the Claim Limitations "Look and Feel" and "Visually Perceptible Elements" Are Indefinite* **by Defendants. (Attachments:** <br> **# 1 Text of Proposed Order)(Penner, Scott) Modified on 10/21/2011 (sm, ). (Entered: 10/20/2011)** |
| 10/20/2011 | 291 | **\*\*\*STRICKEN PER JUDGE DUE TO RELATED TO MOTION FILED IN VOLATION OF ORDER\*\*\*** <br><br> **AFFIDAVIT in Support re 290 MOTION for Summary Judgment** *That all Asserted Claims Are Invalid Because the Claim Limitations "Look and Feel" and "Visually Perceptible Elements" Are Indefinite* **by Defendants. (Attachments:** <br> **# 1 Exhibit A)(Penner, Scott) Modified on 10/21/2011 (sm, ). (Entered: 10/20/2011)** |
| 10/20/2011 | 292 | REPLY to 281 Defendants' Responsive Claim Construction Brief *filed by DDR Holdings, LLC.* (Hoffman, Louis) (Entered: 10/20/2011) |
| 10/20/2011 | 293 | AFFIDAVIT in Support re 292 Reply to Claim Construction Brief by DDR Holdings, LLC. (Attachments: <br> # 1 Exhibit J)(Hoffman, Louis) (Entered: 10/20/2011) |
| 10/21/2011 | | **\*\*\*FILED IN ERROR, WRONG EVENT USED, ATTY MUST REFILE USING CORRECT EVENT. Documents # 287-289, Claim Reply. PLEASE IGNORE.\*\*\*** <br><br> (sm, ) (Entered: 10/21/2011) |
| 10/21/2011 | | **\*\*\*STRICKEN AND TERMINATED PER JUDGE DUE TO VIOLATION OF 226 Motion Practice Order. Document # 290 and #291, Motion for sum jgm and affidavit in support. PLEASE IGNORE.\*\*\*** <br><br> (sm, ) (Entered: 10/21/2011) |
| 10/21/2011 | 294 | RESPONSE to 284 Answer to Amended Complaint, Counterclaim *DDR Holdings, LLC's Answer to Counterclaim of World Travel Holdings, Inc.* by DDR Holdings, LLC. (Camina, Ophelia) (Entered: 10/21/2011) |
| 10/21/2011 | 295 | RESPONSE to 278 Answer to Amended Complaint, Counterclaim, |

| | | |
|---|---|---|
| | | 280 Answer to Amended Complaint, Counterclaim, 279 Answer to Amended Complaint, Counterclaim *DDR Holdings, LLC's Consolidated Answer To Counterclaims of Hotels.Com, Expedia, Travelocity, Site59.Com, Orbitz, Internetwork Publishing, And Neat Group* by DDR Holdings, LLC. (Camina, Ophelia) (Entered: 10/21/2011) |
| 10/21/2011 | 296 | RESPONSE to 275 Answer to Amended Complaint, Counterclaim, 276 Answer to Amended Complaint, Counterclaim *DDR's Consolidated Answer To Counterclaims Of International Cruise & Excursion Gallery And OurVacationStore.Com* by DDR Holdings, LLC. (Camina, Ophelia) (Entered: 10/21/2011) |
| 10/25/2011 | 297 | Letter Brief filed by Defendants (Attachments: # 1 Exhibit 1)(Penner, Scott) (Entered: 10/25/2011) |
| 10/28/2011 | 298 | ORDER RESETTING THE TECHNICAL TUTORIAL, ( Claim Construction Hearing reset for 11/17/2011 09:00 AM in Ctrm 403 (Texarkana) before Magistrate Judge Caroline Craven). Signed by Magistrate Judge Caroline Craven on 10/28/2011. (sm, ) (Entered: 10/28/2011) |
| 11/03/2011 | 299 | Unopposed MOTION to Withdraw as Attorney : *Daniel C. Callaway* by Expedia, Inc., Hotels.com, Internetwork Publishing Corporation, Neat Group Corp., Orbitz Worldwide, LLC, Site59.com,LLC, Travelocity.com, L.P.. (Attachments: # 1 Text of Proposed Order)(Penner, Scott) (Entered: 11/03/2011) |
| 11/03/2011 | 300 | CLAIM CONSTRUCTION CHART filed by DDR Holdings, LLC. (Hoffman, Louis) (Entered: 11/03/2011) |
| 11/04/2011 | 301 | ORDER granting 299 Motion to Withdraw as Attorney. Attorney Daniel C Callaway terminated as counsel for Defendants and Counterclaimants, Hotels.com, L.P.; Expedia, Inc.; Travelocity.com L.P.; Site59.com LLC; Internetwork Publishing Corporation d/b/a Lodging.com; Neat Group Corporation; Orbitz Worldwide, LLC. Signed by Judge David Folsom on 11/4/2011. (ch, ) (Entered: 11/04/2011) |
| 11/08/2011 | 302 | ***FILED IN ERROR, PLEASE IGNORE.***<br><br>Letter Brief filed by DDR Holdings, LLC (Attachments: # 1 Exhibit 1 - Letter Brief, # 2 Appendix Datamize case, # 3 Appendix Example, # 4 Appendix Example, # 5 Appendix Example)(Camina, Ophelia) Modified on 11/9/2011 (sm, ). (Entered: 11/08/2011) |
| 11/09/2011 | | ***FILED IN ERROR, IN VIOLATION OF JUDGE FOLSOM'S JULY 22, 2009 STANDING ORDER REGARDING LETTER BRIEFS, ATTY MUST CORRECT AND REFILE. Document # 302, Notice of Compliance-Letter Brief. PLEASE IGNORE.*** |

| | | |
|---|---|---|
| | | (sm, ) (Entered: 11/09/2011) |
| 11/10/2011 | 303 | Letter Brief filed by DDR Holdings, LLC (Attachments: # 1 Exhibit)(Camina, Ophelia) (Entered: 11/10/2011) |
| 11/14/2011 | 304 | NOTICE of Attorney Appearance by James Matthew Rowan on behalf of International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc. (Rowan, James) (Entered: 11/14/2011) |
| 11/15/2011 | 305 | APPLICATION to Appear Pro Hac Vice by Attorney Erik G Swenson for Digital River, Inc. (APPROVED FEE PAID) 6-5912. (ch, ) (Entered: 11/15/2011) |
| 11/15/2011 | 306 | Letter Brief filed by Defendants (Attachments: # 1 Exhibit 1)(Penner, Scott) (Entered: 11/15/2011) |
| 11/17/2011 | 307 | ORDER DENYING 297 Notice of Compliance - Letter Brief (Request for leave) filed by Defendants. Signed by Judge David Folsom on 11/17/2011. (sm, ) (Entered: 11/17/2011) |
| 11/17/2011 | 308 | Minute Entry for proceedings held before Magistrate Judge Caroline Craven: Markman Hearing held on 11/17/2011. (Court Reporter Libby Crawford.) (lfs, ) (Entered: 11/17/2011) |
| 11/21/2011 | 309 | CLAIM CONSTRUCTION ORDER setting forth the disputed claims. Signed by Magistrate Judge Caroline Craven on November 21, 2011. (rml, ) (Entered: 11/21/2011) |
| 12/05/2011 | 310 | MOTION for Reconsideration *of part of Claim Construction ruling* by Defendants. (Penner, Scott) (Additional attachment(s) added on 12/6/2011: # 1 Text of Proposed Order) (ch, ). (Entered: 12/05/2011) |
| 12/19/2011 | 311 | NOTICE of Change of Address by Louis J Hoffman (Hoffman, Louis) (Entered: 12/19/2011) |
| 12/22/2011 | 312 | RESPONSE in Opposition re 310 MOTION for Reconsideration *of part of Claim Construction ruling filed by DDR Holdings, LLC.* (Hoffman, Louis) (Entered: 12/22/2011) |
| 01/03/2012 | 313 | REPLY to Response to Motion re 310 MOTION for Reconsideration *of part of Claim Construction ruling filed by Defendants.* (Penner, Scott) (Entered: 01/03/2012) |
| 01/05/2012 | 314 | Unopposed MOTION for Entry of Amended Docket Control Order by DDR Holdings, LLC. (Attachments: # 1 Text of Proposed Order)(Hoffman, Louis) (Entered: 01/05/2012) |
| 01/06/2012 | 315 | SCHEDULING ORDER:( Discovery due by 6/18/2012., Expert Witness List due by 4/16/2012., Motions due by 7/13/2012., Proposed Pretrial Order due by 9/17/2012.), ( Discovery due by 6/18/2012., Expert Witness List due by 4/16/2012., Motions due by 7/13/2012., Proposed Pretrial Order due by 9/17/2012.), Motions terminated: 314 |

| | | |
|---|---|---|
| | | Unopposed MOTION for Entry of Amended Docket Control Order filed by DDR Holdings, LLC.. Signed by Judge David Folsom on 1/6/12. (ehs, ) (Entered: 01/06/2012) |
| 01/25/2012 | 316 | NOTICE by DDR Holdings, LLC *of Amended Disclosure Pursuant to Patent Local Rule 3-6(a)(1)* (Hoffman, Louis) (Entered: 01/25/2012) |
| 02/08/2012 | 317 | NOTICE by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., Internetwork Publishing Corporation, Neat Group Corp., Orbitz Worldwide, LLC, OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P. *OF SERVICE OF AMENDED INVALIDITY CONTENTIONS* (Penner, Scott) (Entered: 02/08/2012) |
| 02/21/2012 | 318 | ORDER denying 310 Defendants Rule 72 Objections and Motion for Reconsideration. Signed by Judge David Folsom on 2/21/12. (mrm, ) (Entered: 02/21/2012) |
| 02/22/2012 | 319 | ORDER REASSIGNING CASE. Case TRANSFERRED to Judge Rodney Gilstrap for all further proceedings. Judge David Folsom no longer assigned to case. Signed by Judge David Folsom on 2/22/2012. (ch, ) (Entered: 02/22/2012) |
| 03/09/2012 | 320 | ***FILED IN ERROR PER ATTORNEY***<br><br>NOTICE of Attorney Appearance by David Brandon Conrad on behalf of Orbitz Worldwide, LLC (Conrad, David) Modified on 3/9/2012 (ehs, ). (Entered: 03/09/2012) |
| 03/09/2012 | 321 | ***FILED IN ERROR PER ATTORNEY***<br><br>NOTICE of Attorney Appearance by Katrina G Eash on behalf of Expedia, Inc., Hotels.com, Orbitz Worldwide, LLC, Travelocity.com, L.P. (Eash, Katrina) Modified on 3/9/2012 (ehs, ). (Entered: 03/09/2012) |
| 03/09/2012 | | ***FILED IN ERROR PER ATTORNEY. Document # 320 and 321, Notice. PLEASE IGNORE.***<br><br>(ehs, ) (Entered: 03/09/2012) |
| 03/09/2012 | | (Court only) *** Attorney David Brandon Conrad and Katrina G Eash terminated. (ehs, ) (Entered: 03/09/2012) |
| 03/09/2012 | 322 | NOTICE of Attorney Appearance by David Brandon Conrad on behalf of Expedia, Inc., Hotels.com, Internetwork Publishing Corporation, Neat Group Corp., Orbitz Worldwide, LLC, Site59.com,LLC, Travelocity.com, L.P. (Conrad, David) (Entered: 03/09/2012) |
| 03/09/2012 | 323 | NOTICE of Attorney Appearance by Katrina G Eash on behalf of Expedia, Inc., Hotels.com, Internetwork Publishing Corporation, Neat Group Corp., Orbitz Worldwide, LLC, Site59.com,LLC, |

| | | Travelocity.com, L.P. (Eash, Katrina) (Entered: 03/09/2012) |
|---|---|---|
| 03/22/2012 | 324 | APPLICATION to Appear Pro Hac Vice by Attorney Thomas B Manuel for Expedia, Inc., Hotels.com, Internetwork Publishing Corporation, Neat Group Corp., Orbitz Worldwide, LLC, Site59.com,LLC, Travelocity.com, L.P.. (APPROVED FEE PAID) 2-996 (ch, ) (Entered: 03/22/2012) |
| 04/04/2012 | 325 | NOTICE of Attorney Appearance by Rex Andrew Mann on behalf of Expedia, Inc., Hotels.com, Internetwork Publishing Corporation, Neat Group Corp., Orbitz Worldwide, LLC, Site59.com,LLC, Travelocity.com, L.P. (Mann, Rex) (Entered: 04/04/2012) |
| 04/04/2012 | 326 | NOTICE of Attorney Appearance by P Weston Musselman, Jr on behalf of Expedia, Inc., Hotels.com, Internetwork Publishing Corporation, Neat Group Corp., Orbitz Worldwide, LLC, Site59.com,LLC, Travelocity.com, L.P. (Musselman, P) (Entered: 04/04/2012) |
| 04/05/2012 | 327 | APPLICATION to Appear Pro Hac Vice by Attorney Jacob A Maskovich for OurVacationStore, Inc. (APPROVED, FEE PAID 6-8017)(ehs, ) (Entered: 04/05/2012) |
| 04/06/2012 | 328 | Unopposed MOTION for Entry of Amended Docket Control Order by DDR Holdings, LLC. (Attachments: # 1 Text of Proposed Order)(Hoffman, Louis) (Entered: 04/06/2012) |
| 04/09/2012 | | NOTICE of Hearing: Jury Selection set for 10/1/2012 09:00 AM in Ctrm 106 (Marshall) before Judge Rodney Gilstrap. Pretrial Conference set for 9/18/2012 09:00 AM in Ctrm 106 (Marshall) before Judge Rodney Gilstrap. (bga, ) (Entered: 04/09/2012) |
| 04/10/2012 | | NOTICE of Hearing: Jury Selection RESET for 8/6/2012 09:00 AM in Ctrm 106 (Marshall) before Judge Rodney Gilstrap. Pretrial Conference RESET for 7/30/2012 09:00 AM in Ctrm 106 (Marshall) before Judge Rodney Gilstrap. (bga, ) (Entered: 04/10/2012) |
| 04/10/2012 | | Set/Reset Hearings: Jury Selection set for 10/1/2012 09:00 AM in Ctrm 106 (Marshall) before Judge Rodney Gilstrap. Pretrial Conference set for 9/18/2012 09:00 AM in Ctrm 106 (Marshall) before Judge Rodney Gilstrap. **PREVIOUS ENTRY ENTERED IN ERROR** (bga, ) (Entered: 04/10/2012) |
| 04/12/2012 | 329 | SCHEDULING ORDER deadlines reset: Expert Witness List due by 7/2/2012., Motions due by 7/20/2012., Pretrial Order due by 9/17/2012., Proposed Pretrial Order due by 8/31/2012.), Motions terminated: 328 Unopposed MOTION for Entry of Amended Docket Control Order filed by DDR Holdings, LLC. Signed by Judge Rodney Gilstrap on 4/11/12. (ehs, ) (Entered: 04/12/2012) |
| 04/20/2012 | 330 | NOTICE of Discovery Disclosure by DDR Holdings, LLC *Re: Joint Submission Re: Outstanding Discovery Issues* (Camina, Ophelia) (Entered: 04/20/2012) |

