# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: August 6, 2013

Official Caption[1]

2013-1504, -1505

DDR HOLDINGS, LLC,

Plaintiff-Appellee,

v.

HOTELS.COM, L.P., CENDANT TRAVEL DISTRIBUTION SERVICES GROUP, INC., EXPEDIA, INC., TRAVELOCITY.COM, L.P., SITE59.COM, LLC, INTERNATIONAL CRUISE & EXCURSION GALLERY, INC., OURVACATIONSTORE, INC., INTERNETWORK PUBLISHING CORPORATION, and ORBITZ WORLDWIDE, LLC,

Defendants,

and

NATIONAL LEISURE GROUP, INC. and WORLD TRAVEL HOLDINGS, INC.,,

Defendants-Appellants,

and

DIGITAL RIVER, INC.,

Defendant-Appellant.

Appeals from the United States District Court for the Eastern District of Texas in No. 06-CV-0042, Judge Rodney Gilstrap.

Authorized Abbreviated Caption[2]

DDR HOLDINGS, LLC V HOTELS.COM, L.P., 2013-1504, -1505

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.