| 04/20/2012 | | NOTICE of Telephonic Hearing on Docket Entry #330. Telephonic Hearing set for 4/20/2012 04:00 PM before Judge Rodney Gilstrap. Plaintiff's counsel is responsible for setting up conference call. When all parties are on the line, please call Chambers conference number 903-938-8452.(bga, ) (Entered: 04/20/2012) |
| 04/20/2012 | 332 | Minute Entry for proceedings held before Judge Rodney Gilstrap: Telephone Conference held on 4/20/2012. (Court Reporter Shelly Holmes.) (bga, ) (Entered: 04/27/2012) |
| 04/26/2012 | 331 | NOTICE by DDR Holdings, LLC re 330 Notice of Discovery Disclosure, Notice of Hearing on Motion, (Smith, Michael) (Entered: 04/26/2012) |
| 04/30/2012 | 333 | Unopposed MOTION to Amend/Correct 329 Order, Set Deadlines/Hearings, Terminate Motions,,, by DDR Holdings, LLC. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) (Entered: 04/30/2012) |
| 04/30/2012 | 334 | ***DEFICIENT DOCUMENT, PLEASE IGNORE.*** <br><br>MOTION to Compel by DDR Holdings, LLC. (Attachments: # 1 Text of Proposed Order)(Camina, Ophelia) Modified on 4/30/2012 (sm, ). (Entered: 04/30/2012) |
| 04/30/2012 | | NOTICE of DEFICIENCY regarding the #334 Motion to compel submitted by DDR Holdings, LLC. No certificate of conference was included. Correction should be made by 1 business day and refiled. Motion now TERMINATED. (sm, ) (Entered: 04/30/2012) |
| 05/01/2012 | 335 | AMENDED SCHEDULING ORDER - granting 333 Motion to Amend/Correct. Proposed Pretrial Order due by 9/17/2012. Final Pretrial Conference 10/1/2012. Jury Selection 10/2/2012. All other deadlines are set forth herein. Signed by Judge Rodney Gilstrap on 5/1/2012. (ch, ) (Entered: 05/01/2012) |
| 05/01/2012 | 336 | MOTION to Compel *Digital Riber to Produce Unredacted Contracts* by DDR Holdings, LLC. (Attachments: # 1 Exhibit proposed Order)(Camina, Ophelia) (Entered: 05/01/2012) |
| 05/02/2012 | 337 | NOTICE by DDR Holdings, LLC re 330 Notice of Discovery Disclosure *(Joint Submission of Proposed Order on Discovery Issues)* (Attachments: # 1 Text of Proposed Order)(Smith, Michael) (Entered: 05/02/2012) |
| 05/02/2012 | | NOTICE of Hearing: Jury Selection set for 10/1/2012 09:00 AM in Ctrm 106 (Marshall) before Judge Rodney Gilstrap. Pretrial Conference set for 9/20/2012 01:30 PM in Ctrm 106 (Marshall) before Judge Rodney Gilstrap. (bga, ) (Entered: 05/02/2012) |
| 05/02/2012 | 338 | ORDER granting 336 Motion to Compel- Digital River must produce unredacted copies of all contracts that it has already produced to date in this litigation. Signed by Judge Rodney Gilstrap on 5/2/12. (ehs, ) |

|  |  |  |
|---|---|---|
|  |  | (Entered: 05/02/2012) |
| 05/03/2012 |  | Minute Entry for proceedings held before Magistrate Judge Zack Hawthorn: 4:34pm - 5:02pmHotline Conference held on 5/3/2012. Appearances: Michael Smith and LeElle Krumpass, plaintiff counsel; Erik Swenson, defense counsel. Hotline call initiated by Ms. Krumpass regarding a deposition dispute. Court ruled from the bench. (Courtroom Deputy / DCR operator: T. Piper.) (ttp, ) (Entered: 05/04/2012) |
| 05/08/2012 | 339 | Unopposed MOTION to Amend/Correct 335 Order, Set Deadlines/Hearings, Terminate Motions,,, by DDR Holdings, LLC. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) (Entered: 05/08/2012) |
| 05/10/2012 | 340 | AMENDED SCHEDULING ORDER, ( Discovery due by 7/20/2012., Expert Witness List due by 5/18/2012., Motions due by 8/9/2012., Proposed Pretrial Order due by 9/13/2012., Jury Selection set for 10/2/2012 09:00 AM in Marshall Courthouse before Judge Rodney Gilstrap.), Motions terminated:. Signed by Judge Rodney Gilstrap on 5/10/12. (ehs, ) (Entered: 05/10/2012) |
| 05/14/2012 | 341 | EXPEDITED TRANSCRIPT REQUEST by DDR Holdings, LLC for hotline conference proceedings held on 5/3/12, before Judge Zack Hawthorn.. (dlc, ) (Entered: 05/14/2012) |
| 05/18/2012 | 342 | NOTICE of Discovery Disclosure by Hotels.com *of Service of Expert Report of Peter Kent* (Penner, Scott) (Entered: 05/18/2012) |
| 05/21/2012 | 343 | NOTICE by DDR Holdings, LLC *of Service of the Expert Reports of Mark Chandler and Arthur Keller* (Camina, Ophelia) (Entered: 05/21/2012) |
| 05/24/2012 | 344 | NOTICE of Designation of Attorney in Charge to Ophelia F Camina on behalf of All Plaintiffs (Camina, Ophelia) (Entered: 05/24/2012) |
| 05/29/2012 | 345 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Hotline Conference Proceedings held on 5/3/12, before Judge Zack Hawthorn. Court Reporter/Transcriber: Toni Hudson, Telephone number: 361/949-2988.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 6/22/2012. Redacted Transcript Deadline set for 7/2/2012. Release of Transcript Restriction |

| | | set for 8/30/2012. (dlc, ) (Entered: 05/29/2012) |
|---|---|---|
| 05/30/2012 | 346 | SEALED MOTION to Compel *Digital River to Produce Corporate Representative for Deposition* by DDR Holdings, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Text of Proposed Order)(Camina, Ophelia) Modified on 6/8/2012 (ch, ). (Entered: 05/30/2012) |
| 05/31/2012 | 347 | NOTICE of Attorney Appearance by LeElle Krompass on behalf of DDR Holdings, LLC (Krompass, LeElle) (Entered: 05/31/2012) |
| 06/07/2012 | 348 | SEALED MOTION *to Compel ICE & OVS to Respond to Interrogatory No. 2* by DDR Holdings, LLC. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(Camina, Ophelia) (Additional attachment(s) added on 6/8/2012: # 10 Text of Proposed Order) (ch, ). (Entered: 06/07/2012) |
| 06/08/2012 | | NOTICE - docket # 346, was sealed per requested from attorney. Certificate of authorization will be filed monentarily. (ch, ) (Entered: 06/08/2012) |
| 06/08/2012 | 349 | Additional Attachments to Main Document (Certificate of authority to seal) : 346 MOTION to Compel *Digital River to Produce Corporate Representative for Deposition*.. (Krompass, LeElle) Modified on 6/11/2012 (sm, ). (Entered: 06/08/2012) |
| 06/08/2012 | 350 | Letter Brief filed by Digital River, Inc. (Attachments: # 1 Exhibit 1 - Letter to the Court)(Govett, Brett) (Entered: 06/08/2012) |
| | | |

| 06/08/2012 | 351 | Sealed Letter Brief filed by International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc.. (Attachments: # 1 Exhibit 1 - Letter to the Court)(Thames, Earl) (Entered: 06/08/2012) |
|---|---|---|
| 06/08/2012 | 352 | Letter Brief filed by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P.. (Attachments: # 1 Exhibit Letter Brief on Non-Infringement of the '135 Patent) (McNabnay, Neil) (Entered: 06/08/2012) |
| 06/08/2012 | 353 | Sealed Letter Brief filed by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., Internetwork Publishing Corporation, Neat Group Corp., Orbitz Worldwide, LLC, OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P.. (Attachments: # 1 Exhibit Letter Brief on Invalidity of the '135 Patent)(McNabnay, Neil) (Entered: 06/08/2012) |
| 06/08/2012 | 354 | Agreed MOTION for Extension of Time to File *Letter Briefs Requesting Leave to File Daubert Motions* by Defendants. (Attachments: # 1 Text of Proposed Order)(Penner, Scott) (Entered: 06/08/2012) |
| 06/15/2012 | 355 | MOTION Stipulated Motion for Dismissal With Prejudice by DDR Holdings, LLC. (Attachments: # 1 Text of Proposed Order)(Camina, Ophelia) (Entered: 06/15/2012) |
| 06/18/2012 | 356 | RESPONSE in Opposition re 346 MOTION to Compel *Digital River to Produce Corporate Representative for Deposition filed by Digital River, Inc.*. (Attachments: # 1 Exhibit 1 DDR Infringement Contentions, # 2 Exhibit 2 Dr Keller Expert Report - Appendix 4, # 3 Exhibit 3 Camina Email - May 22, 2012, # 4 Exhibit 4 Digital River MyCommerce Websites, # 5 Exhibit 5 Digital River Global Commerce, # 6 Exhibit 6 Declaration of Roy Lo, # 7 Exhibit 7 DDR First Set of Common Interrogatories, # 8 Exhibit 8 DDR Plaintiff Second Set of Common Interrogatories, # 9 Exhibit 9 Declaration of Brett Govett, # 10 Exhibit 10 Excerpts from the Deposition of Thomas Beidle, # 11 Exhibit 11 Declaration of Thomas Beidle, # 12 Exhibit 12 DDR Common 30(b)(6) Deposition Notice, # 13 Exhibit 13 DR's Amended Objections to DDR's Amended Rule 30(b)(6) Deposition Notice, # 14 Exhibit 14 Declaration of Kristin McKenzie, # 15 Exhibit 15 Deposition Excerpts from the Deposition of Kristin McKenzie, # 16 Exhibit 16 Declaration of George Hansen, # 17 Exhibit 17 Deposition Excerpts from the Deposition of George Hansen, # 18 Text of Proposed Order)(Govett, Brett) (Entered: 06/18/2012) |

| 06/19/2012 | 357 | ORDER granting 355 Stipulated Motion for Dismissal. All claims and counterclaims asserted in this case between DDR Holdings and the Orbitz Defendants are hereby dismissed WITH PREJUDICE only to the extent that they relate to the Orbitz Defendants. This ORDER does not dispose of or effect any claims or counterclaims between DDR Holdings and any of the other defendants in this case. It is further ORDERED, that all attorneys' fees and costs are to be borne by the party that incurred them. Signed by Judge Rodney Gilstrap on 6/19/2012. (ch, ) (Entered: 06/19/2012) |
|------------|-----|--------|
| 06/19/2012 |     | (Court only) *** Party Internetwork Publishing Corporation, Internetwork Publishing Corporation, Internetwork Publishing Corporation, Internetwork Publishing Corporation, Internetwork Publishing Corporation, Internetwork Publishing Corporation, Internetwork Publishing Corporation, Neat Group Corp., Neat Group Corp., Neat Group Corp., Neat Group Corp., Neat Group Corp., Orbitz Worldwide, LLC, Orbitz Worldwide, LLC, Internetwork Publishing Corporation and Internetwork Publishing Corporation terminated., *** Attorney J Thad Heartfield; Rex Andrew Mann; Thomas B Manuel; P Weston Musselman, Jr; Scott A Penner; Britnee Marie Reamy; David Brandon Conrad and Katrina G Eash terminated. (ch, ) (Entered: 06/19/2012) |
| 06/19/2012 |     | ***FILED IN ERROR, wrong event used. Document # 317, response to motion. PLEASE IGNORE.*** <br><br> (ehs, ) (Entered: 06/19/2012) |
| 06/19/2012 | 358 | NOTICE of Attorney Appearance by Carl Edward Bruce on behalf of Expedia, Inc., Hotels.com, Site59.com,LLC, Travelocity.com, L.P. (Bruce, Carl) (Entered: 06/19/2012) |
| 06/20/2012 | 359 | NOTICE of Attorney Appearance by Thomas M Melsheimer on behalf of Expedia, Inc., Hotels.com, Site59.com,LLC, Travelocity.com, L.P. (Melsheimer, Thomas) (Entered: 06/20/2012) |
| 06/25/2012 | 360 | Unopposed MOTION for Extension of Time to File Response/Reply *to Letter Briefs* by DDR Holdings, LLC. (Attachments: # 1 Text of Proposed Order)(Camina, Ophelia) (Entered: 06/25/2012) |
| 06/25/2012 | 361 | SEALED PATENT RESPONSE to SEALED PATENT MOTION re 348 SEALED MOTION *to Compel ICE & OVS to Respond to Interrogatory No. 2 filed by International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc* . (Attachments: # 1 Exhibit 1 - Plaintiff's First Set of Common Interrogatories to Defendants, # 2 Exhibit 2 - ICE/OVS's Response to Plaintiff's First Set of Common Interrogatories to Defendants, # 3 Exhibit 3 - 8/26/11 Supplemental Response to Plaintiff's Interrogatory No. 2, # 4 Exhibit 4 - 4/18/12 Second Supplemental Response to Plaintiff's |

| | | |
|---|---|---|
| | | Interrogatory No. 2,<br># 5 Exhibit 5 - 4/18/12 email from Louis Hoffman,<br># 6 Exhibit 6 - 5/18/12 email from Louis Hoffman,<br># 7 Exhibit 7 - 5/18/12 Mark Chandler report,<br># 8 Exhibit 8 - Arthur Keller Expert Report, p. 19 - 21; app. 5,<br># 9 Exhibit 9 - Plaintiff's Second Set of Common Interrogatories to Defendants, Interrogatory No. 9,<br># 10 Exhibit 10 - ICE/OVS's Response to Interrogatory No. 9 in Plaintiff's Second Set of Common Interrogatories,<br># 11 Text of Proposed Order)(Thames, Earl) (Entered: 06/25/2012) |
| 06/27/2012 | 362 | ORDER granting 360 Motion for Extension of Time to File Response to letter briefs requesting leave to file motions for summary judgment. Responses due by 6/29/2012. Signed by Judge Rodney Gilstrap on 6/27/12. (ehs, ) (Entered: 06/27/2012) |
| 06/28/2012 | 363 | SEALED REPLY to Opposition to Motion to Compel re 346 MOTION to Compel *Digital River to Produce Corporate Representative for Deposition* filed by DDR Holdings, LLC. (Attachments:<br># 1 Exhibit,<br># 2 Exhibit,<br># 3 Exhibit,<br># 4 Exhibit,<br># 5 Exhibit,<br># 6 Exhibit,<br># 7 Exhibit)(Camina, Ophelia) Modified on 7/2/2012 (sm, ). (Entered: 06/28/2012) |
| 06/29/2012 | 364 | ***DEFICIENT DOCUMENT, PLEASE IGNORE.***<br><br>Letter Brief filed by DDR Holdings, LLC (Crosby, Ian) Modified on 7/2/2012 (sm, ). (Entered: 06/29/2012) |
| 07/02/2012 | | NOTICE of DEFICIENCY regarding the #364 Letter Brief submitted by DDR Holdings, LLC. Not in proper "letter brief" format pursuant to judges standing orders; not in proper pleading format per local rules; wrong event was used.. Correction should be made by 1 business day and refiled. (sm, ) (Entered: 07/02/2012) |
| 07/02/2012 | | NOTICE FROM CLERK re 363 Sealed Reply to Response to Motion. Clerk has MODIFIED this entry to delete the link #348, per ATTY. This entry has been modified to show it only links to 346 motion. (sm, ) (Entered: 07/02/2012) |
| 07/02/2012 | 365 | RESPONSE to Notice of Compliance - Letter Brief re 350 Notice of Compliance - Letter Brief filed by Digital River, Inc., 352 Notice of Compliance - Letter Brief, filed by Digital River, Inc., OurVacationStore, Inc., Expedia, Inc., Travelocity.com, L.P., Hotels.com, International Cruise & Excursion Gallery, Inc., Site59.com,LLC Filed by DDR Holdings, LLC by DDR Holdings, LLC. (Attachments: |

| | | |
|---|---|---|
| | | # 1 Exhibit Exhibit 1 - Letter to the Court)(Crosby, Ian) (Entered: 07/02/2012) |
| 07/03/2012 | 366 | ***FILED IN ERROR. PER ATTORNEY. PLEASE IGNORE.***<br><br>NOTICE by Expedia, Inc., Hotels.com, Site59.com,LLC, Travelocity.com, L.P. *Defendants' Notice of Service of the Expert Report of Keith R. Ugone* (McNabnay, Neil) Modified on 7/3/2012 (ch, ). (Entered: 07/03/2012) |
| 07/03/2012 | 367 | NOTICE by Expedia, Inc., Hotels.com, Site59.com,LLC, Travelocity.com, L.P. *Defendants' Notice of Service of the Expert Report of Keith R. Ugone* (McNabnay, Neil) (Entered: 07/03/2012) |
| 07/03/2012 | | ***FILED IN ERROR. PER ATTORNEY Document # 366, Notice. PLEASE IGNORE.***<br><br>(ch, ) (Entered: 07/03/2012) |
| 07/03/2012 | 368 | NOTICE by DDR Holdings, LLC *Notice of Service of the Expert Report of Arthur Keller* (Crosby, Ian) (Entered: 07/03/2012) |
| 07/03/2012 | 369 | NOTICE by Expedia, Inc., Hotels.com, Site59.com,LLC, Travelocity.com, L.P. *of Service of the Expert Report of Edward Tittel* (McNabnay, Neil) (Entered: 07/03/2012) |
| 07/03/2012 | 370 | NOTICE by National Leisure Group, Inc., World Travel Holdings, Inc. *Notice of Service of Expert Report of Steven Gray* (Lee, Lance) (Entered: 07/03/2012) |
| 07/03/2012 | 371 | NOTICE by Digital River, Inc. *Notice of Service of the Expert Report of M. Ray Mercer, Ph.D.* (Govett, Brett) (Entered: 07/03/2012) |
| 07/03/2012 | 372 | NOTICE of Discovery Disclosure by International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc. -- *Notice of Service of Expert Report of Peter Kent* -- (Thames, Earl) (Entered: 07/03/2012) |
| 07/03/2012 | 373 | NOTICE of Change of Address by Scott A Penner (Penner, Scott) (Entered: 07/03/2012) |
| 07/05/2012 | | ***PLEASE IGNORE THIS ENTRY OF CORRECTION FROM CLERK , WAS FILED IN ERROR, PROPOSED ORDER FILED BY ITSELF, CLERK HAS ATTACHED THIS ORDER #368. Document # 369, Additional attachment. PLEASE IGNORE.***<br><br>(sm, ) Modified on 7/5/2012 (sm, ). (Entered: 07/05/2012) |
| 07/05/2012 | | NOTICE FROM CLERK re Notice of Docket Correction. PLEASE IGNORE DOCKET CORRECTION FILED TODAY IN THIS CASE - WAS FILED IN ERROR BY CLERK (WRONG CASE) (sm, ) (Entered: 07/05/2012) |
| 07/05/2012 | 374 | REPLY to Response to Motion re 348 SEALED MOTION *to Compel* |

| | | |
|---|---|---|
| | | *ICE & OVS to Respond to Interrogatory No. 2 filed by DDR Holdings, LLC.* (Attachments:<br># 1 Exhibit 1 (sealed),<br># 2 Exhibit 2 (Sealed),<br># 3 Exhibit 3,<br># 4 Exhibit 4)(Camina, Ophelia) Modified on 7/5/2012 (sm, ).<br>(Entered: 07/05/2012) |
| 07/05/2012 | 375 | NOTICE by DDR Holdings, LLC re 374 Reply to Response to Motion, *Regarding Exhibits and Certificate of Authorization to File Under Seal* (Camina, Ophelia) (Entered: 07/05/2012) |
| 07/05/2012 | | NOTICE OF DOCKET CORRECTION re 374 Reply to Response to Motion. Clerk has modified this entry, per request of atty (#375) to seal Exhibits 1 and 2. (sm, ) (Entered: 07/05/2012) |
| 07/05/2012 | 376 | Letter Brief filed by Digital River, Inc. (Attachments:<br># 1 Exhibit 1 - Letter Brief)(Govett, Brett) (Entered: 07/05/2012) |
| 07/05/2012 | 377 | Letter Brief filed by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P. (Attachments:<br># 1 Exhibit Letter Brief Reply re Non-Infringement)(McNabnay, Neil) (Entered: 07/05/2012) |
| 07/05/2012 | 378 | Sealed Letter Brief filed by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P. (Attachments:<br># 1 Exhibit Letter Brief Reply re Invalidity)(McNabnay, Neil) (Entered: 07/05/2012) |
| 07/09/2012 | 379 | SUR-REPLY to Reply to Response to Motion re 346 MOTION to Compel *Digital River to Produce Corporate Representative for Deposition filed by Digital River, Inc..* (Attachments:<br># 1 Exhibit 1 Wayback Machine,<br># 2 Exhibit 2 Digital River Web Pages,<br># 3 Exhibit 3 Beidle Deposition Excerpts,<br># 4 Exhibit 4 Hansen Deposition Excerpts)(Govett, Brett) (Entered: 07/09/2012) |
| 07/12/2012 | 380 | NOTICE of Attorney Appearance by Jack Wesley Hill on behalf of Travelocity.com, L.P. (Hill, Jack) (Entered: 07/12/2012) |
| 07/13/2012 | 381 | SUR-REPLY to Notice of Compliance - Letter Brief re 350 Notice of Compliance - Letter Brief filed by Digital River, Inc., 352 Notice of Compliance - Letter Brief, filed by Digital River, Inc., OurVacationStore, Inc., Expedia, Inc., Travelocity.com, L.P., Hotels.com, International Cruise & Excursion Gallery, Inc., Site59.com,LLC Filed by DDR Holdings, LLC by DDR Holdings, LLC. (Attachments:<br># 1 Exhibit 1 - Letter Brief)(Crosby, Ian) (Entered: 07/13/2012) |
| | | |

| 07/16/2012 | 382 | ***DEFICIENT DOCUMENT, PLEASE IGNORE.****<br><br>MOTION for Leave to File *Sur-Response for Motion to Compel Digital River 30(b)(6) depositions* by DDR Holdings, LLC. (Attachments:<br># 1 Text of Proposed Order Proposed Order)(Camina, Ophelia) Modified on 7/16/2012 (sm, ). (Entered: 07/16/2012) |
| 07/16/2012 | | NOTICE OF DEFICIENCY regarding the #382 Motion for leave submitted by DDR Holdings, LLC. No certificate of conference was included. Correction should be made by 1 business day and refiled. MOTION NOW TERMINATED. (sm, ) (Entered: 07/16/2012) |
| 07/18/2012 | 383 | ORDER on Notice of Compliance - Letter Brief re 350 , 351 , 352 , 353 . Signed by Judge Rodney Gilstrap on 7/18/2012. (ch, ) (Entered: 07/18/2012) |
| 07/18/2012 | 384 | MEMORANDUM OPINION AND ORDER - grants motion to compel. Orders Digital River to produce a knowledgeable corporate representative within 14 days, to testify about the following DR Platforms: Global Commerce, RegNow, eSellerate, SWReg, and GlobalTech. Further, and in light of Digital Rivers inexcusable failure to act within the well-known and established rules of this Court, Digital River is ORDERED to pay and reimburse all reasonable travel costs of DDRs counsel to take such deposition and Digital River shall also pay all the associated court report and videographer costs related to such deposition. Moreover, pursuant to Rule 37(a)(5), Digital River and its counsel are jointly ORDERED to reimburse DDR for its reasonable costs and attorney fees, not to exceed $5000, associated with the prosecution of this Motion. Such shall be paid within three days of presentment by DDR to Digital River of its statement enumerating these costs and expenses. Signed by Judge Rodney Gilstrap on 7/18/2012. (ch, ) (Entered: 07/18/2012) |
| 07/18/2012 | 385 | MEMORANDUM OPINION AND ORDER - Court GRANTS DDRs Motion to Compel and ORDERS ICE & OVS to supplement their response to Interrogatory No. 2 within 10 days to provide the Total Revenue figures requested by DDR. Signed by Judge Rodney Gilstrap on 7/18/2012. (ch, ) (Entered: 07/18/2012) |
| 07/26/2012 | 386 | MOTION Motion for Extension of Time for Depositions by DDR Holdings, LLC. (Attachments:<br># 1 Text of Proposed Order to Extend Depositions)(Camina, Ophelia) (Entered: 07/26/2012) |
| 07/27/2012 | 387 | Letter Brief filed by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., National Leisure Group, Inc., OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P., World Travel Holdings, Inc. (Attachments:<br># 1 Exhibit Letter Brief on Dr. Keller's Report)(Melsheimer, Thomas) (Entered: 07/27/2012) |
| | | |

| 07/27/2012 | 388 | SEALED Letter Brief filed by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., National Leisure Group, Inc., OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P., World Travel Holdings, Inc.. (Attachments: # 1 Exhibit Letter Brief re Daubert Motion on Mr. Chandler) (Melsheimer, Thomas) (Entered: 07/27/2012) |
|---|---|---|
| 07/30/2012 | 389 | ORDER granting 386 Motion extension of time for depositions. Signed by Judge Rodney Gilstrap on 7/30/2012. (sm, ) (Entered: 07/30/2012) |
| 07/31/2012 | 390 | MOTION for Additional Extension of Time for Depositions by DDR Holdings, LLC. (Attachments: # 1 Text of Proposed Order Granting Stipulated Motion for Additional Extension of Time for Depositions)(Krompass, LeElle) (Entered: 07/31/2012) |
| 08/01/2012 | 391 | ORDER granting 390 Motion for extension of time for depositions. DDR has the right to depose Digital Rivers corporate representatives on August 16-17, 2012 and, if necessary, to complete those depositions as soon as practicable thereafter, if not completed on August 17. All other deadlines from the Order remain intact. Signed by Judge Rodney Gilstrap on 8/1/12. (ehs, ) (Entered: 08/01/2012) |
| 08/01/2012 | 392 | NOTICE of Attorney Appearance by Jack Wesley Hill on behalf of Expedia, Inc. (Hill, Jack) (Entered: 08/01/2012) |
| 08/01/2012 | 393 | NOTICE of Attorney Appearance by Jack Wesley Hill on behalf of Hotels.com (Hill, Jack) (Entered: 08/01/2012) |
| 08/01/2012 | 394 | NOTICE of Attorney Appearance by Jack Wesley Hill on behalf of Site59.com,LLC (Hill, Jack) (Entered: 08/01/2012) |
| 08/02/2012 | 395 | NOTICE by International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc. re 385 Memorandum & Opinion, -- *Notice of Compliance with Court's Order* -- (Thames, Earl) (Entered: 08/02/2012) |
| 08/06/2012 | 396 | ORDER granting 354 Motion for Extension of Time to File Letter Briefs. Deadline extended to seven calendar days after the close of expert discovery. Signed by Judge Rodney Gilstrap on 8/6/12. (ehs, ) (Entered: 08/06/2012) |
| 08/07/2012 | 397 | Agreed MOTION to Amend/Correct 340 Order, Set Deadlines/Hearings, Terminate Motions,,, *Agreed Motion to Amend Deadlines for Daubert Motions* by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., National Leisure Group, Inc., OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P., World Travel Holdings, Inc.. (Attachments: # 1 Text of Proposed Order)(Melsheimer, Thomas) (Entered: 08/07/2012) |
| 08/08/2012 | 398 | ORDER granting 397 Motion to Amend deadlines for filing of |

| | | |
|---|---|---|
| | | Daubert motions. The parties Daubert motions are due the earlier of: (a) 7 calendar days after the Courts ruling on the letter briefs (if leave is granted); or (b) 21 calendar days before the pre-trial conference. Signed by Judge Rodney Gilstrap on 8/8/12. (ehs, ) (Entered: 08/08/2012) |
| 08/09/2012 | | NOTICE of Hearing: CORRECTION - Jury Selection set for 10/1/2012 09:00 AM in Ctrm 106 (Marshall) before Judge Rodney Gilstrap. (bga, ) (Entered: 08/09/2012) |
| 08/09/2012 | 399 | ***FILED IN ERROR, PLEASE IGNORE.*** <br><br>MOTION for Summary Judgment *of Non-Infringement* by Digital River, Inc.. (Attachments: <br># 1 Exhibit 1 - Keller Expert Report, <br># 2 Exhibit 2 - '135 Patent, <br># 3 Exhibit 3 - '572 Patent, <br># 4 Exhibit 4 - Oxford Dictionary, <br># 5 Exhibit 5 - Patent Office Action - Sept 4 2008, <br># 6 Exhibit 6 - 135 Patent OA of 9-23-08., <br># 7 Exhibit 7 - 572 Patent Response to OA of 11-24-08, <br># 8 Exhibit 8 - 135 Patent Response to OA of 11-24-08, <br># 9 Exhibit 9 - 572 OA dated 1-14-09, <br># 10 Exhibit 10 - 135 OA dated 1-07-09, <br># 11 Exhibit 11 - - 572 Patent Appeal Brief of 5-18-09, <br># 12 Exhibit 12 - 135 Patent Appeal Brief of 5-8-09, <br># 13 Exhibit 13- 572 Patent Examiner's Answer of 6-3-09, <br># 14 Exhibit 14 - 135 Patent Examiner's Answer of 6-3-09, <br># 15 Exhibit 15 - Record of Oral Hearing of 10-21-09, <br># 16 Exhibit 16 - 572 Decision on Appeal - 4-16-10, <br># 17 Exhibit 17 - 399 Patent Examiner's Amendment, <br># 18 Exhibit 18 - 979 Application OA, <br># 19 Exhibit 19 - Nancy Nelson Depo., <br># 20 Exhibit 20 - Thomas Beidle Depo., <br># 21 Text of Proposed Order)(Govett, Brett) Modified on 8/10/2012 (sm, ). (Entered: 08/09/2012) |
| 08/09/2012 | 400 | ***FILED IN ERROR, PLEASE IGNORE.*** <br><br>Additional Attachments to Main Document: 399 MOTION for Summary Judgment *of Non-Infringement*.. (Govett, Brett) Modified on 8/10/2012 (sm, ). (Entered: 08/09/2012) |
| 08/09/2012 | 401 | MOTION for Summary Judgment *of Non-Infringement* by Digital River, Inc.. (Attachments: <br># 1 Exhibit 1- Keller Expert Report, <br># 2 Exhibit 2-135 Patent, <br># 3 Exhibit 3-572 Patent, <br># 4 Exhibit 4-Oxford Dictionary, <br># 5 Exhibit 5-Patent Office Action - Sept 4 2008, <br># 6 Exhibit 6-135 Patent OA of 9-23-08, |

| | | |
|---|---|---|
| | | # 7 Exhibit 7- 572 Patent Response to OA of 11-24-08,<br># 8 Exhibit 8-135 Patent Response to OA of 11-24-08,<br># 9 Exhibit 9- 572 OA dated 1-14-09,<br># 10 Exhibit 10-135 OA dated 1-07-09,<br># 11 Exhibit 11-572 Patent Appeal Brief of 5-18-09,<br># 12 Exhibit 12-135 Patent Appeal Brief of 5-8-09,<br># 13 Exhibit 13-572 Patent Examiner's Answer of 6-3-09,<br># 14 Exhibit 14-135 Patent Examiner's Answer of 6-3-09,<br># 15 Exhibit 15-Record of Oral Hearing of 10-21-09,<br># 16 Exhibit 16-572 Decision on Appeal - 4-16-10,<br># 17 Exhibit 17-399 Patent Examiner's Amendment,<br># 18 Exhibit 18-979 Application OA,<br># 19 Exhibit Nancy Nelson Depo,<br># 20 Exhibit Thomas Beidle Depo,<br># 21 Text of Proposed Order)(Govett, Brett) (Entered: 08/09/2012) |
| 08/09/2012 | 402 | SEALED PATENT MOTION *for Partial Summary Judgment of Non-Infringement of Claim 8 of the '135 Patent* by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P.. (Attachments:<br># 1 Exhibit A,<br># 2 Exhibit A-1,<br># 3 Exhibit A-2,<br># 4 Exhibit A-3,<br># 5 Exhibit A-4,<br># 6 Exhibit A-5,<br># 7 Exhibit B,<br># 8 Exhibit C,<br># 9 Exhibit D,<br># 10 Text of Proposed Order)(Melsheimer, Thomas) (Entered: 08/09/2012) |
| 08/10/2012 | | ***FILED IN ERROR, INCOMPLETE DOCUMENT. Document # 399, Motion for Summary Judgement. PLEASE IGNORE.***<br><br>(sm, ) (Entered: 08/10/2012) |
| 08/10/2012 | | ***FILED IN ERROR, WRONG EVENT USED AND LINKED TO A DOCUMENT THAT IS FILED IN ERROR (#401 IS THE NEW FILING FOR #399). Document # 400, Additional Attachment. PLEASE IGNORE.***<br><br>(sm, ) (Entered: 08/10/2012) |
| 08/13/2012 | 403 | RESPONSE to Notice of Compliance - Letter Brief re 387 Notice of Compliance - Letter Brief, filed by World Travel Holdings, Inc., Digital River, Inc., OurVacationStore, Inc., Expedia, Inc., Travelocity.com, L.P., Hotels.com, International Cruise & Excursion Gallery, Inc., National Leisure Group, Inc., Site59.com,LLC Filed by DDR Holdings, LLC by DDR Holdings, LLC. (Attachments: |

| | | |
|---|---|---|
| | | # 1 Exhibit Ex. 1 - Letter)(Crosby, Ian) (Entered: 08/13/2012) |
| 08/13/2012 | 404 | RESPONSE to Notice of Compliance - Letter Brief SEALED re 388 SEALED Notice of Compliance - Letter Brief, filed by World Travel Holdings, Inc., Digital River, Inc., OurVacationStore, Inc., Expedia, Inc., Travelocity.com, L.P., Hotels.com, International Cruise & Excursion Gallery, Inc., National Leisure Group, Inc., Site59.com,LLC Filed by DDR Holdings, LLC. (Attachments: # 1 Exhibit 1 - Letter)(Crosby, Ian) (Entered: 08/13/2012) |
| 08/13/2012 | 405 | Opposed SEALED MOTION *TO SEVER NLG/WTH* by Digital River, Inc., Expedia, Inc., International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc.. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Melsheimer, Thomas) (Entered: 08/13/2012) |
| 08/14/2012 | 406 | SEALED ADDITIONAL ATTACHMENTS to Main Document (Cert of Autority to seal): 404 SEALED Response/Reply/Sur-Reply to Notice of Compliance - Letter Brief,. (Crosby, Ian) Modified on 8/14/2012 (sm, ). (Entered: 08/14/2012) |
| 08/15/2012 | 407 | REPLY to Notice of Compliance-Letter Brief SEALED re 388 SEALED Notice of Compliance - Letter Brief, filed by World Travel Holdings, Inc., Digital River, Inc., OurVacationStore, Inc., Expedia, Inc., Travelocity.com, L.P., Hotels.com, International Cruise & Excursion Gallery, Inc., National Leisure Group, Inc., Site59.com,LLC/ Filed by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., National Leisure Group, Inc., OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P., World Travel Holdings, Inc. (Attachments: # 1 Exhibit 1)(Melsheimer, Thomas) (Entered: 08/15/2012) |
| 08/15/2012 | 408 | Letter Brief filed by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., National Leisure Group, Inc., OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P., World Travel Holdings, Inc. (Attachments: # 1 Exhibit)(Melsheimer, Thomas) (Entered: 08/15/2012) |
| 08/22/2012 | 409 | MOTION for Extension of Time to File Response/Reply by DDR Holdings, LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Krompass, LeElle) (Entered: 08/22/2012) |
| 08/23/2012 | 410 | ORDER granting 409 Motion for Extension of Time to File Response/Reply re 401 MOTION for Summary Judgment *of Non-Infringement* Responses due by 8/27/2012. Signed by Judge Rodney Gilstrap on 8/23/2012. (ch, ) (Entered: 08/23/2012) |
| 08/23/2012 | 411 | Joint MOTION *For Approval Of Agreed Jury Questionnaire* by DDR Holdings, LLC. (Attachments: # 1 Exhibit 1)(Camina, Ophelia) (Additional attachment(s) added on 8/24/2012: |

| | | # 2 Text of Proposed Order) (sm, ). (Entered: 08/23/2012) |
|---|---|---|
| 08/27/2012 | 412 | RESPONSE in Opposition re 405 Opposed SEALED MOTION *TO SEVER NLG/WTH filed by National Leisure Group, Inc.*. (Attachments: # 1 Text of Proposed Order)(Lee, Lance) (Entered: 08/27/2012) |
| 08/27/2012 | 413 | NOTICE by DDR Holdings, LLC re 340 Order, Set Deadlines/Hearings, Terminate Motions,,, *Plaintiff's Notice of Service of the Supplemental Expert Report of Arthur Keller Regarding Invalidity* (Krompass, LeElle) (Entered: 08/27/2012) |
| 08/27/2012 | 414 | NOTICE by DDR Holdings, LLC re 340 Order, Set Deadlines/Hearings, Terminate Motions,,, *Plaintiff's Notice of Service of the Supplemented and Amended Expert Report of Arthur Keller Regarding Infringement* (Krompass, LeElle) (Entered: 08/27/2012) |
| 08/27/2012 | 415 | RESPONSE in Opposition re 401 MOTION for Summary Judgment *of Non-Infringement filed by DDR Holdings, LLC.* (Attachments: # 1 Exhibit A-D, # 2 Exhibit E - Filed Separately Under Seal, # 3 Text of Proposed Order)(Hoffman, Louis) (Entered: 08/27/2012) |
| 08/27/2012 | 416 | ***DEFICIENT DOCUMENT, PLEASE IGNORE.*** **SEALED Exhibit E to 415 Response in Opposition to Motion. (Hoffman, Louis) Modified on 8/28/2012 (sm, ). (Entered: 08/27/2012)** |
| 08/27/2012 | 417 | RESPONSE in Opposition re 402 SEALED PATENT MOTION *for Partial Summary Judgment of Non-Infringement of Claim 8 of the '135 Patent filed by DDR Holdings, LLC.* (Attachments: # 1 Exhibit A [FILED SEPARATELY UNDER SEAL], # 2 Exhibit B, # 3 Text of Proposed Order)(Krompass, LeElle) (Entered: 08/27/2012) |
| 08/27/2012 | 418 | **DEFICIENT DOCUMENT, PLEASE IGNORE.***>br,>r SEALED Exhibit A to 417 Response in Opposition to Motion,. (Krompass, LeElle) Modified on 8/28/2012 (sm, ). (Entered: 08/27/2012) |
| 08/28/2012 | 419 | ORDER granting 411 Motion for Agreed Jury Questionnaire. Signed by Judge Rodney Gilstrap on 8/27/12. (ehs, ) (Entered: 08/28/2012) |
| 08/28/2012 | | NOTICE of DEFICIENCYregarding the #416 Sealed Exhibit E submitted No certificate of authority to seal included. Correction should be made by 1 business day and refiled. (sm, ) (Entered: 08/28/2012) |
| 08/28/2012 | | NOTICE of DEFICIENCY regarding the #418 Sealed Exhibit submitted No certificate of authority to seal. Correction should be made by 1 business day and refiled.(sm, ) (Entered: 08/28/2012) |
| 08/28/2012 | 420 | SEALED Exhibit E to Main Document: 415 Response in Opposition |

| | | |
|---|---|---|
| | | to Motion. (Krompass, LeElle) (Entered: 08/28/2012) |
| 08/28/2012 | 421 | SEALED Exhibit A to Main Document: 417 Response in Opposition to Motion,. (Krompass, LeElle) (Entered: 08/28/2012) |
| 08/28/2012 | 422 | ***FILED in ERROR, PLEASE IGNORE.*** <br><br> RESPONSE in Support re 405 Opposed SEALED MOTION *TO SEVER NLG/WTH Joinder to Motion to Sever NLG/WTH for Trial filed by DDR Holdings, LLC.* (Attachments: # 1 Text of Proposed Order)(Camina, Ophelia) Modified on 8/29/2012 (sm, ). (Entered: 08/28/2012) |
| 08/28/2012 | 423 | NOTICE by DDR Holdings, LLC re 340 Order, Set Deadlines/Hearings, Terminate Motions,,, *Plaintiff's Notice of Service of the Amended Expert Report on Damages of Mark Chandler* (Camina, Ophelia) (Entered: 08/28/2012) |
| 08/29/2012 | | ***FILED IN ERROR, WRONG EVENT USED, ATTY MUST REFILE*** <br><br> . Document # 422, Response in support. PLEASE IGNORE.*** <br><br> (sm, ) (Entered: 08/29/2012) |
| 08/29/2012 | 424 | NOTICE by DDR Holdings, LLC re 405 Opposed SEALED MOTION *TO SEVER NLG/WTH of Joinder* (Attachments: # 1 Text of Proposed Order)(Camina, Ophelia) (Entered: 08/29/2012) |
| 08/29/2012 | 425 | NOTICE by DDR Holdings, LLC re 419 Order on Motion for Miscellaneous Relief *Notice of Compliance with Order Regarding Jury Questionnaires* (Attachments: # 1 Exhibit A)(Camina, Ophelia) (Entered: 08/29/2012) |
| 08/30/2012 | 426 | ORDER REGARDING EXHIBITS - Due to the voluminous exhibits expected to be tendered during the trial of this case, the Court sua sponte issued this order regarding the filing of trial exhibits set forth herein. Signed by Judge Rodney Gilstrap on 8/29/12. (ehs, ) (Entered: 08/30/2012) |
| 08/30/2012 | 427 | ORDER GRANTING 387 Notice of Compliance - Letter Brief, motion to strike portions of Keller Report, filed by World Travel Holdings, Inc., Digital River, Inc., OurVacationStore, Inc., Expedia, Inc., Travelocity.com, L.P., Hotels.com, International Cruise & Excursion Gallery, Inc., National Leisure Group, Inc., Site59.com,LLC, and GRANTING 388 SEALED Notice of Compliance - Letter Brief Daubert Motion to Exclude Chandler testimony, filed by World Travel Holdings, Inc., Digital River, Inc., OurVacationStore, Inc., Expedia, Inc., Travelocity.com, L.P., Hotels.com, International Cruise & Excursion Gallery, Inc., National Leisure Group, Inc., Site59.com,LLC. Signed by Judge Rodney Gilstrap on 8/29/12. (ehs, ) (Entered: 08/30/2012) |
| | | |

| | | |
|---|---|---|
| 08/30/2012 | 428 | SEALED MOTION *to Strike Portions of Dr. Arthur Keller's Noninfringement Expert Report* by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., National Leisure Group, Inc., OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P., World Travel Holdings, Inc.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Text of Proposed Order)(Melsheimer, Thomas) (Entered: 08/30/2012) |
| 08/30/2012 | 429 | Agreed MOTION for Extension of Time to File Response/Reply *to Summary Judgment Motions* by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., National Leisure Group, Inc., OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P., World Travel Holdings, Inc.. (Attachments: # 1 Text of Proposed Order)(Conrad, David) (Entered: 08/30/2012) |
| 08/30/2012 | 430 | Opposed SEALED MOTION *to Exclude Mr. Chandler's Report and Opinion* by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., National Leisure Group, Inc., OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P., World Travel Holdings, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Text of Proposed Order)(Melsheimer, Thomas) (Entered: 08/30/2012) |
| 08/30/2012 | 431 | Opposed SEALED MOTION *to Strike DDR's Three Late-Filed Amended and Supplemental Expert Reports* by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., National Leisure Group, Inc., OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P., World Travel Holdings, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, |

| | | |
|---|---|---|
| | | # 11 Exhibit K,<br># 12 Exhibit L,<br># 13 Text of Proposed Order)(Melsheimer, Thomas) (Entered: 08/30/2012) |
| 08/31/2012 | 432 | Opposed MOTION to Expedite *Briefing on Defendants' Motion to Strike DDR's Supplemental Expert Reports* by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., National Leisure Group, Inc., OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P., World Travel Holdings, Inc.. (Attachments:<br># 1 Text of Proposed Order)(Melsheimer, Thomas) (Entered: 08/31/2012) |
| 08/31/2012 | 433 | NOTICE by National Leisure Group, Inc., World Travel Holdings, Inc. *Pursuant to 35 U.S.C. Section 282* (Sayour, Tonia) (Entered: 08/31/2012) |
| 08/31/2012 | 434 | NOTICE by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., National Leisure Group, Inc., OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P., World Travel Holdings, Inc. *Defendants' Notice of Prior Art Under 35 U.S.C. Section 282* (Manuel, Thomas) (Entered: 08/31/2012) |
| 08/31/2012 | 435 | NOTICE by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., National Leisure Group, Inc., OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P., World Travel Holdings, Inc. *Notice of Service of Defendants' Notice of Prior Art Under 35 U.S.C. Section 282* (Manuel, Thomas) (Entered: 08/31/2012) |
| 08/31/2012 | 436 | NOTICE by Digital River, Inc. re 384 Memorandum & Opinion,,,, *Notice of Compliance with Court Order Dated July 18, 2012* (Govett, Brett) (Entered: 08/31/2012) |
| 08/31/2012 | 437 | NOTICE by DDR Holdings, LLC *of Service of DDR's Amended and Supplemental Responses to Defendants Common Interrogatories [Nos. 1-16]* (Hoffman, Louis) (Entered: 08/31/2012) |
| 09/04/2012 | 438 | ORDER granting 429 Motion for Extension of Time to File Reply in support of Defendants motions for summary judgment. Defendants deadline for filing replies in support of the motions for summary judgment is now September 4, 2012. Responses due by 9/4/2012. Signed by Judge Rodney Gilstrap on 9/4/12. (ehs, ) (Entered: 09/04/2012) |
| 09/04/2012 | 439 | ORDER granting 432 Motion to Expedited Briefing. Defendants motion to strike DDRs supplemental expert reports proceed as follows: Thursday, September 5, 2012, DDR to file response Monday, September 10, 2012, Defendants to file reply Tuesday, September 11, 2012, DDR to file sur-reply. All briefs must be submitted no later than 5:00 pm central time on the date provided.. Signed by Judge Rodney |

| | | Gilstrap on 9/4/12. (ehs, ) (Entered: 09/04/2012) |
|---|---|---|
| 09/04/2012 | 440 | RESPONSE in Opposition re 405 Opposed SEALED MOTION *TO SEVER NLG/WTH Regarding DDR's Joinder to Motion to Sever NLG/WTH for Trial [Dkt#422] filed by National Leisure Group, Inc., World Travel Holdings, Inc.*. (Sayour, Tonia) (Entered: 09/04/2012) |
| 09/04/2012 | 441 | NOTICE by DDR Holdings, LLC re 340 Order, Set Deadlines/Hearings, Terminate Motions,,, *Plaintiff's Notice of Compliance with Court's Amended Scheduling Order* (Camina, Ophelia) (Entered: 09/04/2012) |
| 09/04/2012 | 442 | REPLY to Response to Motion re 401 MOTION for Summary Judgment *of Non-Infringement filed by Digital River, Inc.*. (Attachments:<br># 1 Exhibit 1-US Pat. 6629135,<br># 2 Exhibit 2-Record of Oral Hearing of 10-21-09,<br># 3 Exhibit 3-572 Decision on Appeal - 4-16-10,<br># 4 Exhibit 4-US Pat. 7818399)(Govett, Brett) (Entered: 09/04/2012) |
| 09/04/2012 | 443 | REPLY to Response to Motion re 402 SEALED PATENT MOTION *for Partial Summary Judgment of Non-Infringement of Claim 8 of the '135 Patent DEFENDANTS REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF CLAIM 8 OF THE '135 PATENT filed by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P.*. (Attachments:<br># 1 Exhibit A)(Melsheimer, Thomas) (Entered: 09/04/2012) |
| 09/04/2012 | 444 | SEALED ADDITIONAL ATTACHMENTS to Main Document (Includes Exhibit A-1): 443 Reply to Response to Motion,,. (Melsheimer, Thomas) Modified on 9/5/2012 (sm, ). (Entered: 09/04/2012) |
| 09/06/2012 | 445 | RESPONSE to Motion re 431 Opposed SEALED MOTION *to Strike DDR's Three Late-Filed Amended and Supplemental Expert Reports filed by DDR Holdings, LLC*. (Attachments:<br># 1 Exhibit 1,<br># 2 Exhibit 2,<br># 3 Exhibit 3,<br># 4 Text of Proposed Order)(Camina, Ophelia) (Entered: 09/06/2012) |
| 09/07/2012 | 446 | REPLY to Response to Motion re 405 Opposed SEALED MOTION *TO SEVER NLG/WTH filed by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc.*. (Melsheimer, Thomas) (Entered: 09/07/2012) |
| 09/10/2012 | 447 | SEALED REPLY to Response to Motion re 431 Opposed SEALED MOTION *to Strike DDR's Three Late-Filed Amended and Supplemental Expert Reports filed by National Leisure Group, Inc., World Travel Holdings, Inc.*. (Attachments:<br># 1 Exhibit A, |

| | | |
|---|---|---|
| | | # 2 Exhibit B,<br># 3 Exhibit C)(Lee, Lance) (Entered: 09/10/2012) |
| 09/10/2012 | 448 | ***DEFICIENT DOCUMENT, PLEASE IGNORE.***<br><br>SEALED REPLY to Response to Motion re 431 Opposed SEALED MOTION *to Strike DDR's Three Late-Filed Amended and Supplemental Expert Reports* filed by Digital River, Inc.. (Attachments:<br># 1 Exhibit A)(Govett, Brett) Modified on 9/11/2012 (sm, ). (Entered: 09/10/2012) |
| 09/10/2012 | 449 | REPLY to Response to Motion re 431 Opposed SEALED MOTION *to Strike DDR's Three Late-Filed Amended and Supplemental Expert Reports filed by Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P.*. (Attachments:<br># 1 Exhibit A)(Melsheimer, Thomas) (Entered: 09/10/2012) |
| 09/11/2012 | | NOTICE of DEFICIENCY regarding the #448 Sealed Reply submitted by Digital River, Inc.. No certificate of authority to seal was included. Correction should be made by 1 business day and refiled. (sm, ) (Entered: 09/11/2012) |
| 09/11/2012 | 450 | SEALED REPLY to Response to Motion re 431 Opposed SEALED MOTION *to Strike DDR's Three Late-Filed Amended and Supplemental Expert Reports* filed by Digital River, Inc.. (Attachments:<br># 1 Exhibit A)(Govett, Brett) (Entered: 09/11/2012) |
| 09/11/2012 | 451 | SUR-REPLY to Reply to Response to Motion re 431 Opposed SEALED MOTION *to Strike DDR's Three Late-Filed Amended and Supplemental Expert Reports filed by DDR Holdings, LLC*. (Attachments:<br># 1 Exhibit A)(Krompass, LeElle) (Entered: 09/11/2012) |
| 09/11/2012 | 452 | SUR-REPLY to Reply to Response to Motion re 431 Opposed SEALED MOTION *to Strike DDR's Three Late-Filed Amended and Supplemental Expert Reports filed by DDR Holdings, LLC*. (Krompass, LeElle) (Entered: 09/11/2012) |
| 09/11/2012 | 453 | SUR-REPLY to Reply to Response to Motion re 431 Opposed SEALED MOTION *to Strike DDR's Three Late-Filed Amended and Supplemental Expert Reports filed by DDR Holdings, LLC*. (Camina, Ophelia) (Entered: 09/11/2012) |
| 09/12/2012 | 454 | ***FILED IN ERROR. PER ATTORNEY. PLEASE IGNORE.***<br><br>SEALED ADDITIONAL ATTACHMENTS to Main Document:. (Attachments:<br># 1 Appendix,<br># 2 Appendix, |

| | | |
|---|---|---|
| | | # 3 Appendix)(Camina, Ophelia) Modified on 9/12/2012 (ch, ). (Entered: 09/12/2012) |
| 09/12/2012 | | ***FILED IN ERROR. PER ATTORNEY Document # 454, MOTION TO EXCLUDE. PLEASE IGNORE.*** <br><br> (ch, ) (Entered: 09/12/2012) |
| 09/12/2012 | 455 | MOTION Motion to Exclude Documents by DDR Holdings, LLC. (Attachments: <br> # 1 Text of Proposed Order)(Camina, Ophelia) (Entered: 09/12/2012) |
| 09/12/2012 | 456 | SEALED PATENT ADDITIONAL ATTACHMENTS to Main Document: 455 MOTION Motion to Exclude Documents. (Attachments: <br> # 1 Appendix Part 1 of 3, <br> # 2 Appendix Part 2 of 3, <br> # 3 Appendix Part 3 of 3)(Camina, Ophelia) (Entered: 09/12/2012) |
| 09/13/2012 | 457 | ***DEFICIENT DOCUMENT, PLEASE IGNORE***NOTICE by Expedia, Inc., Hotels.com, Site59.com,LLC, Travelocity.com, L.P. *Letter to the Court regarding trial scheduling* (Hill, Jack) Modified on 9/13/2012 (sm, ). (Entered: 09/13/2012) |
| 09/13/2012 | | NOTICE OF DEFICIENCY regarding the #457 Notice submitted by Expedia, Inc.. Not in proper pleading format (double spaced etc). Correction should be made by 1 business day and refiled. (sm, ) (Entered: 09/13/2012) |
| 09/13/2012 | 458 | NOTICE by Expedia, Inc., Hotels.com, Site59.com,LLC, Travelocity.com, L.P. *of Letter to Court regarding trial scheduling* (Attachments: <br> # 1 Exhibit Letter to Court)(Hill, Jack) (Entered: 09/13/2012) |
| 09/13/2012 | 459 | MOTION in Limine *and to Exclude* by National Leisure Group, Inc., World Travel Holdings, Inc.. (Attachments: <br> # 1 Exhibit A)(Lee, Lance) (Additional attachment(s) added on 9/14/2012: <br> # 2 Text of Proposed Order) (sm, ). (Entered: 09/13/2012) |
| 09/13/2012 | 460 | Agreed MOTION in Limine by DDR Holdings, LLC, Defendants. (Attachments: <br> # 1 Text of Proposed Order)(Chen, George) (Entered: 09/13/2012) |
| 09/13/2012 | 461 | MOTION in Limine by Defendants. (Attachments: <br> # 1 Text of Proposed Order)(Chen, George) (Entered: 09/13/2012) |
| 09/13/2012 | 462 | Proposed Pretrial Order *(Joint)* by DDR Holdings, LLC. (Attachments: <br> # 1 Exhibit 1 - Plaintiff's Trial Witness List, <br> # 2 Exhibit 2 - Defendants' Trial Witness List, <br> # 3 Exhibit 3 - Plaintiff's Affirmative Deposition Designations, <br> # 4 Exhibit 4- Defendants' Affirmative Deposition Designations, |

| | | |
|---|---|---|
| | | # 5 Exhibit 5 - Plaintiff's Trial Exhibit List,<br># 6 Exhibit 6 - Defendants' Trial Exhibit List)(Smith, Michael)<br>(Entered: 09/13/2012) |
| 09/13/2012 | 463 | MOTION in Limine by DDR Holdings, LLC. (Attachments:<br># 1 Text of Proposed Order)(Hoffman, Louis) (Entered: 09/13/2012) |
| 09/13/2012 | 464 | Proposed Jury Instructions by DDR Holdings, LLC. (Attachments:<br># 1 Exhibit 1 - Plaintiff's Proposed Verdict Form,<br># 2 Exhibit 2 - Defendants' Proposed Verdict Form)(Smith, Michael)<br>(Entered: 09/13/2012) |
| 09/14/2012 | | NOTICE of Hearing: Pretrial Conference RESET for 9/20/2012 10:00<br>AM in Ctrm 106 (Marshall) before Judge Rodney Gilstrap. **Note<br>that only the TIME has changed**(bga, ) (Entered: 09/14/2012) |
| 09/14/2012 | 465 | SUR-REPLY to Reply to Response to Motion re 401 MOTION for<br>Summary Judgment of *Non-Infringement filed by DDR Holdings,<br>LLC.* (Hoffman, Louis) (Entered: 09/14/2012) |
| 09/14/2012 | 466 | SURREPLY TO REPLY TO RESPONSE in Opposition re 402<br>SEALED PATENT MOTION *for Partial Summary Judgment of Non-<br>Infringement of Claim 8 of the '135 Patent Sur-Reply in Opposition to<br>Defendants' Motion for Partial Summary Judgment of Non-<br>Infringement of Claim 8 of the '135 Patent filed by DDR Holdings,<br>LLC.* (Attachments:<br># 1 Affidavit Declaration of Dr. Arthur Keller FILED SEPARATELY<br>UNDER SEAL)(Krompass, LeElle) Modified on 9/17/2012 (sm, ).<br>(Entered: 09/14/2012) |
| 09/14/2012 | 467 | SEALED ADDITIONAL ATTACHMENTS Declaration of Dr.<br>Arthur Keller to Main Document (Declaration contained in main<br>document: 466 Sur-Reply in Opposition to Motion,. (Attachments:<br># 1 Exhibit A - Part 1,<br># 2 Exhibit A - Part 2)(Krompass, LeElle) Modified on 9/17/2012<br>(sm, ). (Entered: 09/14/2012) |
| 09/17/2012 | | NOTICE FROM CLERK re 466 Response in Opposition to Motion.<br>Clerk has modified this entry to reflect that it is a Surreply to<br>Response instead of Response. (sm, ) (Entered: 09/17/2012) |
| 09/17/2012 | 468 | SEALED RESPONSE to Motion re 430 Opposed SEALED MOTION<br>*to Exclude Mr. Chandler's Report and Opinion filed by DDR<br>Holdings, LLC.* (Attachments:<br># 1 Appendix)<br># 2 Text of Proposed Order) (ehs, ). (Camina, Ophelia) (Entered:<br>09/17/2012) |
| 09/17/2012 | 469 | RESPONSE to Motion re 428 SEALED MOTION *to Strike Portions<br>of Dr. Arthur Keller's Noninfringement Expert Report filed by DDR<br>Holdings, LLC.* (Attachments:<br># 1 Text of Proposed Order)(Crosby, Ian) (Entered: 09/17/2012) |
| | | |

| 09/18/2012 | 470 | ***FILED IN ERROR, PLEASE IGNORE***Exhibit List *Defendants' Objections to Plaintiff's Trial Exhibit List [D462]* by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., National Leisure Group, Inc., OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P... (Manuel, Thomas) Modified on 9/18/2012 (sm, ). Modified on 9/18/2012 (sm, ). (Entered: 09/18/2012) |
| 09/18/2012 | 471 | RESPONSE to 462 Proposed Pretrial Order, *Defendants' Objections to Plaintiff's Trial Exhibit List* by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., National Leisure Group, Inc., OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P., World Travel Holdings, Inc.. (Manuel, Thomas) (Entered: 09/18/2012) |
| 09/18/2012 | 472 | RESPONSE in Opposition re 463 MOTION in Limine *filed by DDR Holdings, LLC.* (Chen, George) (Entered: 09/18/2012) |
| 09/18/2012 | 473 | SEALED RESPONSE to Motion re 455 MOTION Motion to Exclude Documents filed by Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Text of Proposed Order)(Melsheimer, Thomas) (Entered: 09/18/2012) |
| 09/19/2012 | 474 | Plaintiff's Amended Identification of Trial Witnesses Witness List by DDR Holdings, LLC. (Camina, Ophelia) (Entered: 09/19/2012) |
| 09/19/2012 |  | NOTICE FROM CLERK - document # 461, has been sealed per request from attorney. A motion to seal #461 and the certificate of authorization will be filed momentarily, (ch, ) (Entered: 09/19/2012) |
| 09/19/2012 | 475 | Additional Attachments to Main Document (Cert of authority): 461 MOTION in Limine.. (Thames, Earl) Modified on 9/19/2012 (sm, ). (Entered: 09/19/2012) |
| 09/19/2012 | 476 | Unopposed MOTION to Seal *Defendants' Omnibus Motion in Limine [Dkt. 461]* by Defendants. (Attachments: # 1 Text of Proposed Order)(Thames, Earl) (Entered: 09/19/2012) |
| 09/19/2012 | 477 | RESPONSE in Opposition re 461 MOTION in Limine, 459 MOTION in Limine *and to Exclude filed by DDR Holdings, LLC.* (Attachments: # 1 Text of Proposed Order)(Camina, Ophelia) (Entered: 09/19/2012) |
| 09/19/2012 | 478 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 477 Response in Opposition to Motion. (Attachments: # 1 Exhibit A)(Camina, Ophelia) (Entered: 09/19/2012) |

| | | |
|---|---|---|
| 09/20/2012 | 488 | Minute Entry for proceedings held before Judge Rodney Gilstrap: Initial Pretrial Conference held on 9/20/2012. (Court Reporter Melissa Carson.) (Attachments: # 1 Attorney Sign-In Sheet) (bga, ) (Entered: 09/27/2012) |
| 09/21/2012 | 479 | ORDER granting 476 Motion to Seal Motion in Limine #461. Signed by Judge Rodney Gilstrap on 9/20/2012. (ch, ) (Entered: 09/21/2012) |
| 09/22/2012 | 480 | STATUS REPORT *Joint Results of Meet and Confer re Defendants' Motion to Strike Three Supplemental Expert Reports* by DDR Holdings, LLC. (Krompass, LeElle) (Entered: 09/22/2012) |
| 09/24/2012 | | NOTICE that document # 468 has been modified by adding a proposed order by DDR Holdings, LLC (ehs, ) (Entered: 09/24/2012) |
| 09/24/2012 | 481 | ORDER granting in part and denying in part 459 Motion in Limine; granting in part and denying in part 460 Motion in Limine; granting in part and denying in part 461 Motion in Limine; granting in part and denying in part 463 Motion in Limine. Signed by Judge Rodney Gilstrap on 9/24/12. (ehs, ) (Entered: 09/24/2012) |
| 09/24/2012 | 482 | ORDER granting in part and denying in part 431 Sealed Motion to strike. Signed by Judge Rodney Gilstrap on 9/24/12. (ehs, ) (Entered: 09/24/2012) |
| 09/24/2012 | 483 | REPLY to Response to Motion re 455 MOTION Motion to Exclude Documents *filed by DDR Holdings, LLC.* (Camina, Ophelia) (Entered: 09/24/2012) |
| 09/24/2012 | 484 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 483 Reply to Response to Motion. Sealed Appendix of Exhibits. (Camina, Ophelia) (Entered: 09/24/2012) |
| 09/25/2012 | | NOTICE of Hearing: Final Pretrial Conference set for 10/2/2012 10:00 AM in Ctrm 106 (Marshall) before Judge Rodney Gilstrap. (bga, ) (Entered: 09/25/2012) |
| 09/25/2012 | 485 | NOTICE by DDR Holdings, LLC re 482 Order on Sealed Motion (Krompass, LeElle) (Entered: 09/25/2012) |
| 09/26/2012 | 486 | NOTICE by DDR Holdings, LLC re 482 Order on Sealed Motion (Camina, Ophelia) (Entered: 09/26/2012) |
| 09/26/2012 | 487 | Sealed Document (Joint Notice of Outstanding Exhibit Objections by all Parties . (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Bruce, Carl) Modified on 9/27/2012 (sm, ). (Entered: 09/26/2012) |
| 09/27/2012 | 489 | Additional Attachments to Main Document (Cert of Authority to seal): 487 Sealed Document.. (Bruce, Carl) Modified on 9/27/2012 (sm, ). (Entered: 09/27/2012) |
| 09/27/2012 | 490 | Minute Entry for proceedings held before Judge Rodney Gilstrap: |

| | | |
|---|---|---|
| | | Telephone Conference held on 9/27/2012. (Court Reporter Susan Simmons.) (bga, ) (Entered: 09/27/2012) |
| 09/27/2012 | 491 | SEALED REPLY to Response to Motion re 428 SEALED MOTION *to Strike Portions of Dr. Arthur Keller's Noninfringement Expert Report* filed by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., National Leisure Group, Inc., OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P., World Travel Holdings, Inc.. (Melsheimer, Thomas) (Entered: 09/27/2012) |
| 09/27/2012 | 492 | SEALED REPLY to Response to Motion re 430 Opposed SEALED MOTION *to Exclude Mr. Chandler's Report and Opinion* filed by Digital River, Inc., Expedia, Inc., Hotels.com, International Cruise & Excursion Gallery, Inc., National Leisure Group, Inc., OurVacationStore, Inc., Site59.com,LLC, Travelocity.com, L.P., World Travel Holdings, Inc.. (Melsheimer, Thomas) (Entered: 09/27/2012) |
| 09/28/2012 | 493 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 9/20/12 Pretrial Hearing before Judge Rodney Gilstrap. Court Reporter/Transcriber: Melissa Carson, CSR,Telephone number: 214/346-3434. <P>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov<P>** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 10/22/2012. Redacted Transcript Deadline set for 11/1/2012. Release of Transcript Restriction set for 12/31/2012. (lss, ) (Entered: 09/28/2012) |
| 09/28/2012 | 494 | ORDER -clarifying amendments to carry out this clarification apply to paragraphs 29, 30, 32, 36, 45, 52, 57, 59, 64 and 66 of the Keller Infringement Report. This supplemental Order is entered solely to clarify only the limited issue set forth above and the Courts prior Order (Dkt. No. 482) remains in force in all other respects, and such order is not otherwise modified hereby. Signed by Judge Rodney Gilstrap on 9/27/12. (ehs, ) (Entered: 09/28/2012) |
| 09/28/2012 | 495 | MEMORANDUM OPINION AND ORDER -. Signed by Judge Rodney Gilstrap on 9/28/2012. (ch, ) (Entered: 09/28/2012) |
| 09/28/2012 | 496 | Sealed Document. Amended Joint Notice of Outstanding Exhibit Objections (Attachments:<br># 1 Exhibit A,<br># 2 Exhibit B)(Crosby, Ian) (Entered: 09/28/2012) |
| | | |

| | | |
|---|---|---|
| 09/28/2012 | 497 | NOTICE of Attorney Appearance by Karl Glenn Dial on behalf of Digital River, Inc. (Dial, Karl) (Entered: 09/28/2012) |
| 10/01/2012 | 513 | Minute Entry for proceedings held before Judge Rodney Gilstrap: Jury Selection held on 10/1/2012. (Court Reporter Shelly Holmes.) (bga, ) (Entered: 10/18/2012) |
| 10/02/2012 | 498 | NOTICE by DDR Holdings, LLC *of Outstanding Exhibit Second Amended Objections* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Crosby, Ian) Modified on 10/2/2012 (sm, ). (Entered: 10/02/2012) |
| 10/02/2012 | 499 | NOTICE by DDR Holdings, LLC *of Service of Third Amended Expert Report of Mark Chandler on Damages* (Krompass, LeElle) (Entered: 10/02/2012) |
| 10/02/2012 | 502 | Minute Entry for proceedings held before Judge Rodney Gilstrap: Final Pretrial Conference held on 10/2/2012. (Court Reporter Shelly Holmes.) (Attachments: # 1 Attorney Sign-In Sheet) (bga, ) (Entered: 10/04/2012) |
| 10/03/2012 | 500 | MEMORANDUM OPINION and ORDER - Denying Defts 401 MOTION for Summary Judgment *of Non-Infringement* filed by Digital River, Inc... Signed by Judge Rodney Gilstrap on 10/3/12. (ehs, ) (Entered: 10/03/2012) |
| 10/03/2012 | 501 | NOTICE by DDR Holdings, LLC *of the Fourth Amended Expert Report on Damages of Mark Chandler* (Krompass, LeElle) (Entered: 10/03/2012) |
| 10/05/2012 | 503 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 10/2/12 (Pretrial Hearing) before Judge Rodney Gilstrap. Court Reporter/Transcriber: Shelly Holmes, CSR,Telephone number: (903) 720-6009. <P>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov<P>** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 10/29/2012. Redacted Transcript Deadline set for 11/8/2012. Release of Transcript Restriction set for 1/7/2013. (sholmes, ) (Entered: 10/05/2012) |
| 10/05/2012 | 504 | MOTION for Ruling on Claim Construction Chart for Juror Notebook by DDR Holdings, LLC. (Attachments: # 1 Exhibit Exh. A, # 2 Exhibit Exh. B, # 3 Text of Proposed Order)(Krompass, LeElle) (Entered: 10/05/2012) |

| 10/05/2012 | 505 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 10/1/12 (Jury Selection) before Judge Rodney Gilstrap. Court Reporter/Transcriber: Shelly Holmes, CSR,Telephone number: (903) 663-5082. <P>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov<P>** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 10/29/2012. Redacted Transcript Deadline set for 11/8/2012. Release of Transcript Restriction set for 1/7/2013. (sholmes, ) (Entered: 10/05/2012) |
| 10/06/2012 | 506 | NOTICE by DDR Holdings, LLC *of Fifth Amended Expert Report on Damages of Mark Chandler* (Krompass, LeElle) (Entered: 10/06/2012) |
| 10/07/2012 | 507 | NOTICE of Attorney Appearance by Miriam Latorre Quinn on behalf of Digital River, Inc. (Quinn, Miriam) (Entered: 10/07/2012) |
| 10/07/2012 | 508 | NOTICE by Digital River, Inc. *Notice Received from Plaintiff of Dismissal of Certain Claims* (Attachments: # 1 Exhibit A - Letter)(Govett, Brett) (Entered: 10/07/2012) |
| 10/08/2012 | 509 | NOTICE by DDR Holdings, LLC *of Sixth Amended Expert Report on Damages of Mark Chandler* (Krompass, LeElle) (Entered: 10/08/2012) |
| 10/08/2012 | 514 | Minute Entry for proceedings held before Judge Rodney Gilstrap: Jury Trial held on 10/8/2012. (Court Reporter Shelly Holmes.) (bga, ) (Entered: 10/18/2012) |
| 10/09/2012 | 515 | Minute Entry for proceedings held before Judge Rodney Gilstrap: Jury Trial held on 10/9/2012. (Court Reporter Shelly Holmes.) (bga, ) (Entered: 10/18/2012) |
| 10/10/2012 | 510 | Opposed MOTION for Judgment as a Matter of Law *Pursuant to F.R.C.P. 50(a)* by Digital River, Inc.. (Attachments: # 1 Text of Proposed Order)(Mauck, Dustin) (Entered: 10/10/2012) |
| 10/10/2012 | 516 | Minute Entry for proceedings held before Judge Rodney Gilstrap: Jury Trial held on 10/10/2012. (Court Reporter Shelly Holmes.) (bga, ) (Entered: 10/18/2012) |
| 10/11/2012 | 511 | Opposed MOTION for Judgment as a Matter of Law *Pursuant to F.R.C.P. 50(a) by National Leisure Group, Inc. and World Travel Holdings, Inc.* by National Leisure Group, Inc.. (Attachments: # 1 Text of Proposed Order)(Zivin, Norman) (Entered: 10/11/2012) |
| 10/11/2012 | 512 | MOTION for Judgment as a Matter of Law *Pursuant to Federal Rule* |

| | | |
|---|---|---|
| | | *of Civil Procedure 50(A)* by Digital River, Inc.. (Attachments: # 1 Text of Proposed Order)(Mauck, Dustin) (Entered: 10/11/2012) |
| 10/11/2012 | 517 | Minute Entry for proceedings held before Judge Rodney Gilstrap: Jury Trial held on 10/11/2012. (Court Reporter Shelly Holmes.) (bga, ) (Entered: 10/18/2012) |
| 10/12/2012 | 518 | Minute Entry for proceedings held before Judge Rodney Gilstrap: Jury Trial completed on 10/12/2012. (Court Reporter Shelly Holmes.) (bga, ) (Entered: 10/18/2012) |
| 10/12/2012 | 519 | Proposed Jury Instructions. (bga, ) (Entered: 10/18/2012) |
| 10/12/2012 | 520 | SEALED Jury Notes. (bga, ) (Entered: 10/18/2012) |
| 10/12/2012 | 521 | JURY VERDICT. (bga, ) (Entered: 10/18/2012) |
| 10/19/2012 | 522 | Exhibit List by DDR Holdings, LLC.. (bga, ) (Entered: 10/19/2012) |
| 10/19/2012 | 523 | Exhibit List *Defendants' Admitted Trial Exhibit List* by Digital River, Inc., National Leisure Group, Inc... (Govett, Brett) Modified on 10/22/2012 (sm, ). Modified on 10/22/2012 (sm, ). (Entered: 10/19/2012) |
| 10/22/2012 | 524 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 10/8/12 Morning Session of Trial before Judge Rodney Gilstrap. Court Reporter/Transcriber: S. Simmons/S. Holmes,Telephone number: 903/935-3868. <P>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov<P>** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 11/15/2012. Redacted Transcript Deadline set for 11/26/2012. Release of Transcript Restriction set for 1/24/2013. (lss, ) (Entered: 10/22/2012) |
| 10/22/2012 | 525 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 10/8/12 Afternoon Session of Trial before Judge Rodney Gilstrap. Court Reporter/Transcriber: S. Simmons/S. Holmes,Telephone number: 903/935-3868. <P>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov<P>** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of |

| | | |
|---|---|---|
| | | Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 11/15/2012. Redacted Transcript Deadline set for 11/26/2012. Release of Transcript Restriction set for 1/24/2013. (lss, ) (Entered: 10/22/2012) |
| 10/22/2012 | 526 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 10/9/12 Morning Session of Trial before Judge Rodney Gilstrap. Court Reporter/Transcriber: S. Simmons/S. Holmes,Telephone number: 903/935-3868. <P>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov<P>** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 11/15/2012. Redacted Transcript Deadline set for 11/26/2012. Release of Transcript Restriction set for 1/24/2013. (lss, ) (Entered: 10/22/2012) |
| 10/22/2012 | 527 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 10/9/12 Afternoon Session of Trial before Judge Rodney Gilstrap. Court Reporter/Transcriber: S. Simmons/S. Holmes,Telephone number: 903/935-3868. <P>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov<P>** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 11/15/2012. Redacted Transcript Deadline set for 11/26/2012. Release of Transcript Restriction set for 1/24/2013. (lss, ) (Entered: 10/22/2012) |
| 10/22/2012 | 528 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 10/10/12 Morning Session of Trial before Judge Rodney Gilstrap. Court Reporter/Transcriber: S. Simmons/S. Holmes,Telephone number: 903/935-3868. <P>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov<P>** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of |

| | | |
|---|---|---|
| | | Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 11/15/2012. Redacted Transcript Deadline set for 11/26/2012. Release of Transcript Restriction set for 1/24/2013. (lss, ) (Entered: 10/22/2012) |
| 10/22/2012 | 529 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 10/10/12 Afternoon Session of Trial before Judge Rodney Gilstrap. Court Reporter/Transcriber: S. Simmons/S. Holmes,Telephone number: 903/935-3868. **<P>NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov<P>** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 11/15/2012. Redacted Transcript Deadline set for 11/26/2012. Release of Transcript Restriction set for 1/24/2013. (lss, ) (Entered: 10/22/2012) |
| 10/22/2012 | 530 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 10/11/12 Morning Session of Trial before Judge Rodney Gilstrap. Court Reporter/Transcriber: S. Simmons/S. Holmes,Telephone number: 903/935-3868. **<P>NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov<P>** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 11/15/2012. Redacted Transcript Deadline set for 11/26/2012. Release of Transcript Restriction set for 1/24/2013. (lss, ) (Entered: 10/22/2012) |
| 10/22/2012 | 531 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 10/11/12 Afternoon Session of Trial before Judge Rodney Gilstrap. Court Reporter/Transcriber: S. Simmons/S. Holmes,Telephone number: 903/935-3868. **<P>NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov<P>** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of |

| | | |
|---|---|---|
| | | Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 11/15/2012. Redacted Transcript Deadline set for 11/26/2012. Release of Transcript Restriction set for 1/24/2013. (lss, ) (Entered: 10/22/2012) |
| 10/22/2012 | 532 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 10/12/12 Morning Session of Trial before Judge Rodney Gilstrap. Court Reporter/Transcriber: S. Simmons/S. Holmes,Telephone number: 903/935-3868. <P>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov<P>** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 11/15/2012. Redacted Transcript Deadline set for 11/26/2012. Release of Transcript Restriction set for 1/24/2013. (lss, ) (Entered: 10/22/2012) |
| 10/22/2012 | 533 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 10/12/12 Jury Notes & Verdict before Judge Rodney Gilstrap. Court Reporter/Transcriber: S. Simmons/S. Holmes,Telephone number: 903/935-3868. <P>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov<P>** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 11/15/2012. Redacted Transcript Deadline set for 11/26/2012. Release of Transcript Restriction set for 1/24/2013. (lss, ) (Entered: 10/22/2012) |
| 10/30/2012 | 534 | MOTION to Dismiss *With Prejudice* by DDR Holdings, LLC. (Attachments: # 1 Text of Proposed Order)(Camina, Ophelia) (Entered: 10/30/2012) |
| 10/31/2012 | 535 | ORDER granting 534 Motion to Dismiss all claims and counterclaims asserted in this suit between plaintiff DDR Holdings, LLC., and defendants Travelocity.com L.P. and Site59.com, LLC. are hereby dismissed WITH PREJUDICE. All attorneys' fees and costs are to be borne by the party that incurred them. Signed by Judge Rodney Gilstrap on 10/31/12. (ehs, ) (Entered: 10/31/2012) |
| 10/31/2012 | | (Court only) *** Party Site59.com,LLC, Site59.com,LLC, Site59.com,LLC, Site59.com,LLC, Site59.com,LLC, |

| | | |
|---|---|---|
| | | Site59.com,LLC, Travelocity.com, L.P., Travelocity.com, L.P., Travelocity.com, L.P., Travelocity.com, L.P., Travelocity.com, L.P., Travelocity.com, L.P., Travelocity.com, L.P., Travelocity.com, L.P., Travelocity.com, L.P., Travelocity.com, L.P., Travelocity.com, L.P., Travelocity.com, L.P., Site59.com,LLC and Site59.com,LLC terminated., *** Attorney Katrina G Eash; Jack Wesley Hill; Rex Andrew Mann; Thomas B Manuel; Neil J McNabnay; Thomas M Melsheimer; P Weston Musselman, Jr; Scott A Penner; Britnee Marie Reamy; Carl Edward Bruce and David Brandon Conrad terminated. (ehs, ) (Entered: 10/31/2012) |
| 11/02/2012 | 536 | MOTION to Dismiss *With Prejudice* by DDR Holdings, LLC. (Attachments:<br># 1 Text of Proposed Order)(Camina, Ophelia) (Entered: 11/02/2012) |
| 11/05/2012 | 537 | ORDER granting 536 Motion to Dismiss. All claims and counterclaims asserted in this suit between plaintiff DDR Holdings,LLC, on the one hand, and defendants Expedia,Inc., a Washington Corporation, and Hotels.com, L.P., a Texas limited partnership on the other hand, are hereby dismissed with prejudice. Signed by Judge Rodney Gilstrap on 11/5/2012. (ch,) (Entered: 11/05/2012) |
| 11/05/2012 | | (Court only) *** Party Expedia, Inc., Expedia, Inc., Expedia, Inc., Expedia, Inc., Expedia, Inc., Expedia, Inc., Hotels.com, Hotels.com, Hotels.com, Hotels.com, Hotels.com, Hotels.com, Hotels.com, Hotels.com, Hotels.com, Expedia, Inc. and Expedia, Inc. terminated., *** Attorney Katrina G Eash; Jack Wesley Hill; Rex Andrew Mann; Thomas B Manuel; Neil J McNabnay; Thomas M Melsheimer; P Weston Musselman, Jr; Scott A Penner; Britnee Marie Reamy; Carl Edward Bruce and David Brandon Conrad terminated. (ch, ) (Entered: 11/05/2012) |
| 11/07/2012 | 538 | MOTION Entry of Judgment by DDR Holdings, LLC. (Attachments:<br># 1 Text of Proposed Order,<br># 2 Exhibit A,<br># 3 Exhibit B,<br># 4 Exhibit C)(Krompass, LeElle) (Entered: 11/07/2012) |
| 11/09/2012 | 539 | SEALED MOTION *Renewed Motion for Judgement as a Matter of Law Pursuant to Fed.R.Civ.P. 50(b)* by National Leisure Group, Inc., World Travel Holdings, Inc.. (Attachments:<br># 1 Appendix A,<br># 2 Text of Proposed Order)(Lee, Lance) (Entered: 11/09/2012) |
| 11/09/2012 | 540 | MOTION for Judgment as a Matter of Law *Pursuant to Federal Rule of Civil Procedure 50(b)* by Digital River, Inc.. (Attachments:<br># 1 Text of Proposed Order)(Govett, Brett) (Additional attachment(s) added on 11/20/2012:<br># 2 REVISED ORDER) (ch, ). (Entered: 11/09/2012) |
| 11/16/2012 | 541 | Unopposed MOTION for Extension of Time to File Response/Reply |

| | | |
|---|---|---|
| | | as to 540 MOTION for Judgment as a Matter of Law *Pursuant to Federal Rule of Civil Procedure 50(b)*, 539 SEALED MOTION *Renewed Motion for Judgement as a Matter of Law Pursuant to Fed.R.Civ.P. 50(b)* by DDR Holdings, LLC. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) (Entered: 11/16/2012) |
| 11/19/2012 | 542 | ORDER granting 541 Motion for Extension of Time to File Response/Reply re 540 MOTION for Judgment as a Matter of Law *Pursuant to Federal Rule of Civil Procedure 50(b)*, 539 SEALED MOTION *Renewed Motion for Judgement as a Matter of Law Pursuant to Fed.R.Civ.P. 50(b)* Responses due by 12/3/2012. Signed by Judge Rodney Gilstrap on 11/19/2012. (ch, ) (Entered: 11/19/2012) |
| 11/21/2012 | 543 | SEALED RESPONSE to Motion re 538 MOTION Entry of Judgment filed by National Leisure Group, Inc., World Travel Holdings, Inc.. (Attachments: # 1 Text of Proposed Order)(Lee, Lance) (Entered: 11/21/2012) |
| 11/21/2012 | 544 | Additional Attachments to Main Document (Cert of authority to seal): 543 Sealed Response to Motion.. (Lee, Lance) Modified on 11/21/2012 (sm, ). (Entered: 11/21/2012) |
| 11/21/2012 | 545 | SEALED RESPONSE to Motion re 538 MOTION Entry of Judgment filed by Digital River, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Govett, Brett) (Entered: 11/21/2012) |
| 11/28/2012 | 546 | REPLY to Response to Motion re 538 MOTION Entry of Judgment *filed by DDR Holdings, LLC*. (Krompass, LeElle) (Entered: 11/28/2012) |
| 11/28/2012 | 547 | REPLY to Response to Motion re 538 MOTION Entry of Judgment *filed by DDR Holdings, LLC*. (Krompass, LeElle) (Entered: 11/28/2012) |
| 11/29/2012 | 548 | Unopposed MOTION to Withdraw as Attorney *Miriam L. Quinn* by Digital River, Inc.. (Attachments: # 1 Text of Proposed Order)(Govett, Brett) (Entered: 11/29/2012) |
| 12/03/2012 | 549 | SUR-REPLY to Reply to Response to Motion re 538 MOTION Entry of Judgment *filed by Digital River, Inc.*. (Govett, Brett) (Entered: 12/03/2012) |
| 12/03/2012 | 550 | NOTICE of Joinder by National Leisure Group, Inc., World Travel Holdings, Inc re 549 Surreply (Sayour, Tonia) Modified on 12/4/2012 (sm, ). (Entered: 12/03/2012) |
| 12/03/2012 | 551 | RESPONSE in Opposition re 539 SEALED MOTION *Renewed Motion for Judgement as a Matter of Law Pursuant to Fed.R.Civ.P. 50 (b) filed by DDR Holdings, LLC*. (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Hoffman, Louis) (Entered: 12/03/2012) |

| | | |
|---|---|---|
| 12/03/2012 | 552 | RESPONSE in Opposition re 540 MOTION for Judgment as a Matter of Law *Pursuant to Federal Rule of Civil Procedure 50(b)* MOTION for Judgment as a Matter of Law *Pursuant to Federal Rule of Civil Procedure 50(b)* filed by DDR Holdings, LLC. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Hoffman, Louis) (Entered: 12/03/2012) |
| 12/03/2012 | 553 | ***DEFICIENT DOCUMENT, PLEASE IGNORE.***SEALED ADDITIONAL ATTACHMENTS to Main Document: 552 Response in Opposition to Digital River's Motion for Judgment as a Matter of Law Pursuant toFederal Rule of Civil Procedure 50(b). (Hoffman, Louis) Modified on 12/4/2012 (sm, ). (Entered: 12/03/2012) |
| 12/04/2012 | | NOTICE of DEFICIENCY regarding the #553 Sealed Additional Attachments submitted by DDR Holdings, LLC. Exhibits were not separately attached and identified with specifity. Correction should be made by 1 business day and refiled. (sm, ) (Entered: 12/04/2012) |
| 12/04/2012 | 554 | ORDER granting 548 Motion to Withdraw as Counsel. Attorney Miriam Latorre Quinn terminated as counsel for Digital River Inc. Signed by Judge Rodney Gilstrap on 12/4/12. (ehs, ) (Entered: 12/04/2012) |
| 12/04/2012 | 555 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 552 Response in Opposition to Digital River's Rule 50(b)Motion. (Attachments: # 1 Exhibit 2)(Hoffman, Louis) (Entered: 12/04/2012) |
| 12/13/2012 | 556 | REPLY to Response to Motion re 539 SEALED MOTION *Renewed Motion for Judgement as a Matter of Law Pursuant to Fed.R.Civ.P. 50 (b)* filed by National Leisure Group, Inc., World Travel Holdings, Inc.. (Sayour, Tonia) (Entered: 12/13/2012) |
| 12/13/2012 | 557 | REPLY to Response to Motion re 540 MOTION for Judgment as a Matter of Law *Pursuant to Federal Rule of Civil Procedure 50(b)* MOTION for Judgment as a Matter of Law *Pursuant to Federal Rule of Civil Procedure 50(b)* filed by Digital River, Inc.. (Govett, Brett) (Entered: 12/13/2012) |
| 12/20/2012 | 558 | Unopposed MOTION for Extension of Time to File Response/Reply as to 540 MOTION for Judgment as a Matter of Law *Pursuant to Federal Rule of Civil Procedure 50(b)* MOTION for Judgment as a Matter of Law *Pursuant to Federal Rule of Civil Procedure 50(b)*, 539 SEALED MOTION *Renewed Motion for Judgement as a Matter of Law Pursuant to Fed.R.Civ.P. 50(b)* by DDR Holdings, LLC. (Attachments: # 1 Text of Proposed Order)(Hoffman, Louis) (Entered: 12/20/2012) |
| 12/21/2012 | 559 | ORDER granting 558 Motion for Extension of Time to File Sur-Reply to Defendants renewed motions for judgment as a matter of law. Responses due by 12/28/2012. Signed by Judge Rodney Gilstrap on 12/21/12. (ehs, ) (Entered: 12/21/2012) |

| 12/28/2012 | 560 | SUR-REPLY to Reply to Response to Motion re 540 MOTION for Judgment as a Matter of Law *Pursuant to Federal Rule of Civil Procedure 50(b)* MOTION for Judgment as a Matter of Law *Pursuant to Federal Rule of Civil Procedure 50(b) filed by DDR Holdings, LLC.* (Hoffman, Louis) (Entered: 12/28/2012) |
|---|---|---|
| 12/28/2012 | 561 | SUR-REPLY to Reply to Response to Motion re 539 SEALED MOTION *Renewed Motion for Judgement as a Matter of Law Pursuant to Fed.R.Civ.P. 50(b) filed by DDR Holdings, LLC.* (Hoffman, Louis) (Entered: 12/28/2012) |
| 01/11/2013 | 562 | MOTION for New Trial *Pursuant to Federal Rule of Civil Procedure 59* by Digital River, Inc.. (Attachments: # 1 Text of Proposed Order)(Govett, Brett) (Entered: 01/11/2013) |
| 01/24/2013 | 563 | STIPULATION of Dismissal *Stipulated Motion For Dismissal With Prejudice* by DDR Holdings, LLC. (Attachments: # 1 Text of Proposed Order)(Camina, Ophelia) (Entered: 01/24/2013) |
| 01/25/2013 | 564 | RESPONSE in Opposition re 562 MOTION for New Trial *Pursuant to Federal Rule of Civil Procedure 59 filed by DDR Holdings, LLC.* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Text of Proposed Order)(Hoffman, Louis) (Entered: 01/25/2013) |
| 01/28/2013 | 565 | ORDER granting 563 Stipulation of Dismissal. Dft International Cruise & Excursion Gallery Inc and OurVacation Store.com Inc are hereby dismissed with prejudice. Signed by Judge Rodney Gilstrap on 1/28/2013. (ch, ) (Entered: 01/28/2013) |
| 01/28/2013 | | (Court only) *** Party International Cruise & Excursion Gallery, Inc., International Cruise & Excursion Gallery, Inc., International Cruise & Excursion Gallery, Inc., International Cruise & Excursion Gallery, Inc., International Cruise & Excursion Gallery, Inc., International Cruise & Excursion Gallery, Inc., International Cruise & Excursion Gallery, Inc., International Cruise & Excursion Gallery, Inc., International Cruise & Excursion Gallery, Inc., OurVacationStore, Inc., OurVacationStore, Inc., OurVacationStore, Inc., OurVacationStore, Inc., OurVacationStore, Inc., OurVacationStore, Inc., OurVacationStore, Inc., OurVacationStore, Inc., OurVacationStore, Inc., OurVacationStore, Inc., International Cruise & Excursion Gallery, Inc. and International Cruise & Excursion Gallery, Inc. terminated., *** Attorney Jacob A Maskovich; Thomas M Melsheimer; Walter P Opaska; Scott A Penner; James Matthew Rowan; Earl Glenn Thames, Jr; George C Chen and Lawrence G Kurland terminated. (ch, ) (Entered: 01/28/2013) |
| 02/07/2013 | 566 | REPLY to Response to Motion re 562 MOTION for New Trial *Pursuant to Federal Rule of Civil Procedure 59 filed by Digital River,* |

| | | |
|---|---|---|
| | | *Inc.*. (Govett, Brett) (Entered: 02/07/2013) |
| 02/11/2013 | 567 | SUR-REPLY to Reply to Response to Motion re 562 MOTION for New Trial *Pursuant to Federal Rule of Civil Procedure 59 filed by DDR Holdings, LLC.* (Hoffman, Louis) (Entered: 02/11/2013) |
| 05/16/2013 | 568 | NOTICE by National Leisure Group, Inc., World Travel Holdings, Inc. re 539 SEALED MOTION *Renewed Motion for Judgement as a Matter of Law Pursuant to Fed.R.Civ.P. 50(b) of Supplemental Authority in Support of Renewed Motion for JMOL Pursuant to Fed.R.Civ.P. 50(b)* (Attachments: # 1 Exhibit A)(Sayour, Tonia) (Entered: 05/16/2013) |
| 06/20/2013 | 569 | MEMORANDUM OPINION and ORDER - the Court: (1) DENIES Defendant Digital River, Inc.s Renewed Motion for Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b) (Dkt. No. 540); (2) DENIES National Leisure Group, Inc.s and World Travel Holdings, Inc.s Renewed Motion for Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b) (Dkt. No. 539); and (3) DENIES Defendant Digital River, Inc.s Motion for New Trial Pursuant to Fed. R. Civ. P. 59 (Dkt. No. 562). Signed by Judge Rodney Gilstrap on 6/20/13. (ehs, ) (Entered: 06/20/2013) |
| 06/20/2013 | 570 | MEMORANDUM OPINION and ORDER - the Court awards costs to DDR. Final Judgment is entered contemporaneously herewith. Signed by Judge Rodney Gilstrap on 6/20/13. (ehs, ) (Entered: 06/20/2013) |
| 06/20/2013 | 571 | JUDGMENT in favor of DDR Holdings, LLC against Digital River, Inc.. Signed by Judge Rodney Gilstrap on 6/20/13. (ehs, ) (Entered: 06/20/2013) |
| 07/02/2013 | 572 | Unopposed MOTION for Extension of Time to File *Bill of Costs* by DDR Holdings, LLC. (Attachments: # 1 Text of Proposed Order)(Crosby, Ian) (Entered: 07/02/2013) |
| 07/03/2013 | 573 | ORDER granting 572 Motion for Extension of Time to submit its costs by DDR.Deadline extended from July 5, 2013, to July 12, 2013. To the extent that any disputes regarding costs may be submitted in the form of an opposed motion under LR CV-54, per LR CV-6 & 7, any opposition shall be due by July 29, 2013, and any reply in support shall be due by August 8, 2013. Signed by Judge Rodney Gilstrap on 7/3/13. (ehs, ) (Entered: 07/03/2013) |
| 07/03/2013 | 574 | NOTICE OF APPEAL - FEDERAL CIRCUIT as to 571 Judgment, 309 Order, 500 Memorandum & Opinion, Terminate Motions, 569 Memorandum & Opinion,, 570 Memorandum & Opinion by Digital River, Inc.. Filing fee $ 455, receipt number 0540-4210892. (Govett, Brett) (Entered: 07/03/2013) |
| 07/03/2013 | 575 | NOTICE by Digital River, Inc. re 574 Notice of Appeal - FEDERAL CIRCUIT, *Supersedeas Bond* (Govett, Brett) (Entered: 07/03/2013) |
| 07/03/2013 | 576 | Unopposed MOTION re 575 Notice (Other) *Unopposed Motion to* |

| | | |
|---|---|---|
| | | *Approve Supersedeas Bond and Stay Enforcement of Final Judgment* by Digital River, Inc.. (Attachments:<br># 1 Exhibit A - Supercedeas Bond,<br># 2 Exhibit B - Department of the Treasury's Listing of Certified Companies,<br># 3 Text of Proposed Order)(Govett, Brett) (Entered: 07/03/2013) |
| 07/08/2013 | 577 | NOTICE OF APPEAL - FEDERAL CIRCUIT as to 571 Judgment by National Leisure Group, Inc., World Travel Holdings, Inc.. Filing fee $ 455, receipt number 0540-4213165. (Zivin, Norman) (Entered: 07/08/2013) |
| 07/09/2013 | | Transmission of Notice of Appeal, Order and Docket Sheet to US Court of Appeals, Federal Circuit by separate email. re 574 Notice of Appeal - FEDERAL CIRCUIT, filed by Digital River Inc (ehs, ) (Entered: 07/09/2013) |
| 07/09/2013 | | Transmission of Notice of Appeal, Order and Docket Sheet to US Court of Appeals, Federal Circuit by separate email. re 577 Notice of Appeal - FEDERAL CIRCUIT filed by National Leisure Group and World Travel Holdings (ehs, ) (Entered: 07/09/2013) |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **DDR HOLDINGS, LLC** | § | |
| | § | |
| *Plaintiff and Counterdefendant,* | § | |
| | § | CIVIL ACTION NO. 2:06-cv-42-JRG |
| v. | § | |
| | § | |
| **HOTELS.COM, L.P., et al.** | § | |
| | § | |
| *Defendants and Counterclaimants.* | § | |

## JUDGMENT

A jury trial commenced on October 8, 2012. The jury returned a unanimous verdict on October 12, 2012. Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the jury's verdict, the Court hereby renders the following Judgment:

1. The jury having determined that Defendant Digital River, Inc. ("Digital River") infringed claims 13, 17, and 20 of U.S. Patent No. 6,993,572 ("the '572 Patent"); and the jury having determined that those same claims of the '572 Patent are not invalid; and the jury having awarded damages of $750,000.00 to DDR for Digital River's infringement through October 12, 2012; it is **ORDERED** that DDR have and recover from Digital River the sum of Seven Hundred and Fifty Thousand Dollars ($750,000.00) as compensatory damages for infringement through October 12, 2012 in this case;

2. The jury having determined that Defendants National Leisure Group, Inc. and World Travel Holdings, Inc. ("NLG/WTH") infringed Claims 13, 17, and 20 of the '572 Patent and Claims 1, 3, and 19 of U.S. Patent No. 7,818,399 ("The '399 Patent); and the jury having determined that those same claims of the '572 Patent are not invalid; and

the jury having awarded damages of $750,000.00 to DDR for NLG/WTH's infringement through October 12, 2012; it is **ORDERED** that DDR have and recover from NLG/WTH the sum of Seven Hundred and Fifty Thousand Dollars ($750,000.00) as compensatory damages for infringement through October 12, 2012 in this case;

3. Pursuant to 35 U.S.C. § 284, the Court awards DDR an additional Two Hundred Eighty-One Thousand, Four Hundred and Four Dollars ($281,404.00) in pre-judgment interest from Digital River, based upon the average prime interest rate of 4.83% as calculated and applying from the date the damages for infringement should have been paid, January 31, 2006, through October 31, 2012, compounded annually. Accordingly, the total damages awarded to DDR from Digital River is One Million, Thirty-One Thousand, Four Hundred and Four Dollars ($1,031,404.00), plus an additional amount at the per diem rate of One Hundred Thirty-One Dollars and Seventy-One Cents ($131.71) per day beginning on November 1, 2012, through the entry of this Judgment.

4. Pursuant to 35 U.S.C. § 284, the Court awards DDR an additional Two Hundred Eighty-One Thousand, Four Hundred and Four Dollars ($281,404.00) in pre-judgment interest from NLG/WTH, based upon the average prime interest rate of 4.83% as calculated and applying from the date the damages for infringement should have been paid, January 31, 2006 through October 31, 2012, compounded annually. Accordingly, the total damages awarded to DDR from NLG/WTH is One Million, Thirty-One Thousand, Four Hundred and Four Dollars ($1,031,404.00), plus an additional amount at the per diem rate of One Hundred Thirty-One Dollars and

Seventy-One Cents ($131.71) per day beginning on November 1, 2012, through the entry of this Judgment.

5. Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1920, the Court finds that DDR is the prevailing party in this matter and is entitled to costs consistent therewith.

6. Pursuant to 28 U.S.C. § 1961, the Court awards DDR post-judgment interest applicable to all sums awarded herein, at the statutory rate, from the entry of this Judgment until paid.

**So Ordered and Signed on this**

**Jun 20, 2013**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE